UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEQUAN REYES

PLAINTIFF(S)

-AGAINST-

CITY OF NEW YORK, LOUIS MOLINA, ERIC ADAMS, CO McNIEL, CO WOLONSKI # 5460, CO KEVIN YOUNG(GRVC) CO PRESTON RITTER(GRVC), ADW HARRIS(GRVC), WARDEN CORT (GRVC), ADW GREEN (GRVC), CHARLTON LEMON, CAPT LE-FLUER (GRVC), CAPT RIVERA #1230(GRVC), WARDEN COLLINS(WEST FACILITY), CO ADAMS (GRVC VISITING ROOM OFFICER), WARDEN JEAN RENEE, TIFFANY MORALES, JONELLE SHIVRAJ, JOANNE MATOS, LISA BARNBEY (ALL CREATED, ENDORSED CLO 13/21), CAPT GUAN (GRVC), CO BRANCIE(GRVC) 1A BUBBLE STATION OFFICER), CO COX (GRVC HEARING OFFICER), CO FIRRINAS (WEST FACILITY) , CAPT PALMERO # 1888(GRVC), CO RODRGUEZ # 9067 (GRVC), ADW TYRONE CATER,(NOW EXECUTIVE OFFICER),  THOMAS GRIFFIN (ASSISTANT COMMISSIONER), JOHN DOE OFFICER FROM MAY 18, 2021 INCIDENT, JOHN DOE OFFICER FROM OCTOBER 11, 2022 INCIDENT, JOHN DOE OFFICERS AND JOHN DOE CAPT FROM CLINIC VIOLATION  INCIDENT MENTIONED HEREIN SAC, ADW HENRY (GRVC), CO VELEZ # 14011, CO BROS # 10295, ADW TYNEKA GREEN, CAPT BERNARD MATHIS, CO PAULINO #13927 (GRVC), CO MORRIS #10720, CapT BLAKE (GRVC), (GRVC), CapT LAW    #, ADW MANNING # 1366, CAPT RAMOS #   , CAPT REYES#    (cashier building), JohN DOE OFFicer From (CASHier Buldg) 3-8-23 InciDent

DEFENDANT(S)

---

CIVIL COMPLIANT NO. 23-CV-01145(UA)(   )

TRIAL REQUESTED

FIRST AMENDED COMPLAINT

PURSSUANT TO U.S.C. § 1983, § 1985(2)(3) , AMERICAN DISABILITIES ACT AND OTHER STATE RELATED VIOLATION NAMED HEREIN.

PERSERVATION REQUEST/NOTICE/DEMANDS:

IN ORDER TO ENSURE THAT THE PLAINTIFF IS AFFORDED THE OPPORTUNITY TO PROSECUTE THIS COMPLAINT HE DEMANDS THAT THE GENTICE, BODY CAMERA AND HAND HELD CAMER FOOTAGE FROM EACH INCIDENT AND DATE MANTIONED HEREIN THIS FIRST AMENDED COMPLAINT BE PERSVED WHICH SAHLL INCLDUE THE FOLLOWING DATES: MAY 18, 2021, JULY 2021, OCTOBER 2022, NOVEMBER 16, 2022, DECEMBER 1, 2022, JANUARY 16, 2023, JANUARY 19, 20230CTOBER 13, 2022 UNIT 4A , FEB 3 2023 1A, 2-17-2023 1A, 2-18-2023 1A, 2-25-2023 1A, 3-2-23, 3-5-2023,3-8-23,

<u>PRELIMINARY STATEMENMT:</u>

Plaintiuff commencs this action Pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1985 (2)(3) and other respected federal and state statues SEEKING PUNITIVE AND COMPENSATORY damages/relief against the defendant(s) named herein , to be sue in both their official and individual capacities for the violation of the plaintiff rights.

Plaintiff also asserts supplemental state law duties/claims against the defendants as well for violation of their statutory and common law duites, as well for claims of "RETALAITION","NEGLIGENCE","INFLICTION OF EMOTIONAL BISTRESS""CRUEL AND UNUSAL PUNISHMENT" DELIBERATE INDIFFERENCE TO MEDICAL CARE" and more.

<u>PARTIES:</u>

At (all) times mentioned herein, plaintiff DEQUAN REYES was and remains a resident of the State of New York.

At all times mentioned herein plaintiff was and remains a pretrial detainee confined to the custody , control and care of the defendant CITY of NEW YORK and its department of CORRECTION.

Upon information and beliefs and at all times mentioned herein defendnat CITY OF ▬▬▬▬NEW YORK (hereinafter Referred to as "CITY"), was the defendant and remains the body of coporate and public, consituting a Municipal coporation duly organized and existing under and virtyre of the laws of the State of New York.

Upon information and beliefs and at all times mentioned herein this complaint the CITY maintian the CITY of New York department of Correction(herein after referred to as DOC), pursuant to ▬▬▬▬Law.

Upon information and beliefs and at all times herein defendant LOUIS MOLINA was employed by defendant CITY holding the position as COMMISSIONER.

Upon information and beliefs and at all times mentioned herein **defendnat** ERIC **ADAMS** was employed bu defendat CITY holding the position of MAYOR.

Upon iformation and belifs and at ll times mentioned herein, defendant ADW TYNEKA GREEN was employed by defendant CITY holding the position of assistant deputy warden.

Upon information and belief and at all times mention herein defendnat TYROINE CARTER was employed by defendant CITY holding the position of deputy warden of GRVC.

Upon Information and beliefs and at aall times mentioned herein defendnat PRESTON RITTER was employed by defendant CITY holding the position of correction officer.

Upon Information and belifs and at all times mentioned her... defendant HENRY was employed by defendant CITY holding the position of assistat deputy warden.

Upon information and belifs and eat all times mentioned herein defendant KEVIN YOUNG was employed by defendant CITY holding the position of correction of officer,

Upon information and belifs and at all times mentioned herein defendant HARRIS was employed by defendant CITY holding the poistion of assistnat depputy warden.

Upon  information and belifs and at all times mentioned herein defendant McNIEL was employed by defendant CITY holding the position of correction oficer.

Upon information and belifs and at all times mentioned herin defendant CORt was employed by defendant CITY holding the position of WARDEN of GRVC.

Upon information and belifs and at all times mentioned herein defendant LEMON was employed by defendant CITY holding the position of CAPTAIN at GRVC.

Upon information and beleifs and at all times mentioned herein defendant RIVERA sheild 1230 was employed by defendant CITY holding the position of CAPTAL

Upon infomration and belifs and at all times mentioned herein defendant Le-FLUER was employed by defendant CITY holding the position of CAPTAIN at GRVC.

Upon information and beliefs and at all times mentioned herein defendant ADAMS was employed by defendant CITY holding the position of correction officer.

Upon information and belifs and at all times mentioned herein defendant COLLINS was employed by defendant CITY holding the position of WARDEN of WEST FACILITY.

upon information and belifs and at all times **mentioned** herein defendant JEAN RENEE was employed by defendant CITY holding the position of WARDEN of GRVC.

Upon information and beliefs and at all  times mentioned herein defendant WONOSKI was employed by defendant CITY holding the position of correction oficer.

UPon information and belifs and at all times mentioned herein defendant TIFFANY MORALES was employed by defendnat CITY holding the position of deputy warden.

Upon information and belifs end at all times mentioned herein defendant (JONELLE SHIVRA) was employed by defendant CITY hoplding the poistion of deputy warden.



Upon information and beliefs and at all times mentioned herein defendnat **LISA BARNABY** was employed by defendant CITY holding the position of deputy wardn warden.

Upon information and beliafs and at all times mentioned herein defendant JOANNA MATOS was employed by defendant CITY holding the position of deputy warden.

Upon information and beliefs AND at all times mentioned herein defendant JOHN DOE from May 13, 2021 incident was employed by defnedant CITY holding the position of correction officer.

Upon information and beliefs and at all times mentioned herein defendant JOHn DOE from Oct 10, 2022 incidnent was employed by defendnat CITY holding the position of correction officer.

Upon information and beliefs and at all times mentioned herein defendnat JOHN DOE  and JOHN DOE CAPTAIN was defendnat that violated plaintiff rights in meddical cubilce in Oct 2022 and was employed by defendant CITY holding the position of correction officer and correction CAPTIAN of GRVC facility.

At all times mentioned herein and upon information and beliefs the defendant CO COX was employed by the defendant CITY holding the position of correction officer (ASSIGNED TO HEARING ROOM OFFICER AT GRVCC FACILITY)

Upon information  and beliefs and at all times mentioned herein Defendnat PALMERO sheild 1888, ████████ was employed by Defendant CITY holding the position as a correction Captain at the GRVC facility.

Upon information and belifs and at all toiimes mentioned herein defendant RODRGUEZ was employed by defendant CITY holding the position as a correction officer.

Upon information and beliefs and at all times mentioned herein Defendant ADAMS sheild unknown ( BUT ASSIGNED TO VISITING FLOOR AT GRVC)  was employed by defendnat CITY holding the position as a correction officer.

Upon information and beliefs and at all times mentioned herein defendant ADW HANRY was in fact employed by defendant CITY holding Deputy Warden of GRVC.

Upon informationm and beliefs and at all times mentioned herein defendant CO BRANCHIE was employed by defendant CITY holding the position of Correction Officer assisgned to the bubble station at 1a at the GRVC facility.

Upon inforrmation and belifs and at all times mentioned herein defendant CO BROS 10295 was employed by defendant CITY holding the position of correction officer.

Upon information and belifs and at all times mentioned herein defendant CO VELEZ 14001 was employed by defendant CITY hoplding the position of correction officer at the GRVC facility.

Upon information and beliefs and at all times mentioned herein defendant THOMAS GRIFFIN, was employed by defendant CITY holding the RANK of Assistant Commissioner of New York City department of-Correction. of Correction.

UPon Information anD beliefs anD at all times mentioned herein defendant Morris 10720 was EmployeD by defendant City holding the possition OF FLooR OfficeR anD Correction officer.

Upon information and belifs and at all times mentioned herein defendent blake# Was holding the rank AS CAPTAIN ,AND WAS EMPLOYED (BY) DEFENDENT CITY , IN GRVC

UPON INFORMATION AND BELIEFS AND AT ALL TIMES MENTIONED HEREIN DEFFENDENT CAPT LAW, WASEMPLOYED BY DEFENDENT CITY HOLDING THE RANK AS CAPTAIN IN GRVC.

UPON INFORMATION AND BELIEFS AND AT ALL TIMES MENTIONED HEREIN DEFFENDENT RAMOS#      WAS HOLDING THE RANK AS CAPTAIN,AND WAS EMPLOYED BY DIFFENDENT CITY,AT GRVC



STATEMENT OF FACTS

GRVC

BETWEEN THE TIME PERIODS OF   MARCH 11 2021  through

ON OR ABOUT MAY 2ND OF 2022 WILE HOUSED IN UNIT 15A PLANTIFF WAS TORTURRED

BY DIFENDENT CO MORRIS FOR ABOUT A YEAR STRAIGHTTHE PLANTIFF WAS

- plantiff state that on the on or about date of june-23-2021 iN (15A)
  diffendent morris was very fustrated at plantiff for not
  strip searching correctley in unlawful 3-point area serch

  area , that plantiff said ok forget medical then well im
  going to my cell im okay , when deffendent morris pulled
  plantiff wilE HANDCUFFED WITH HIS HANDS BEHIND HIS BACK,
  YANKINGING PLANTIFF, WITH JOHN DOE OFFICERS HELP, THEN SLAMMING
  PLANTIFF TO THE FLOOR AND THEN YELLING YEAH YOU BITCH ASS
  NIGGER I GOT THE UPPER HAND IN THIS HOUSE !!!! this my house
  plantiff then noticed that his tooth was now chipped from being
  slammed face first to the floor, and also that his lip was
  busted plantiffs chin was also bleeding a little! plantiff
  was now asking to see medical A.S.A.P WHEN DEFFENDENT MORRIS
  TOLD THE FLOOR CAPTAIN NO! hes not getting medical captaans
  name was (palmer campbell ) GRVC CAPTAIN  plantiff was a little
  unconcuise getting up so he dose not remember much ELSE OF
  INCEDENT.

- PLANTIFF WAS TAKEN TO DENTALE MONTHES LATTER AFTER THISM INCE+
  dent took place  proof can be shown in plantiffs dental reports
  for 2021 or 22...

  plantiff notifyed sick call latter that week for tylenol for
  his head aCHes, AND MOUTHWASH  TO NUMB THE ACHES OF HIS BUSTED
  LIP AND BLEEDING GUMBS !

  plantiff WOULD LiKE THE VIDEO OF THiS INCEDENT, TO ALSO
  Support HiS ARGUEMENT, IN THE ProsecuSion OF THiS
  Complant, HE Demands Gentec Footage aND BODY Cam
  Footage !



10

BETWEEN THE TIME PERIODS OF   MARCH 11 2021  through

ON OR ABOUT MAY 2ND OB 2022 WILE HOUSED IN UNIT 15A PLANTIFF WAS TORTURED

BY DIFENDENT CO MORRIS FOR ABOUT A YEAR STRAIGHTTHE PLANTIFF WAS

to FORCABLE SERCHes -fORCED TO GET NAKED IN SOMETHING CALLED
A 3-point search area, 9D WHICH EVEN OFFICERS AND INMATES
VIEW AS WRONGFUL, BECAUSE IT HAS A CARMEA CAMRA INSIDE IT
VIOLATING YOUR PRIVACY ,PLANTIFF WAS SEARCH MANY TIMES OVER
(200) in this said area by correction officer morriss shield #
10720 , and captain blake which are both diffendents in this
CASE, AND EACH TIME PLANTIFF WOULD PROTEST AND WAS TOLD THAT
HE WAS BEING SUBJECTED TO THIS UNLAWFUL STYLE/Style type search
by the orders of,DIFFENDENTS TIFFANY MORALES, WARDEN RENEE,ADW
HARVEY , ADW HENRY,OFFICER WILLAM MC NEIL , CAPT ANDREI BLAKE,
CAPT ERICA LAW, WHEN HE WOULD BE COMING FROM AND OR GOING TO,
YARD7/recreation , clinic, visits,court ,and ex...

on or about APRIL 20th and 21,22,24 of 2021 on on the other acc-
assion diffendent co morris denied me medication and my visits
so both diffendents dewnied denied me medication ,and myn hearing
rights and visits for verious days on in diffendent cox said
fuck him he dont need no medication  and on april 25 or 26 2021
cox said i was dead om my medication , diffendent morris

contacted visit staff and to diffendent capt le flure that planti
ff was a snitch, morrid diffendent herein came to plantifs
cell and asked plantiff wat was all these 311,s and grievences
about invovoling himm and why was i tellimg, inmates not to
disrespecy diffendent and instead call 311 on himm when theres

a issue , beleiving plantiff dequan reyes was the root issue
of why diffendent was getting contsant verbal repromandations
by adw green, and capt maxwell , and adw henry, as retaliation
diffendent morris approched plantiffs cell ,escorted plantiff
to shower then splashed him in the face with piss the left inmate
in shower for 3 hours on or about april 2nd 2022 in 15a house,
and as you will see in listed case pro se same 3 point issues

and violatioms fron same diffendents JOHMANNI ANDUZE V CITY NEWYO
2002 ,

plantiff visits (contact) (privlages) being takign In effecyed
him harshly his sons mother stop bring hoim because off the
essessive searches and none contact , his mom has caught cancer,
and he(hasnt) been able to see her in years, his grand-father has p
passed , friends has passed away and he with he was able to hug
them first ! From THE DATES OF OCT 9TH TILL FEB-1-23
                                   2020

⑪

AND ON 5-1-2022 CO MORRIS APPROACHED PLANTIFFS CELL DOOR QUIT SWIFTLEY AND SLAMMED PLANTIFS ARM IN FOOD SLOT INJURING PLANTIFFS ARM, THEN TELLING HIM TO NOW CALL 311 , FOR MEDICAL ATTENTION , OR SUE ⬛⬛⬛ ME PUSSY, WILE WALKING AWAY FROM PLANTIFFS CELL LAUGHING, ALL WILE PLANTIFF WAS HOUSED IN UNIT 15A AT GRVC FACILITY... on or about 4-8-22..

DIFFENDENT MORRIS CHANGED PLANTIFFS PIN NUMBER AND GAEIT TO ANOTHER INMATE , STOPING PLANTIFF FROM BEING ABLE TO CONTACT HIS FAMILY MEMBERS , THE NUMERS THAT WAS CALLED AT THIS TIME ) WAS 646-920-4516, and          as YOU WILL SEE THREW YOUR INVESTIGATION ALSO SEE EXIBIT  34   for more proof of inciedent all because of plantiffs 311 calls on diffendent and not eating hiis food which should not be forced apon..

and on the same date of on or about 4-8-22 ,diffendent poped planfiffs wall jack and never called I.T perposly so that plantiff couldnt call his family and or 311 to motify them stating everyday nigga you gone= suffer bitch " after he walked (away) , leaving plantiff depressed and not able to use the phone for 3 weeks..

PLANTIFF STATES HEREIN ON THESE LISTED DATES ,DIFFENDENTS,
CAPTAIN RAMOS #       , AND CAPT LAW #_____,CAPTAIN OF GRVC
UNITS 11A, 11B, 13A, 13B, 15A,15B (SEG) RECREATIONS PUT
PLANTIFF ON UNLAWFULL RECREATION RESTRICTIONS BASED OF THE
DISSLIKES AND OWN ,WRONGFUL CONDUCTS,AND WAS TOLD NUMERIOUS
OF TIME INSIDE THESE BOX ,AND PUNITIVE LOCKDOWN SETTING HOUSEHOLDS
THAT IF HE REPORTED IT THAT , THE HE WOULD DEFFENETLY NEVER
RECIVE RECREATION LATTER ,DIFFENDENTS MC NEIL,AND CO WOLONSKI)
TOLD PLANTIFF THAT THEY WOULD MAKE SURE PLANTIFF NEVER USE THE
PHONE IN THERE PRESENTS SO THAT PLANTIFF COULD NEVER REPORT
THE FOLLOWING...

   ONOR ABOUT OCT 10TH,11,12,13,14,15,16,17,18,19,20,21,22,23,24,
               25,26, 27,28,29,30,31 -OF 2020 YeaR In UNiT 13B

NOVEMBER 1ST,2,3,4,5,6,7,8,9,AND 10TH PLANTIFF WAS HOUSED IN UNIT
13B AND INFORMED GRIVENCE,AND ADW HENRY THAT HE WASNT GETTING HIS
VISTTS ,OR REC AND SHE STATED THATS GOOD 4 YOU

ON OR ABOUT MAY 10TH ,11,12,13, THREW JUNE 10TH 2021 PLANTIFF WAS
STILL ON DIFFENDENTS HOT SHEET FOR NO RECREATION... PLANTIFF THEN
INFORMED DEPT PHILLIPPS ADW AND SHE SAID THAT SHE WHOULD TRY TO GET
ME TO REC ONE DAY,IN 11A BOX...

ONOR ABOUT DECEMBER 1ST,2,3,4,5,6,7,8,9,10 THREW 31ST 2022 IN UNIT 13A)
PLANTIFF STATES THE SAME ,ON OR ABOUT DECEMBER 13TH PLANTIFF SEEN ADW
HENRY AGAIN AND HE WAS CRYING , AND SHE STOPED AT HIS CELL AND SAID
BABY DADDY ITS OK RECREATION IS REALLY WHEN YOU GET HOME AND UP IN
THIS PUSSY, RIGHT !?

ON OR ABOUT FEBUARY 1,2,3,4,5,6,7,8,9,10,11,THREW 28TH PLANTIFF (2022)
WAS HOUSED IN 13B AND WAS TOLD MANY OF TIMES BY BLKFDIFFENDENT CAPT
RAMOS THAT HE WASNT REALLY SPANISH , HE WAS A NIGGER AND HE CALLS 311
TO MUCH THATS WHAT NIGGERS DO..

(13)

AND THREW OUT ALL OF THIS TIME IN 23 HOURS AND MANDATED 1 HOUR RECREATOONAL

PUINITIVE ,BOX HOUSING ,DIFFENDENTS LAW, AND HENRY, AND MC NIEL ,AND RAMOS,

ALL AGREED NOT TO GIVE ME SHOWERS SOME DAYS, AND OR VISITS , IF NEEDED

PLANTIFFS ALSO TOLD THERE H JHON DOE OFFICERS TNAT DID THE DAY TO DAY

REC NOT TO STOP BY MY CELL WHEN THERE WALKING WITH THERE BODY CAMRAS ON

FOR RECREATION ...FROM 2020 threw 2022 !



On or about May 18, 2021 the plaintiff was housed at the GRVC unit
13A and got into a use of force where he was assualted by an defendant DOC
Correction Officer who did not have his name tag on leaving plaintioff
unable to get his name and sheild number. This Unknown officer slammed
the plaintiff hands inside of the feeding slot on the cell door cuaisng the
plaintiff to bleed viciously, and causing the plaintiff's "POINTER FINGER"
to become fractured. ~~DEFENDEN~~ WoLonSKi #5460  DiFFenDents Name plantipf Discovered

After this incident the plaintiff was denied  medical attention by
(JOHN DOE /OFFICERS) and as a result of the plaintiff informing defendnat
(JOHN DOE /OFFICER) that he was going to contact his lawyer and 311 about
the incident defendant (JOHN DOE / OFFICER)  opebned another inamte's cell
door allowing inmate to assualt the plaintiff and destroying the plaintiff's
phone wire to prevent plaintiff from contacting 311 and his attorney's
to report the matter.

After this incident defendnat (JOHN DOE / OFFICER)  came back to
the plaintiff;s cell and slapped the plaintiff through the feed slot and
then began yeilding at the rest of the housing unit that this is 'WHAT
EVERY INMATE WILL GET WHO CONTINUES TO SUE DOC NIGGERS'. (THE PLAINTIFF
DEMAND THAT THE VIDEO FOOTAGE FROM THIS DATE AND HOSUING UNIT BE PERSVED
FOR EVIDENCE IN THIS COMPLAINT).

EXHIBIT- 1  is the grievance that the plaintiff filed in ordered
to properly memorloze this incident.

ON OR ABOUT JAN 1, 2021 THE PLAINTIFF became aware that his property
bags were mising in that a large sum of clothing and legal documents crucla
to his criminal and civl cases had been siezed. The plaintiff was able
to stop defendnat secuirty officer RITTER and asked / inquire about this
and was told by this Defendant that "THAT IS WHAT I DID JUST TO SHOW YOU
WHAT IT IS I MA CAPABLE OF DOING". The plaintiff filed a grievance to properly
memoralzis this incident and the lost clisamied within this compliant see
EXHIBIT- 2 .

On or about April 20, 2021 - May 18, 2021 the plaintiff was being denied his medication whihc caused him to not be able to sleep and/or eat and to prevent him from being able to cope with the mental and medical condition tha the was experience from being incarceratted whihc left the plaintiff feeling suicidal and homocidal from lack of medication.

In betwen that time the plaintiff stopped GRVC defendant JEAN RENEE and informed him of such who was in the aquaintaince of defendnat RITTER and after a brief conversation with defendat RITTER responded to the plaintiff's concerns by stating " THAT WOULD NOT BE HAPPENING TO YOU IF YOU WERE NOT ALWAYS SUEING DOC NIGGER"

[AS] A RESULT OF THIS INCIDENT THE PLAINTIFF FILED A GREIVANCE TOENSURE THA THAT THE INCIDENT WAS MEMORALIZED SEE EXHIBIT- 3 .

While at the GRVC the plaintiff enagged in the Goverbment Stimulis program where he recived a stimuls check and signed it for endorsement and then remailed in to his family,  the plaintiff was unable to get any response on this matter of the disappereance of his government stimuls check and filed a grievance to proerly memoralize the incident and the theift. See EXHIBIT- 4 herein.

On or about Oct 10 or Oct 9, 2021 the plaintif was transfered to a diffrent housing unit by GRVc ADW Tyneka Green herein as defendnat. While be transfered the plaintiff properly was seized by defendnat TYNEKA GREEN and never given back the plaintiff subsequently filed a griecvance on this that caan bee seen herein as Exhibit- 5 . The plaintiff then asked defendnat AD ADW GREEN about his proerty and was told that if he mentioned it or asked her again that she would set him up to get shot (MEANING REHOUSE PLAINTIFF IN A CERTAIN HOSUING UNIT AND ALLOW INMATE TO STAB/CUT PLAINTIFF) something ADW GREEN is known for doing within the New York city department of Correction.

ON or about JULY 16, 2021 the plaintiff requested medical care in regards to his finger and right hand still being injured from the incidnet with defendnat (JOHN DOE/ OFFICER)  where his pointer finger was injured. Plaintiff filed a grievance on this matter bring the attention to defendnat WARDEN JEAN RENEE and never was given medical care. See EXHIBIT- 6 .

While in GRVC custody on or about Oct 11, 2022 the plaintif was given a scaple by defendnat PRESTON RITTER.  later on that day  when the plaintiff cell door open he looked up and saw defendnat PRESTON RITTER who was telling him to ~~██████████████~~, swaollow the scalple. The plaintiff did as he was orderd and instantly felt pain in his throat and chest and began screaming that he needed immedtaley emergency medical attention.. The pain from following defendant PRESTON RITTER's order were compaunded by the incident from OCT 10, 2022 where the plaintif was cut and assualted by unknown inmates who he belives SECUIRTY TEAM at GRVC sent becaise oif the fact that inmates screamed such when assualting him.

On OCT 10, 2022 the plaintif was assulted by inmates he did know and was cut durring the assult, while inmates were cuting him the plaintif heard " SECUIRTY SENT THIS"  right before he was cut. after being cut correction officer used an illegal and custom polciy , practice, or usgae of defendant CITY and dead locked the plaintiff in his cell without medical attention for close to two days.

The plaintiff informed numeorus officer's and capatyins that he was in serve pain and bleeding and needed emergency medical attention. The plaintiff was unable to obtain the names of these officers and capatins beside the one secuirty officer who he was familar with CO McNIEL who is named as a defendant herein, along with a defendnat CAPATIN LEMON who both denied the plaintiff medical stating to the plaintiff "NOW YOU GOT A TASTE OF YOUR OWN MEDICINE".

THE STATEMENT GIVEN IN  PARAGRAPH ABOVE WHEN STATED TO THE PLAINTIFF WAS ON OCT 22, 2022 WHEN CAPATIN LEMON AND OFFICER McNIEL WAS TOURING THE PLAINTIFF HOUSING UNIT OF 4aWHERE THE INCIDENTS TOOK PLACE AT.

Subsequently a day or so later the plaintiff was finally seen by medical staff who indicated that the plaintiff was having hard time ~~breathing~~ breathing.  While being seen by medcial  two correctional personnel violated the plaintif fmedical privacy rights by standing in cubicle while plaintiff was being seen. These defendnats are named herein this complaint as (JOHN DOE OFFICER AND JOHN DOE CAPATIN FROM OCT 2022 ~~incident~~ 13TH DAY INCIDenT)

These JOHN DOER defendants admited to the plaintiff while in medical cubicle that they were part of the reason that the plaintiff  was cut by unknown inmate bacuse they were all tired of the plaintiff lawyers sueing DOC and costing them money out of their checks.

JOHN DOE CAPTAIN recived a phone call and when he retuned back to cubilce began to inform doctors that he belived that there was nothing wrong with the plaintif fand that sending him out for x-rays would be a waste of time. The plaintiff took this as JOHN DOE CAPTAIN attempt to cover up for defendant (PRESTON RITTER) giving plaintiff a weapon and ordering him to swallow it. IF THE Search EVER CAME TO MY HOUSING AREA (4A)

The doctor disreagrded JOHN DOE OFFICER and JOHN DOE CAPTAIN information and sent the plaintiff out to Urgent Care  for a stomach and chest X-Ray.

Doctors informed plaintiff that his isue was to serve to be handled by facility medical staff and needed outside hospital to further whatver remedy would be best for plaintiff.

The plaintiff later on that day was transported and admitted at NYC Hospital BELLVUE for stomach surgey and further medical assistance.

The plaintiff sat at hospital roughly three days until doctors gave him the option of either surgey or allowing the balde to pas through his body naturally, with plaintiff taking the later option.

After two days of waiting the plaintiff informed the doctors that he would rather the surgey due to the degree of constant pain he was in, but doctors informed plaintiff that defendant's CITY by way of DOC had ordered that the plaintiff be sent back to the facility GRVC as oon as possible interfering with the plaintiff medical needs and medical care without any legitimate penological reason for such interuption.

The plaintiff was ent back to GRVC where he immedately notified every nurse and doctor and JOHN DOE OFFICER wookring his housing unit that he was in serve pain was bleeding when urinating and deficating and need medcial care , whihc was all denied to him for reason that were not given but understood as being in retalaition by plaintiff for his civil litigation against defendnat DOC and defendat CITY by way of DOC OFFICIALS.

This occured even though the pain was obvious wheras medcial staff needed to assit the plaintiff with walking to get on the elevator at the hospital and with the plaintiff(informing) medcial staff and DOC oficials that he could physically feel the blade moving around instiide of his stomach area of his body.

The plaintif fhad never cleared the chest and stomach X-ray machines and should have never been dischaged back to GRVC facility . For apporxamately 3-6 weks after this the plaintiff would see blood everytime that he ucinated and whiped his retun area after defication and when notifying medical and correctional personnel would be denied medcial care that was adqaute to care for the plaintiff obvious medical needs at the moment.

The plaintiff was never sent back to the hospital for further treatment due to defendant's CITY by way of DOC employee interupting with the plaintiff's medical needs out of retalaition for exercising his FIRST AMEDMENT RIGHTS and numerous lawsuits against defendnat CITY from civil layyer who named high and low ranking DOC OFFICAILS for various conduct alike of that named herein this complaint.

During this **time** period after returning to GRVC facility defendnat McNIEL saw the plaintiff and stated to him "I DONT LIKE YOU AND I WANT YOU DEAD ".

Upon returning from the hospital  the plaintiff became aware that officeersxhad allowed inmates into his cell to take his belonggings and property. He was told this by the same officer that has allowed the plaintiff to get assulted by inmate on or about OCT 10, 2022.

Upon returning the plaintiff iemmedatley began having nightmares and flash backs on being left in the cell on deadlock without getting fed for days (2)  while bleeding and hearing all of the inmate yeild to the plaintif that he was a snitch because he was eeking medical care and cameras would be pulled and reviewed showing who had assaulted him.

The plaintiff recalled and failed to# state earlier herein that while being on dead lock that he was sprayed with a fire exstinughser by officers acting like they were putting a fire out in his cell whihc was really retalaitio out of plaintiff constant yeilding for caopations and deputy wardens assistance to bring light to him being cut.

The plaintiff was also cleaned up and informed that he needed stiches , but was glued up in his wounds and wrapped with a plastic like matter, and informed that DOC staff ordered medical to do such in that manner to cover up the fact that the plaintiff was cut, because they wanted to keep cutting incidents low due to federal mohitoring system.

In early NOVEMBER of 2021 the plaintiff was told by GRVC security staff officers unknown but defendant PRESTON RITTER and McNIEL were present and stated with them that defendnat JEAN RENEE and them togther reached the decison that plaintiff would no longer have contact visition  while in DOC cudstody.

On times when the plaintiff did have visits after that defendants CAPATIN Le FLUER who was in charged of visits at GRVC and visiting correction officer defendant ADAMS, denied the plaintiff visitation rights and placed him in booth non-contact visitation without informing him why other than both constantly stating to him (1) I was ORDERED BY WARDEN RENEE TO DO SUCH (2) I DO NOT LIKE YOU ANYWAY  RAT.

THE PLAINTIFF WOULD LIKE TO NOTE: XHE WAS NEVER GIVEN NOTIFICATION AS TO WHY HIS VISITTTAION WAS DENIED( WHICH IS STANDARD DUE PROCESS PROCEDURE) BEFORE SUCH DENIAL BY LAW.

On March 13, 2020 plaintiff property was seized from him by ESU staff unknown named as defendants herein while being transfered to GRVC. GRVC officer in the inatke took part in this seizure without notifciation of why stating that the plaintiff had a record of assulting other inmates and they were going to break him and show him about GRVC.

On or about NOV 21, 2022 the plaintiff filed a grievance complaint in regards to the FIRST AMENDMENT VIOLATION on his visitation to properly memoralize the fact as seen herein EXHIBIT-7 .

In or around OCTOBER 2022 the plaintif was rehoused in Courtorder lcokdown hosuing unit by GRVC . Before leaving intake to gox to haxxuxxhouging unit 2a the plaintiff's QURAN was seized without reason other than being informed that COURT order LOCKDOWN inamte are nopt allowed to posess any other religious material outside of a christain bible. The plaintiff later was informed that this was pursuant to CLO 13/21 as seen in EXHIBIT-8  thus plaintiff naming the correctional personnel involvd with the creation of such command level orders as defendnat herein this complaint for violation of various Constitutional RIGHTS.



While housed in hosuing unit 2a tyhe plaintiff has never been afforded HALAH meal in pursuant to his religious MUSLIM dietary whihc the plaintiff has ben a person that practice the muslim religion since before being in DOC Custody and this fact is documented with DOC Officials as such.

Form the date of being housed in unit 2a in or around Oct 2022 to DEC 2, 2022 the plaintiff was subjected to being left in ERS (ENHANCE RESTRAAINT SET UP) while in side of a cage during his (1) hour recartion period pursuant to CLO 13/21 violating the plaintiff rights of Due Process wheras the courts have long established that prsioners has right to exercise while doing recration time.

On or about Nov 16, 2022 the plaintiff and other inamtes alike were ordered by secuirty staff from GRVC in the housing unit 2a to get naked for a facility search. The plaintiff did as he was ordered and a search was condcuted and no contraband was discovered.

secuirty team left the housing unit after search all inmates and returned 30 minutes later where they rsuhed straint to the plaintiff cell without a capatyin, body camera on even though they had body cameras on there ▓▓ ▬▬▬▬▬▬ DOC UNIFORMS.

Defendnat PRESTON RITTER sheild no 7994 and defendant KEVIN YOUNG sheild no 12268 of GRVC security team  ordered the housing unit officer to open my cell even though officer requested that a capoatin be present before doing so as hosuing unit polciy states the plaintiff cell door was opned and defendant RITTER & YOUNG forced themselves into plaintiff cell garbbed the plaintiff shoving him to the wall forcifully, then slamming plaintiff on metal bed frame  (WHILE SECUIRTY OFFICER ANDREW HICKSON YEILD DO NOT HURT HIM) in back round.

While this assult by DOC staff was taking place both defendnats RITTER & YOUNG was screamming at the plaintiff to tell your man next door to drop his law suits on CAPTAIN MATHIS. The plaintiff responded by informing Defendants

that he was new to the housing  unit and did not even know the inmate in
the cell next door to him. When plaintiff stated such defendant YOUNG began
choking the plaintiff until he couldnt breathe .

Defendant RITTER then jumped on plaintiff back grabbing the plaintiff
right arm from behind and pushing it all the way of the plaintiff's back
until it touched his head cuasing the plaintiff to physically hear his
shoulder pop out of place..

Defendant RITTER then took his left hand and went inside of the plaintiff
s boxer stiCKing his two fingers in the plaintiff retum area condcuting
a cavity search while screaming"WHERE THE WEAPON AT NIGGA"!?, something
thatthe plaintiff knows defendnats RITTER and YOUNG to have a DOC history
of doing to other inmates.

Defendnat RITTER noticed that defendnat YOUNG had managed to get
the plaintiff handcuffed and that was when defendnat RITTER punched the
plaintiff in his face twice (2x) times causing the plaintiff jaw to become
swollen and his lip to bleed.

Afterwards the plaintiff cell was search agfain with nothing be found,
but plaintiff personal property such as $300 GUCCI  sliipers, legal documents,
ISLAMIC relibious metaerial and writing seized without recipts given.

The plaintiff later learned that defendnat RITTER and others had
a retaliation campaigned against the inmate next door in an ongoing civil
matter where they wanted the plaintiFF to dismiss a lawsuit against their
ex-capatin Mathis , see matter of ALEXANDER WILLIAMS V. CITY OF NEW YORK
ET AL 19-CV-3347(LJL).

Subsequently since being housed in 2A the plaintiff phone call privilged
was used as retalaiorty nature and limited whereas the plaintiff Supreme
Court Order that initiated lcokdwon status does not indictae any phone
restriction yet DOC Officials and secuirty team limited the plaintiff phone
use without notifciation why.

24

This limitation placed on the plaintiff's phone calls, and the ERS set up while duriing recreation periods was and is OVERBOARD   and   INCONSISTENT with any legitimate penoloogical  intrest of DOC.

On Nov 11, 12, 20, 23, 25, 27 and more the plaintiff was not allowed to use the phone because of defendants RITTER and YOUNG not bringging phone to housing unit 2a wheras secuirty was in chaarged of such and no phones were left on unit 2a at all for inmate usage.

On or about Nov 25, 2022 defendnat RITTER was present on plaintiff;'s housing unit 2a with a capatin DAVIS and when the plaintiff asked him about using the phone defendnat RITTER responded by telling plaintiff that he wouldnt have an issue using the phone if he didnt always sue DOC so he was dead on phone calls. This allowed the plaintif to conclude that defendnat RITTER was personally retalaiting against the plaintiff for exercising his first amendment rights.

Plaintiff then asked defendnat RITTER if he could at least have his QURAN and ISLAMIC material back so at least he could properly enagge in his religious stuides to whihc defendnat RITTER stated to plaintiff that he wasnt getting shit because Court Order ▇▇ lockdown inamtes are not allowed any other form of religious material outside of a DOC issued Blue bible. The plaintiff informed Defendnat RITTER that he was not a christian whihc caused RITTER to state as he walkeed away that he was going to become a christian now.

It is well stated under the Federal and State Constitution that the government shall not favor one religion over the next but as seen in EXHIBIT-8 defendnat CITY amd others have created and endorsed a polciy where the christian religion is promoted and fovored over any other religion including Islamic whihc the plaintiff practices.

On Dec **1**, 2022 at approxamately 12:00pm defendnat Mcneil and other secuirty officers names unknown to the plaintiff came to housing unit 2a and defendnat Mcneil stated to plaintiff that he was there specifically to harrss him.

Defendnat Mcneil thenm came to plaintif cell door and began whispering that he shouldnt give the plaintiff the phone today because he has been getting the plaintiff complaints about DOC. He then asked plaintiff how does he like the way that his phone privilges have been being afforded knowing that hiim and his secuirty team had unlawfully.

When the plaintiff got on the phone he saw that defendnat Mcniel was pointing at him to other secuirty team members and stating that he had something for REYES speaking in regards to the plaintiff. Hearing this caused the plaintiff to give the phone back to defendnat Mcniel to which defendr then stated "IAM SEND A SEARCH TO YOUR CELL TO FINISH UP MY DIRTY WORK" "I'M OSIU NOW SO I DONT GET MY HANDS DIRTY BUT I ALLOW NIGGAS TO FEEL MY WRAFT".

Defendnat Mcniel began walking away and stated so that everyone can hear including inmate ALEXANDER WILLIAMS  you better ask "WILLIAMS" about my body I get niggas touched whenever I want to.

A few hours later on Dec **1**, 2022 the plaintif and others were ordered to pack up and was tarnsfeered to the DOC bus by secuirty tema of GRVc that consisted of defendnats Mcneil, RITTER and YOUNG along with other not named as defendants herein this complaint.

Once in the bus I was escorted into the bus to see defendnat Mcniel sitting in the driver seat as if he was a bus driver. Once I was on the bus defendant Mcniel began to smack and punch the plaintiff about the neck ribs and face area seeing that plaintiff was handcuffed and unable to defend himself.

He ~~actioned~~ inamte williams to use ~~his~~ cane to strike the plaintiff and then locked my in a cage and went and came back wiuth defendnat YOUNG who took his turn assulting the plaintiff in the ribs while saying I  DONT WANT TO LEAVE ANY FACIAL MARKS but I WANT TO LEAVE SOMETHING FOR YOU TO REMEBER ME BY.

After a (Few) minutes inmate WILLIAMS began yeilding at the two defendnats Mcniel and YOUNG screaming that his cane is not to be used for assults on inmates, to whoihc defendant Mcniel responded by saying "SHUT UP NIGGA YOUR CANE PERMIT EXPIRED SO I WILL USE IT FOR WHATEVER I LIKE".

Another officer came and front of plaintiff and Mcneil and then began driving the bus allowing cniel to come back in front of the plaintiff cage and verbally assult  him while plaintiff was ~~actioned~~ bleeding.

Once plaintiff got to west facility cameras will support and show that his hands were bleeding bad  and when the plaintiff got of of the bus defendant Mcniel began screaming in the plaintiff face while spittingleaving plaintiff with his boodily fluids in his face while he walked handcuffed to hius cell in sprung six.

Defendnat Mcniel went out of his way to follow the plaintiff into his new facility sprung six taunting the plaintiff saying that "I'M NOT DONE WITH YOUR ASS YET REYES I SWESAR I'M NOT".

Subsequently the plaintiff filed numerous grievance about medical on West facility due to being in pain from this assult.

On Jan 16, 2023 the plaintiff was returned from West Facility back to GRVCand upon his cell door clsoing in building 1a defendant Mcniel entered the housing unit and began screaming at the plaintif fthat he was NOT A FUCKING MUSLIM ON THIS STATUS so HE WOULD NOT GET A KORAN that he was now in chaargee of Courtorder lcokdown inamtes meaning REYES ass was his.

Defendnat Mcniel then went on to inform correction officer St Hillare
that court order inmates like Williams, Forrest, Thompson and plaintiff
DEQUAN REYES are not to reciuve any services, and that in population they
may have all been diffrent religions but under this status the only religiuon
and reliougious material that they are allowed to posess by DOC polcies
is that of a bmble and Christain religion.

this statement supports the fact that defendats including but not
limited to those named herein this complaint knowingly, willingly and wrongfull
instituted a custom polcies, practice rule or procedure that polaced a
substaintial burden on the freedom of the plaintiff to practice his Muslim
religion.

The plaintiff (cell) was dusty and covered in dirty and wet pant whoich
caused the (plaintiff) to began to have an asthma attck and since he didnt
have his property in his posession was unabale to get his asthma pump. The
plaintiff informed defendnat Mcniel that he was having a medical emergncy
to whihc defendant Mcniel walked to plaintiff cell door saw him on the
floor holding his chest to leave him stating I am going to tell ESU right
now that you can not get your proerty I told you long time ago I want to
bury you in here REYES.


defendnat Mcniel left the area after making a notation in housing
unit 1a logbook never to retun and plaintiff never recived medical care
either.

On Jan 17, 2023 the plaintiff stopped defendnat WARDEN CORT at his door
when she was toruring and informed her that he needed medical attention
asap due to his chest tightness and serve pain to whihc defendnat CORT
stated in return "I'M SORRY I CAN NOT HELP YOUR ASS"  smiling and walking
away.

The plaintiff was not able to see medical staff until sometime after

9pm on  Jan 17, 2023 displaying the defendnat WARDEN CORT deliberate indifference to plaintiff medical needs.

On Jan 18, 2023 the plaintiff stoped ADW HARRIS informing him tha he was not reciving medical care, showers, recreation as purusnat to his court order madating him to (1) hour reacrtion a day and ADW HARRIS along with WARDEN CORT not only failed to do sosmething about it but stated that plaintiff condictions were directly by there own designed and that they were going to teach the plaintiff and all the cour order inamtes a vuable lesson at GRVC.

The plaintiff made serveral 311 calls filing compliants about this in the numbers are as followed: EX   EC-00567357, EC-00567235, EC-00567387, as well as EXHIBIT's- 9 , 10 , 11 , & 26 .

On Jan 19, 2023 defendnat CAPT RIVERA sheild 1230  at approxmately 4:33pm stopped one of the assistant commisoner touring housing unit 1a misleading assistant commssioner to belive that the inmates in 1a were recieving all of their services and evening lying saying that we including the plaintiff DEQAUN REYES  recives one hour rec in the housing unit dayroom pointing to the table on the housing unit floor.

Once the commissioner was gone and defendnat CAPATIN RIVERA walked out with him he returned five minutes later to threatned the plaintiff by telli telling him to next time mind his fucking business and that he was never getting recreation or his KORAN back as long as he was captin of housing unit 1a. (CO BATES SHEILD NO. 8422 WITNESS THIS BEING STATED TO PLAINTIFF)

On Septmber 22, 2022 the plaintiff was involved in a situation where defendnat ADW HENRY was disbacted to the area to supervise the matter. The plaintiff was asking to be afored babershop servcies.

Plaintiff **refused** to **go** inside of his cell **BUT** was cohursed by defendant ADW HENRY by her saying **"BABY, REYES WHAT IS WRONG** NOW, PLEASE JUST **(GOT** INSIDE OF YOUR CELL **I WILL** TALK TO YOU INSIDE YOUR CELL". Once **plaintiff** **(Stepped)** inside of his cell defendant ADW HENRY stuck **her** right hands into plaintiff boxers and started to stroke his penius until it staarted to get erected, saying **" ALL I WANT YOU TO DO (REYES** IS RELAX PLEASE"., after **mm#wards** kissing **plaintiff** on his **cHEEk then** walking out of **plaintiffs** cell.

Once plaintiff cell was closed she stood in front of the cell and whispered to plaintiff that she would make sure that **he** gets **babershop** and medical but later plaintiff received a infraction stating otherwise.

The plaintiff submits infraction herein as EXPIBIT-16, but DEMAND THAT THE GENTIG FOOTAGE FROM UNIT **15A BE PERSERVED** FROM THIS DATE AND TIME LISTED ON INFRACTION AS EVIDENCE **IN DISCOVERY IN** THIS ACTION.

On Jan 21, 2023 **at approxmately** 5:05pm defendnat CAPT RIVERA was present on housing unit 1a to afforded the plaintiff **a shower.** The plaintiff ask if he could clean up his cell **and** defendant CAOPT RIVERA stated to him that he would be able to clean up when he **stopped suing.** See EX - 19.

The plaintiff had to push the trash out of his cell with **his** feet while capatin Rivera stated that COURT order **lockdown** inantes are not **allowmed** to clean their cells period. The plaintiff had been asking defeadnat CORT AND CAPT RIVERA FOR cleaning supplies and broom and **mop since arriving** at fcaility was denied due to cetailiation over lawsuits.

**ON JAN 22, 2023** the plaintiff requested his (1) hour recreation and was told by correction officers working his housing unit of 1a that he was on recreation restriction. The plaintiff attested that he had not been served any notice stating such and did not recive a hearing conlcuding any restriction of recreation.

The plaintiff DEQUAN REYES has ben clasifed as "ICR","RED I.D.",
"ERS (ENHANCE RESTRAINT )", and that he had never been afford a hearing
of NOTICe in reference to the Due Process surround these facotrs and establishe
by the cout in WOLFF V. McDONNELL  418 U.S. 539.

    The plaintiff  did not know exact who was defendnat to be named
in this matter of until questioning of defendant COX who could be heard
on plaintiff 311 call as he recorded her on Jan 23, 2023 at approxamtely
2:00pm saying the following, "YEAH I ALWAYS DENIED YOUR ASS HEARING BECAUSE
I WAS NOT WALKING INTO THE HOUSING UNIT YOU WERE AT TO PICK YOU UP AND
SO WHAT"(  plaintiff demand that this 311 call on this date and time be
persved and produced in regards to addressing and in support for this cliam
of violation of his DUE PROCESS  REIGHST GARANTEED UNDER THE fourteenth
amendment of u.s. const)

    And that on JAn 23, at 2:00pm when plaintiff was on phoned and recoed
defendanat CO COX sheild number 17736 , that plaintiff  was filing a complaint
for not being produce to a recent hearing in that of a separet incident.

    This addmission made by defendant COX sheild number 17736, informed
the plaintiff that defendant COX sheild number 17736 was responsible for
each and ever hearing and NOTIFICATION that plaintiff was denied since
being detained at the GRVC facility  as plaintiff DEQUAN REYES  claims
to had never been produce to any of the hearings from misbehavior infraction
that he was written up for at GRVC .

    Abd this is still a custom polciy, practice, procedure or role of
defendant CITY , WARDEN CORT, WARDEN JEAN RENEE that violated the plaintiff
DEQUAN REYES  rights and as a result the plaintiff had wrongfully been
classified as "ICR","RED I.D.", AND "ERS (ENHANCE RESTRAINT)", due to the
defendants failure and negligent in their correctional duties. EX-17 herein

is copy of plaintiff's grievaance filed in the later matter memoralizing the factor of this as a practice custom, polciy of defendnats CITY and other named herein.

On Jan 10, 11, 13,22,30,amd 31 of 2022 the plaintiff was infroemd by various DOC staff tha the was on Recreation recreation restriction but was never provided with "NOTICE" or affored a hearingf allowing him Due Process in the restriction. This is a matter established by the Courts in WOLFF V. McDONNELL, that DOC and defendant CITY is well aware is needed before imposs:gany restriction on a pretrial detainne and/or a prisoner.

Prior herin this complaint the plaintyiff claimed a violation in his denial of contact visitation and submitted EXHIBIT-7 as support.

On Jan 17, 2023 the New York City Board of correction answered the plaintiff appeal/complaint in regards to this matter and was informed that he was indeed correct and granted him his contact visitation back, See EXHIBIT-18.

On Jan 27, 2023 the plaintiff had a visit and when he was taaken to the visit floor by Defendant CAPT PALMERO sheild 1888 and OFC RODRIGUEZ shield 9067 he was placed in a booth visit even after he displayed the documentation seen herein as EXHIBIT-18. In response both defendants made comments that they didnt care about the plaintiff rights and that as long as he continued to sue DOC and their borthers that he will never touch and/or see his familiy.

On that same day durring that same visit Defendant CO ADAMS (SHEILD UNKNOWN BUT ASSIGNED TO VISITAION POST AT GRVC)  bursted into the visiting booth while plaintiff was on visit with his children mother and began harrassing plaintüff visiut and cursing her oiut stating "THIS WILL BE YALL LAST VISIT AND THE LAST TIME THAT YOU SEE YOUR MAN BECAUSE OF HIS LAWSUIT". Defendnat

ADAMS also physically assulted plaintiff visitor by puishing and shooving her without provication, reason or right to do so. NOTE; THAT THERE WAS NEVER A INFRACTION GENERATED WHIHC SUPPORTS THAT THE PLAINTIFF NOR HIS VISITOR HAD BROKEN ANY DOC DEPARTMENTAL RULE OR REGULATIONS.

It is équally important to note that EXHIBIT-18 is generated by the "GENERAL COUNSEL" Jasmine Georges-Yilla of Board of Correction and still defendant CITY and DOC along with others stated / named herein this complaint defied the notice seen herein as EXHIBIT-18.

The plaintiff called 311 to properly memoralize the incident and make a formal complaint with the complaint number being EC-00572578.

Again on Feb 3, 4, 6, and 8 of 2022 the plaintif (was) informed that he was on recreation restriction without being given "NOTICE" or afforded a hearing and Due Process as toi why he was on yard restriction and affored the opportunity to present arguement and evidence was denied beforte restriction being imposed, violating the plaintiff FOURTEENTH AMENDEMNT.

The plaintiff is asking that the visitation restriuction anmed herein be attached to the following CAUSE of ACTIONS FIRST  & FOURTEEMTH AMENDMENT VIOLATION with 1st Amend Violation being Reatliation, FREEDOM of Speech, Freedom of communication with outside world,  and other covered not named due to plaintiff being pro-se litigant and layman of the law.

On November 7, 8 and 9th of 2022 the plaintiff while housed in GRVc 2a was denied recreation and told he was agaion of restriction without NOTICE or a HEARING to support restriction that was inposed upon him.. This same incident occured on Novermber 12 - 23 of 2022  and again of Novemebr 25 - Dec 1, 2022 with each day of restriction imposed being a violation of plaintiff FOURTEENTH AMENDMENT RIGHTS attached to FIRST AMENDMENT VIOLATION because of the fact restriction were due to retalaitory conduct of servant, agents, or employees of defendnat CITY named herein this complaint.

On Jan 28, 2023 the plaintiff fell inside of his cell injuring his head and right elboow and injury was the direct effect of the plaintiff being restricted from posession of his walking caane issued to him by DOC medical staff fro a prior injury. DOC maintains a custom, usgae, polciy, practice and rule of conficating inamtes walking equipment such as canes, creucthes and walkers whenever an inmate enters the housing unit leaving the plaintiff and others alike to crawl and/or hop around housing unit worsening his and/or their existing injury.

On January 31, and again on Febuary 1, 2023 Defendant ADW HARRIS order 1a captain TAYLOR and the floor officer that the plaintiff was not allowed to take any showers, clean his cell or be afforded halaa meals pursunat to his Muslim Religious deit until the plaintoff was moved out of housing unit 1a because he (PLAINTIOFF) was the inmate responible for calling 311 daily informing 311 operator in regards to what was taking place at the facility.

The plaintiff took this to be defendants ADW HARROS way of retaliation for exercsing his First amendment right as well as a substaintial burden being placed on his religious belevth. It was also obvious that defendant ADW HARRIS was concerned about the investigators that had begun visiting housing unit 1a and informing the (Plaintiff) and other inmates that GRVC was in violation of the HALT ACT and otherwise violating thier rights as it went to being placed in punitive setting even if following a judge order.

The plaintiff food and other inmates food are prepared by officers that do not posess the proper food handling certification, nor are they affording inmates the right food in pursunat to thie religion.

Om Jan 31, defendnat CO BRANCHIE informed the floor officer that she was not going to alllow the plaintiff to take a shower by her opening his cell door because of the fact that he was known to sue DOC officer and that she was tied of his kind and didnt care if he died.

defendnat CO BRANCHIE then obstructed this very complaint from being mailed out when the plaintiff attempte dto give it to another correction officer to place din the mail box that was outside of the housing unit in the facility hallway.

On Feb 1, 2023 defendnat ADW HARRIS threatened the plaintiff personally by coming to housing unit 1a at appraoxamately 2:00pm and told the plaintiff that he would have SRT kill  him today if he didnt go into his cell and stop crying about his muslim food because he didnt give a fuck and because that pursuant to Court order lockdown command level order and polciy that court order inmates are suppose to only practice the chrsitain religion , so all food was good to eat.

At that moment defendnat ADW HARRIS order captian Taylor and CO SANCHEZ to create/generate documentation in regards to the situation if it went left and that he would tell them what to say before they submitted siad paperwork.. Defendnat ADW HARRIS then stated to captain Tayylor that he hwad informed him months ago that he hated the plaintiff from his lawsuit filed prior.


The plaintiff understtod the defendnat ADW HARRIS coomments about his religion to be in refference to CLO 13/21 seen herein as EXHIBIT-8.

On Feb 2, 2023 defendnat THOMAS GROIFFIN toured housing unit 1a at approxmately 10:00am and the plaintiff commnented to defendnat THOMAS GRIFFIN who holds the position as assistant commissioner with the department of correction, that he and DOC officials were currently in violation of- the Humane Alternative to long-term solitary confinement act. In response defendnat THOMAS GRIFFIN stated to the plaintiff, " ME AND MILLER KNOW ALL ABOUT THE HALT ACT AND WE DO NOT CAREE ONE FUCK ABOUT IT, I CAME FROM UPSATE AND DOWN HERE WE'RE PLAYING WITH THE CHURCHES MONEY  SO I DO CARE

WHAT YOU AND ANY OF THESE ASSHOLES WRITE TO THE COURT THE JUDGES OR YOUR
LAWWYERS ABOUT ME." defendnat THOMAS GRIFFIN than turned to the warden
CORT who was escorting him and said I want him violated daily until otherwise
told diffrent.

The plaintiff and other alike is currently detainee under solitary
confinement condiction within the New York City department of Correction.

Defendnat CITY is well aware of the passing of the HALT bill since Jan
25, 2021 as defendant CITY, LUOIS MOLINA, and ERIC ADAMS has already discontinue
the BOX/SHU whibh is only half of what the HALT ACT intells.

The language in the HALT ACt clearly states that Correction departments
or in the State of New York is prohibited from maintaining a classification
deemed "SEGREGATED CONFINEMENT" and gave the definition in said HALT ACT
Bill for "SEGREGATED CONFINEMENT", to mean any classification where an
inmate is locked inside of a cell for more than 17 hours a day.

The plaintiff and inmates ALEXANDER WILLIAMS, RICKY TORESS, CHRSITOPHER
CANO, TREVOR FORREST, KWAINE THOMPSON and others are currently detainee
under 23 hours a day and 1 hour recreation that isnt afforeded many times
leaving the plaintiff and others alike locked in a cell for 24 hours a
day.

The existance of EXHIBIT-8 is clear that the defendnat CITY, LOUIS
MOLINA, WARDEN CORT, ERIC ADAMS, ADW GREEN, ADW HARRIS, AC MILLER, AC THOMAS
GRIFFIN, JONNELL SHIVRAJ, JEAN RENEE, TIFFANY MORALES, JOANNE MATOS, LISA
BARNBEY, WARDEN COLLIN, McNIEL, KEVIN YOUNG, PRESTON RITTER ADW TYRONE
CARTER and any other the defendnat sthat maintain a security position and/or
adminstrative position named herein is clealrly in violation of the plaintiff's
rights as it relates to the HALT ACt and that the defendnat especially
ERIC ADAMS who has given hundreds if not thounsands of pulic and private
interviwes about the HALT ACt should not be allowed to claim Affirmmative
Defense of a supreme court order.

The federal court has already denied city and state officials arguement
in rescinding of the halt act and this is well known in the matter of N.Y.
STATE CORR. OFFICERS & POLCIE BENEVOLENT ASS'N · V. KATHY HOCUL, 2022 U.S.
DIST LEXIS 107145.

EXHIBIT-8 seen herein is evdience that the defendnat named herein
maintained a custom, polciy, practice, procedure or rule of that Defendnat
CITY that violated the plaintiff rights and others alike that are sujected
to the smae 23/1 solitary confinment .

ARTICLE III of the New York State Const. clearly established that
a sitting judge does not have judicial authority to overide and/or disregard
a state law.

And that the defendnats fialed in notifying the COURT  system that NYC
Department of Correction no longer housed inmate in 23/1 like manner and
seeked guidance from the Uniform Court System on moving forward wityhin
the legal boundries of the HALT act.

When the defendants failed to notify the court as they had a duty
to do so and owed not only the plaintiff but all of the Court Order inmated
that are housed under said confinmenet conditions  at the New York City
Jails.

On February 5, 2023 defendant COX entered the plaintiffs' housing
uynit and began cursing him out stating "YOU ARE A FAKE MUSLIM and I HOPE
THAT YOU BE IN JAIL FOREVER". This was tied to an issue that the plaintiff
has with the SRT team regarding one of the SRT officers taking his Koran
as seen in  the CLO that states that Court Order Lockdown Inmates can only
posess a BIBLE as religious material, and urinating on his prayer rug.

On February 15, 2023 defendant COX again was present in the plaintiffs'
housing unitand began stating to the plaintiff, "YOU SEE THAT YOU DIDNT
BEAT THAT HEARING RIGHT", (refering to a hearing where plaintiff attest
that defendant COX created false DOC documentation).

This matter is related to a seperate lwasuit in whihc plaintiff has legal representation in but is stated herein as a form/fashion of displaying defendants' COX engagemnt in conduct that constitutes a constitutional right violation stated herein this complaint, EXHIBIT-24 reference to 2-5-2023.

On ~~thursday~~ January 26, 2023 defendnat COX served the plaintiff hearing papers after plaintiff filing a grievance in regards to COX never doing so for years prior and the papers that the plaintiff was served informed the plaintiff that the misbehavior report was dismissed, See EXHIBIT-21 herein.

On Febraury 3, 2023 defendnat COX was present om plaintiffs' housing unit and served him a second hearing disposition on the same misbahvior report  informing the plaintiff that the charges were dismissed, but a day or two after this date defendnat COX was present on plaintiff hgousing unit serving him yet another dipostion for the same hearing dated February 6, 2023 , saying tha tthe plaintiff was guilty. (THIS MATTER IS BEING INVESTIGAT ED BY A GINGER LOPEZ FROM THE PRISONER'S RIGHTS ORGANIZATION).

As a result of the falsification of documentation the plaintiff was deemed to be ICR inmate moving forward.

On February 9, 2023 at approx 11:30 - 11:50am defendnat CO Mcniel was present in the plaintiff housing unit with defendnat THOMAS GRIFFIN and stated to the plaintiff tyhat he would be stripped searched everyday until the plaintiff and the other inmates in Court Order Lockdwon cease from suing DOC officials. This was a clear violation of the plaintiff first amendment rights as petitioning the Government is a protected right by any american citizen along with a violation of U.S.C. §  1985(2)(3) when stating that his actions were deliberately adverse to the plaintiff and others acting a witness(es), party's in ongoing  federal litigation.

- I Declan Reyes also Never Recieved my Stimuless check of 1,600$ I Have reason To Beleave that It was Stolen From GRVC's Mail Room! IN 2021 around September or (DCT) It was Signed and Then Never sent to my Family (All on Camra) I Was Housed IN GRVC 15A @ the Time.

38

~~On Jan 28, 2023 the plaintiff fell inside of his cell injuring his head and right elbow and injury was the direct effect of the plaintiff being restricted from posession of his walking cane issued to him by DOC medical staff from a prior injury. DOC maintains a custom, usage, policy, practice~~ and rule of conficating inamtes walking equipment such as canes, creucthes and walkers whenever an inmate enters the housing unit leaving the plaintiff a others alike to crawl and/or hop around housing unit worsening his and/or their existing injury.

Since being placed in Court Ordered Lockdown status the Plantiff has never been afforded Halal Food parsunat to his religious dietincluding the follow dates as well:

Dec 30 - Jan 16th (WF 6 sprung) 2022·2023

Jan 17 - April 20th (GRVC 1A) 2023

0 ON JANUARY 17TH-31st of2023 PLANTIFF WAS IN CELL 3 GRVC 1A,WITH
NO CLEANING SUPPLIES GIVING TO HIM ,A BROKEN SINK,AND STOPED UP
TOLET . SINK HAD NO RUNNING WATER, THE TOLET SMELLED VERYBAD BECAUSE
OF OFFICER AND DIFFENDENT WILLAM McNEAL TOLD PLANTIFF ON1 1-16-23
THAT ~~MAN~~(PLANTIFF) COULD NOT GET ANYTHING ,PLANTIFF COULD NOT CLEAN
HIS CELL OR SHOWER MORE THAN 1 TIME A WEEK,UNTILL HE STOPED GRIEVING
AND SUEING HIS STAFF! ALSO TELLING THE FLOOR OFFICERS THE SAME.
LEAVING PLANTIFF HELPLESS AND SCARED, THERE WAS ROCHES, RATS,MICE,
AND AINTS, INSIDE OF PLANTIFFS CELL......
ON OR ABOUT FEB 2nd DIFFENDENT ADW HENRY SAID THAT I WOULD BE RESTRICTED
FROM EVERY SERVICE INCLUDING RECREATION, WHENSHE  WAS PRESENT ON THE
POST, UNTILL I SHOWED HER MY BIG DICK! SO MY TOLET AND SINK WAS NEVER
FIXED UNTILL MARCH 1st SO EVERYNIGHT, THE SMELL OF URINE AND FEESEEYS
WOULD CLOUD PLANTIFFS CELL,AND HOUSING AREA...

BECAUSE OF DIFFENDENTS,ADW HENRY, AND WILLAM MCNEAL,S UNLAWFULL AND
CRULE RESTICTIONS, WHEN PLANTIFF WOULD TELL THE DIFFENDENTS THAT HIS
TOLET WAS MESSED UP HE  THEY WOULD DISREGARED IT AND SAY IF YOU
CANT USE THE TOLET TEN USE A BAG NIGGA , SO ON 2-17-23@ APPROX 3:27 pm
ON THE JenTEC PLANTIFF IS SEEN BRINGING A BAG OF DRIPPING FEESEEYS,
AND URINE OUT OF HIS CEELL AREA TO SHOW HIS LIVING CONDITIONS,PLANTIFF
SHOULD ALSO BE SEEN MOMENTS LATTER WASHING HIS CLOTHING OUT IN A
BUCKET, AND ON 2-18-23 @ APPROXAMETLY 2PM YOU CAN SEE FROM THE CAMRA
FOOTAGE THAT I ASKED TO BE SAVED BAGS OF GARBAGE AND URINE ,ALSO FLIES,
NETS, AND AINTS PROTRUDING FROM THE BAGGS AND PILES OF GARBAGE, PLKANTIFF
311, AND GRIEVED THESE ISSUES LEAVING HIM IN MORE TROUBLE WITHIN THE
DIFFENDENTS, EVERY NIGHT PLANTIFF WOULD CRY AND SOMETIME HAVE NIGHTMEARS
ABOUT HIS HAZORDESS LIVING SITUATION, SCARED THAT HE MAY ONE DAY DIE
WITHOUT BEING ABLE TO FIX ANYTHING,HE EVEN REPORTED IT TO MENTAL HEALTH
BUT NOTHING CHANGED FOR PLANTIFF , HE STARTED TO FEEL SUICIDAL AND HELPLESS

Since being placed in Court Ordered Lockdown status the plaintiff has never been afforded HALAL food pursunat to his religious dietincluding the following dates:

- DEC 1, 2022 (GRVC 2A)
- NOVEMEBR 8, 2022 (GRVC INTAKE)
- NOVEMBER 20, 2023 (GRVC 2A) - November 29th (GRVC) 2A
- NOVEMBER 30, 2022 (GRVC 2A ) - November 31 (GRVC 2A)
- DECEMBER 2, 2022 (███████)(WF) 6 Sprung - Dec 30th (WF6 Sprung)

Plaintiff was also diagnoised with feet fungus from housing unit 2a in GRVC due to the facility failing to provide shower claening and sanitatio in accordance with City rules and Regulations and fungus was a result of this failure.

On Febraury 4 AND 5 2023 oficers working the housing unit denied the plaintiff a shower and informed plaintiff that the denial of shower was coming directly from defendnat ADW HARRIS because of plaintiff filing complaint in regards to the treatment defendnat ADW HARRIS was instructing officers working unit to use against the plaintiff.

On the folliwng dates defendnat CO RITTER was present on plaintiff's housing unit even though there was a department-wide seperation since the November 16, 2022 incident where defenant RITTER dug his hands in the plaintiff rectum area and stole plaintiff proerty , see EXHIBIT-22:

- DECEMEBR 1, 2022
- JANUARY 16, 2023 AT APPROXAMATELY 4:30PM STATING WELCOME BACK I AM  GOING TO MAKE SURE YOU DO NOT GET RECREATION WITHOUT GIVING YOU A HEARING I AM SECUIRTY AT GRVC.
- JANUARY 17, 2023 APPROXAMATELY 6:30AM ASKING PLAINTIFF HOW WAS HIS RECREATION (DISPLAYING THE ADVERSE ACTION OF STOPPING PLAINTIFF'S (1) HOUR REC DAILY AS PROMISED)
- JANUARY 25, 20233
- JANUARY 31, 2023
- FEBRARY 6, 2023
- FEBRARY 28, 2023 WHEN HE ON THIS DAY RITTER WALKED INTO THE PLAINTIFF'S

On Febraury 9 and 10 2023 the plaintiff was informed by correction officers working his housing unit that he was not going to get a HALAL meal and/or a substitue because defendnat ADW HARRIS ordered them not to provide such for him., Also on Febraury 9, 2023 the plaintiff was told that the only way he would be allowed to take a shower was if he dropped a pending lawsuit as per ADW HARRIS who is named as a defendant herein.

The plaintiff would like to note that EXHIBIT-23, herein is medical documentatyion supporting that he plaintiff is suppose to be front cuff only, allowing access to self adminstartion of medication and no chemical agents and no stun shiled to be used against him due to medical issues that may lead to cariadac arrest and other life threatneing reactions.

In light oif this documentation seen in EXHIBIT-23 defendants such as Capt Guan, Adw HENRY, BROS, VELEZ, CAPT PALMERO and others continued to disregard this even though the plaintiff displayed and informed them of such and that cuffing in the rear and using chemical agents could create a liablity issue of death for him, ALSO SEE EXHIBIT-27.

On February 1, 2, and 3rd 2023 defendnat Capt Guan gave housing unit officers a direct order to rear cuff the plaintiff and to disregard the medical documentation that he was displaying.

On February 4, 2023 defendnat BROS sheild 10295 rear cuffed the plaintiff when moving him from cell to shower and other places on that day even though plaintiff displayed medical exemption seen herein as EXHIBIT-23.

The same for defendnat CO VELEZ # 14011 on the same date later that afternoon.

On February 3, 2023 defendant Mcniel was present in trhe plaintiff
hosuing unit and interupted plaintiff from cleaning his cell telling him
to "GET IN YOUR CELL BEFORE I FUCK YOU UP NIGGA", and once plaintiff was
in his cell called him a pussy and began pointing at him telling the officers
that he is dead on everything, Rec, Food, Cleaning his cell Visitation
etc until he drops his lawsuits.

On February 12, 2023 at approxamately 10:10am the plaintif fwas outside
of his cell because he was cleaining his cell due to it being GI day.  Defend-
ant ADW Hanry entered the housing unit  and ordered housing unit officers
to turn on there body camera. The defendnat then apporached plaintiff aksing
him to step inside of his cell and once he was inside of his cell attempted
to grab at his private area, prompting the plaintiff to step back out of
his cell and ask for medical care.

Defendnat ADW HENRY stated to the plaintiff shut up you aint getting
no fiukcing medical attention ( THIS CAN ⅋ WILL BE HEARD ON BODY CAMERA
FOOTAGE)  and plaintiff feeling faint walked towards the housing unit shower
area seeking water due to his chest bothering and at that moment when his
back was towards defendant ADW HENRY plaintiff was sprayed with OC spary
without warning. See EXHIBIT-25.

As the plaintiff attempted to avoid defendnat ADW HENRY with his
back still twords her plaintiff was sprayed yet a second time even though
on both times he was more than five feet away from her and moving away
in a nonthreatneing manner.

Plaintiff was then locked inside of his cell and denied medical
attention for up to an hour while defendnat ADW HNENRY ordered the fan
on and clsoure of everyone in housing unit slots stating "NO BODY GETTING
MEDICAL IN THIS MOTHER FUCKER EACH AND EVERY LAST ONE OF YOU WIL LFEEL
THIS OC SPRAY".

The plaintiff was subsequently forced out of his cell rear cuffed even though EXHIBIt-23 supports that he should not be rear cuff and even more that the plaintiff is currently assigned a mobility device to assist him in wlaking due to a prior leg/foot injury.

This caused the plaintiff leg to be in great pain and neded pain killers to address this pain later.

The plaintiff was taken to decontamination unit and ordered to rinse his face with his hand cuffs still on and then he was taken to medical clinic area where an correction officer sat inside of the medical cubicle with the plaintiff listening to his medical coversation discussion his mental and medical conditions to trhe effect that the CO beganning lauging and telling other officers that the plaintiff had mental health issues that these other officers would not have otherwise been privilaged to if the officer was not violating hippa rights privacy law/statues.

TRhe plaintiff was told trhat if he pursued a lawsuit against defendnat ADW NENHRY and CO McNIEL it would be the same adverse action unless all his suits were dropped.

On February 13, 2023 defendant ADW HENRY along with defendnat CO McNIEL came to the plaintiff cell while he was locked in and stated FUCK YOU REYES ", adw HENRY stated "IF YOU SUE ME I"M SRAPYING YOU DAILY AND MAKING SURE COX SET YOU UP WITH CAHRGES".

Defendnat Mcneil came back to the plaintiff's cell a few minutes later and stated "STUPID NIGGA I RUN THIS SHIT I WILL MAKE USRE YOU GREAT IF YOU DROP YOUR LAWSUITS AND STOPP GRIEVING EVEYONE ON MY TEAM", ("OR I WILL MAKE SURE THAT YOU DIE IN HERE".

This resulted in other correction officers submitting a mental health referal due to the affects that this harrasment took on the plaintiff's mental health status. See Exibit 27 for 311 Calls_____ .

On February 13, 2023 defendnat Mcniel came back to the plaintiff
hosuing unit when a medical emergcny was called for the inmate nexted to
the plaintiff Kwaine Thompson and stated to plaintiff "I"M GONNA SHOW YOU
HOW I DO LIL NIGGA", and began searching inmate Thompson cell explaining
that this would be the result he gets whenever he calls for a medical emergency

     This was/is a violation of plaintiff righst because of the fact
that sickcall is not afforded in a manner where Court ordered inamtes are
allowed to be examinaed, in fact EXHIBIT- 8 displays that for no reason
is court ordered inmates allowed to be in facility clinic area, whihc menas
that the only way that the plaintiff and others can be allowed to the clinic
area  is by calling for a medical emergncy.

     defendant CO Mcniel as a Correctional Officer is fully aware that
by the department of Corrections Rules and Regulationsthattt Correctionall
Staff, shall never delay or cause to delay or prohibit an inmate from medical
attention when needed, and that all medical decison shall me made by medical
personnel only.

     While searching Inmate Thompson cell defendnat Mcniel can been seen
on Gentic whispering things to me in regards to I better not need medical
of I would get the same result.

     Subsequently plaintiff was denied medical care on that same day
and a greiavnce was filed to properly memoralze the denial.. See EXHIBIT 26
herein.

     EXHIBIT-28 and EXHIBIT-29, are property print-out showing that on that
on the October instit incident mentioned herein this complaint that
my property was stolen by  defendant MATHIS and ADW GREEN by way of Exhibits
displaying that the proty was given back/ returned to inmate whihc is impossible
because of the fact that the plaintiff was taen to GRVC facility box/shu
on the same date and in box/shu propety is conficated.(THIS SHOWS AN ATTEMPT

TO COVER OF THE THEFT OF THE PLAINTIFF'S PROPERTY IN THE OCT INCIDENT)

On February 12, 2023 defendnat capt GUAN rear cuffed the plaintiff through cell door feeding slot even though EXHIBIT-23 supports that this was wrong and that using Enahnce Set up through cell door feeding slot is improper.. At the same date and time approxamtely 12:00noon during the same incidnet the plaintiff infomred defendnat CAPT GUAN that he sufferd from "ASTHMA" and had attacks freqently and that cuffing him improerly would/could result in him not being able to adminstarate his pump when needed. On camera defendant Capt GUAN can be heard stating "I DONT GIVE A FUCK".

On February 13, 2023 at approxamately 11:20am under defendant Capt GUAN orders the plaintiff was improperl;y handcuffed again, whihc prompted the plaintiff to suffer from an slight asthma attack during the same time frame.

Subsequently plaintiff was transported to the facility clinic area to whihc defendnat Mcniel called defendant Capt GUAN on radio aksing why did the plaintiff need medical informing him to take the plaintiff back to housing unit  and then asked defendant GUAN for a lanline and called him on clinic phone.

At that time defendnat Capt GUA cut his body camera off to not allow footage to be captured speaking to defendnat Mcniel even though everything prior stated was cameraed on body came footage.

Once caamera was off defendant Capt GUAN stated to defendnat Mcniel that "THIS MOTHER FUCKERR ACTING LIKE HE SICK", and began to attempt to stop the plaintiff from being seen by medical personnel, in facility mini clinci area. (THE PLAINTIFF DEMAND THAT BOTH BODY AND GENTIC CAMERA FOOTAGE BE PERSVED FOR DISCOVERY IN THIS MATTER, DTAE AAND TIME).

While on the phone ith defendnat Mcniel defendnat GUAN began explaining to the doctor that per secuirty officer Mcniel that the plaintiff could not be seen by medical staff.

Defendnat Capt Guan then looked at the plaintiff and stated "McNIEL SAID STOP PLAYING WITH THEM BEFORE THEY HURT YOU".

Afoirad and not want to get physically harm the plaintiff decided just to leave the facility clinic area without recieving the medical care that he came there for.

Once returning to the housing unit defendant GUAN ordered plaintiff back into his cell to be improperly cuffed through cell door feeding slot in order to be transported to the same yard that he had just passed by walking from mini clinic area.

WHen the plaintiff returned from the yard he saw that the facility Imam was present on the housiing unit and when he attempted to speak with him defendant Capt Gaun order the Iman to leave the housing unit because of the fact that Court Ordered Lockdown inmates where not allowed to engaged in any religious service or recive any relihgious material that was not a BIBLE as seen in EXHIBIT-8 herein.

...ON THE DATE OF2 2-25-23 I WAS TOLD THAT I WOULD NOT BE AFFORDED RECREATION BY DIFFENDENT CAPT GUAN , BECAUSE I TOLD THE GRVC TORE COMMANDOR DW STOKES ON THIS DAY THAT I WAS BEING SEXUALY HARRASSED BY DIFFENTENT CAPT GUAN AND THAT I WANTED TO FILL OUT A COMPLANT SHEET WHICH I DID , AND THAT I WANTED TO SPEAK TO PREA, FOR BEING SEXUALLY HARRASSED WHICH I DID ON SAID DATE    2023...SEE EXIBIT 30...



IN @@@@@@@@@@@@@@@@@@@@@@@@

IN G.R.V.C DEFFENDENT ADU HARRIS WAS OUT ON 2-3 WEEK SUSPENTION

FOR FAILING TO SUPERVISE A VIOLENT HOUSING AREA 11b IN 11 BUILDING

WERE 3 INMATES WERE STABBED AND OR CUT,  ONCE HE RETURNED BACK TO

WORK 2-22-23. HE CAME TO PLANTIFFS HOUSING AREA 1A AND STATED TO

TO PLANTIFF THAT I KNOW YOU SEEN MENTAL HEALTH YESTURDAY, I GOT A

E-MAIL BUT YOUR NOT GETTING MENTAL SERVICE "WILE IM HERE)." " THIS

IS COURT ORDER LOCKDOWN NIGGA " aLSO SENCE U GAVE  ADU HENRY HELL

WEN I WAS GONE YOU WILL NOT BE GETTING RECREATION EVERYDAY ,AND YOU

RESTRICTED FROM YOUR VISIT TODAY MATTER FACT LET ME CALL ADAMS...

THAT MADE PLANTIFF FEEL HELPLESS ONCE AGAIN , AND ALSO SUCIDAL

PLANTIFF BEGAN BANGING HIS HEAD ON THE WALL OF HIS CELL UNTIUL

HE STARTED TO BLEED WHEN DIFFENDENT, PAULINO #13927 DENIED INMATE

MEDICAL @@@@@@@@@ HELP..

PLANTIFF DID NOT RECIVE MEDICAL

UNTILL THE NEXT DAY VIOLATING PLANTIFFS RIGHTS TO MEDICAL, AND MENTAL

HEALTH ACCOMADATION.

PLANTIFF HERE STATES THAT ON THE DATE OF 2-25-23 AT APPROX 11;50AM (am) THAT HE WAS
ESCORTED TO HIS VISIT (TELEVISIT) BY DIFFENDENT CAPT GUAN (GRVC) , ONCE I GOT
TO MY VISIT CAPT GUAN CHERPED  DIFFENDENT CAPT LA FLUER (GRVC CAPTAIN OF VISITS)
AND SAID HE DOSNT GET THE GOOD TREATMENT ANY MOORE AND CAPT LE FLUER dIFFENDENT SAID
COPY , MEANING FOR ME NOT TO GET ALL OF MY TIME ON MY VISIT, WHICH IS WHAT HAPPENED
I  DIDNT COMPLANE OR CRY EVEN THO MY VISITOR TITIANNA INGRAM WAS BECAUSE SHE FELT
THAT IT WAS,NT FAIR THAT THIS WAS THE SECOND TIME THAT THIS HAS HAPPENED TO HER,
SO I CALLED 311 AND WAS GIVIN A COMPLANT # EC-005-86684      , AND PLANTIFFS VISITOR
DID ALSO , NUMBERS eC-005-          ,PLANTIFF IS ALREADY SUPPOSE TO BE ON SUISIDE
WATCH , HE AWAITING IT AND NOW THIS HAS HAPPENED AND HIS VISITORS ARE NOT WANTING TO
VISIT HIM ANYMORE...

• And @ approx 1:57 All seen on Jentic's In Housing area 1A, PLANTIFF
ASKED DIFFENDENT CAPT GUAN TO USE THE RESTROOM IN Peace,
When Diffendent Guan walked up To PLANTIFF and So Im Not cLosing
THE DOOR FOR you To use THE RESTROOM, I HAVE To See, MAyBE
you HAVE DRUGZ ON YOU, I Dont CaRe IF You HAVE A BIG A BIG
Dick, OR Not! WiLe PuLLiNg his spray (O.C) from His hip then pointing
It at me, (PLANTIFF)! I TOLD Him to BACK UP, and THEN
ask him to BACK away and give me my privacy 4 times!
AND he SaiD No, then the FLOOR officer DIFFENDENT PAULINO,
Asked him to give me Some Space also, But DIFFENDENT
SaiD No Let me see nigga! Then ONCE I was finished
He Called a LeveL B and Said They I Have to Lock in
and I COULD Not, No LoNGeR Get my Law LiBary
Services to finish typing my pro-se Lawsuit up,
Because I FiLed Prea ALigations on him (DIFFENDENT
Guan # 367...

On or about the Date of March-1-23 Diffendent Bros # 10295  WEnt to the grvc (KK) area to Grab food From area to give to plantiff, Deffendent Bro's to plantiff his Food was now here nice and Ready Emplying that he (Deffendent) Bros had did something to plantiffs Food ! Once plantiff got it @ aBout 9:10 pm  In housing area 1A plantiff seen that there was [spit] on his food From Deffendent Bros, Deffendent Bro had Left the the Floor By this time ... plantiff told (ADW) Henry on 3-7-23 that the Did not want to see officer Bros In housing area again or serving him food, Deffendent (ADW) Henry said I Dont care, nigger call 311 Bitch! Call plantiff called 311 as he was told. and field a Greivance. And on 3-10-23 on OR ABout Deffendent Bros, and mc.Neil told plantiff Write Nothing on the Statement sheet aBout this Inceident, or plantiff would get hurt. 311 — EC-005-

311 — EC-005-91291

So plantiff never wrote anything els aBout Incedent.

DEFFENDENT BROS **WAS REPROMANDED FOR** spitting in plantiffs meal on said date, latter on on or about the date of #3-19-23 diffendent bros was back around plantiff and bragging on how hes been spitting in plantiffs food sence the date he met plantiff in the grvc main intake were diffendent was working 4 days week .. this the causing plantiff to lose weight THE NURSE INFORMED PLANTIFF THAT HE WEIGHED ABOUT 135½ pounds which was a big difference from 3 monthes before ,plantiff WAS TOLD BY HIS LAWYER PETTER DAVIS THAT HE LOST ALOT OF WEIGHT AND THAT HE LOOKED SICK , HE EVEN WHENT TO MEDICAL AND THEY

ON 2-27-2023 PLANTIFF WAS BEING ESCORTED FROM HIS HOUSING UNIT 1A BY , JOHN DOE CAPTAIN AND DIFFENDENT BROS, PLANTIFF WAS TOLD BY BOTH STAFF MEMBERS THAT IF HE DID NOT PUT LEG SHACKLES THAT, HE WOULNT BE ABLE TO GO TO HIS DENTIST APPOINTMENT ,SO BECAUSE HE WAS BEING THREATINED HE GAINED HIS COMPOSURE ,AND COMPOLIED , ON PLANTIFF TOLD BOTH STAFF MEMBERS THAT HE COULDNT WALK LIKE THAT WITH LEG SHACKLES ON BECAUSE , HE HAS AND WALKS WITH A DEPARTMENTAL WALKING DEVICE, HIS (CANE) BECAUSE OF HIS DISSABLITY TO WALK DIFFENDENT BROS DISREGARDED THAT AND SAID LETS GO APON (ARIVEL) ,PLANTIFF SEES DIFFENDENT CORT WHO ALSO SAID ,YES THATS HOW YOU SHOULD BE SHACKLED UP WITH YOUR CANE... AND APON ARIVEL INTO THE DENTAL ROOM PLANTIFF FALLS, AND HURTS HIS KNEE HE THEN ASK FOR MEDICAL AFTER DIFFENDENT BRO STEPS OVER PLANTIFF, ALL AT APPROX 1PM ALL SEEN ON DIFFENDENT BROS,BODY CAMRAONCE PLANTIFF HELPE HIM=SELF TO HIS FEET AGAIN HE SAT DOWN, THEN DIFFENDENT BROS STATES NIGGA YOU AINT GETTING NO MEDICAL,SHUT THE FUCK UP!! THIS ALL ISA REPONSABILITY OF INADIQUIT MEDICAL CARE. ALSO PLANTIFF KNOWING THAT HE IS AND WAS NOT GIVING A HEARING TO EVEN BE(ERS) ENN HANTS RESTANT,ON THIS SAME DAY DIFFENDENT BROS TOLD PLANTIFF TO DROP



HIS PENDING LAWSUIT AGENTS DIFFENDENT CAPT GUAN, AND ADW HENRY,
CASE INFO @23-CV-0541) SO PLANTIFF FELT SCARED AND HELPLESS SO
WHEN HE GOT BACK TO HIS HOUSING AREA WITHOUT RECIEVING MEDICAL
HE WROTE THE PRO-SE CLERKS OFFICE AND TOLD THEN TO DISSMISS THE
CASE ASAP!!

ALSO ONCE PLKANTIFF GOT BACK TO HIS UNIT HE WANTED TO CALL SICK
CALL, BUT REMEMBERED THAT HIS CALLS HAVE BEEN RESTICTED FROM CALLING
614#,BECAUSE DIFFENDENT MCNEIL TOLD PLANTIFF THAT HE WOULD MAKE
SURE HE NEVER GETS SICK CALL EVER ON RIKERS ILAND, AND THIS ALSO
IS VERY CRULE AND UNUSAL! TO PLANTIFF...


ON SAID THIS SAID DATE PLANTIFF WAS DENIED SHOWER , AND TOLD THAT HE COULD
NOT GO TO(REC) BY DIFFENDENT GUAN THE CAPTAIN WHO HE REPORTED BECAUSE
OF SEXUAL ALIGATIONS, AND SEXUAL HARRASSEMENT ON , ON 2-25-23, SO
ON 2-26-23 IN HOUSING UNIT 1A DEFFENDENT TOLD PLANTIFF HE GETS NOYHING
WILE (HE'S) HERE, EVER!!! CAPTAIN GUAN ALSO WALKED UP TO PLANTIFFS CELL
ON 2-26-23 WITH HIS BODY CAMRA ON AND SAID GIVE ME YOUR CANE, PLANTIFF
STATED THAT HE WOULD HAVE A SEIROUSE PROBLEM WALKING WITHOUT IT , DIFFENDENT
THEN STATED ON HIS BODY CAMRA THAT HE WAS NOW GOING TO MAKE SECURITY
COME AND TAKE MY DISABILTY APONTED CANE FRON ME, AND ALL MY PROPERTY,FOOD,
FRUITS ,AND ALL OUT OF PLANTIFFS CELL..

PLANTIFF HAS NOW CALLED 311 7 TIMES THIS DAY , AS YOU MAY INVESTIGATE, IF
NEEDED.

DIFFENDENT CAPT Guans conduct un-Becoming ways, and Illeagal sexual Habbits, can also Be seen IN his nyc 22R History & ON another Plantiff or 2's SOUTHERN DISTRICT Litugations INFO...
Alexander Williams 22-CV-10537, Christopher Cano Case-, And Kwaine Tompson (case) - 22-CV-07222
This is a Big issue And PLANtiff can not get any Help for such issues...

PLANtiff Also Asked Deffendent paulino to write a statement on what he seen ON this Day see Exibit 31...
PLANtiff ALSO CalleD 311 AND Received Complantant Numbers EC-005-86748

AND ON FEBUARY 2ND CO AND KNOWN DIFFENDENT MCNEIL OF O.S.I.U CAME TO THE YARD AS YOU WILL SEE ON THE CAMRA FOR NO REASON OTHER THAN TO THRETIN PLANTIFF WITH WITH FRUSTRATION AND ANGER, SAYING TO PLANTIFF NIGGER IMA GET YOU KILLED ASAP ! WATCH WHEN I GET YOU BACK IN GENARLE POPULATION , YOU GONE DIE IM PUTTING MONEY ON YOUR HEAD WATH AND I CAN MOVE YOU WERE EVER , RE-MEMBER NIGGA IM OSIU , BITCH ASS DAYROOM NIGGA...
TO THE POINT WERE GRVC STAFF AND ,O.SI.U OFFICER STAGGERS , ASK DIFFENDENT MC NEIL TO STOP, AND OFFICER          WITH HIS EYES WIDE OPEN THEN SAYIN YO WHAT IS GOING ON HERE , THEN WALKING OFF THE YARD!!

See Exbit __30__ to Support this Incedient (PLANTIFF) ALSO

FEELS THAT DIFFENDENT MC NEIL SHOULD BE FIRED ! ASAP

①

plantiff was on suicide watch for over 3 monthes straight
for many reasons from the dates of on or about 7-30-22=
till on or about 11-10-22 inside or rikers iland (AMKC), and
grvc , plantiff felt sucidal because he seen that diffendent's
were trying to kill him, plantiff was fighting alot, plant
iff felt helpless, plantiff was cut and stabbed, plantiff
was starved in obcc, plantiff was left to die in obcc,
plantiff was denied medical many times, plantiff was put
in the box in grvc and not given recreation, plantiff, was
assulted by officers,

sexually harrassed, plantiffs been unresonably sprayed with
fire extinguishers, and chemicals, plantiff has also had
hiss life thretened, plantiff has had officers spit on him
and spit in his meals, plantiff has also had his contact
visits taken from him for no legal reason, leaving plantif
withput way to see his son ... latter on his son dieing
in hit and run if plantiff would have been able to see
and touch his child, on visits maybe this would have never
happened, plantiff also lost other family members and friends

(2). ☒ @ at approx 9am on 2-28-23= diffendent BROS ESSCORTED PLANT
TO THE CLINIC FOR HIS HIS MEDICAL AND (prea) issuess with
diffendent capt GUAN ON ~~2-25-23~~ 2-25-23 ...when PLANTIFF
ARIVIED, DIFFENDENT BROS ALSO WALKED INSIDE OF PLANTIFFS
CUBICUAL VIOLATING PLANTIFFS **HIPPA RIGHTS , PRIVACY
LAW/STATUES**
AND SAYING **TO THE NURSE**,'MAM HES JUST FINE "CAN WE HURY UP
, CUZ IM TRYNA GO HOME"!

AND ON THE 28th of FEBUARY 2023 in unit 1a @ approx 11:30
plantiff seen diffendent kevin young for the second time
this day , him and 5 other security staff members , when
diffendent young told plantiff wile sitting at the dayroom
table ... yo reyes you better be done drop that lawsuit
nigga , diffendent refering to the pro-se case 23-cv-0541
that included , other deffendents like , capt **guan** , adw
HENRY , KEVIN YOUNG, WILLIAM MC NEIL, AND PRESTON RITTER

THIS HAS ALL ALSO MADE PLANTIFF, FILL THREATENED...
THE NEXT MORNING PLANTIFF WAS CRYING AND BECAME SCARED
PLANTIFFS ASTHUMA, STARTED TO BOTHER HIM , AND HE ASKED
FOR MEDICAL ATTENTION AND DIFFENDENT BRANCIE REFUSED TO
CALL A
MEDICAL **EMERGENCY** LIKE THE FLOOR OFFICER ASKED HER TO DIFFENDENT(SAID)
INSTED YOUR NOT GETTING MEDICAL REYESSS!! over the **microphone**
leaving plantiff to suffer in his cell...the floor officer
wrote this said information inside the floor post**(log book)**
also for ~~the~~ future investigation , plantiff asked for **medical**
attention at 6:50 am and plantiff never recieved

medical attention at all this day plantiff came out of his
cell (3) at 12;30 pm for recreation ~~exept~~ caughing and **weezing**
for air, plantiff was told by diffendent bros, that he **could**
not get medical attention at this time also, eather i want
rec 1 hour or medical, plantiff herein feeling helpless
once agian..

**2** minutes latter someone offered there (asthuma) pump to plantiff
helping plantiff, for the moment...

Once plantiff Return from Recreation, plantiff Still Wanted medical
and Now mental Health services So the John Doe floor
officer toLD BuBBle officer, to at Least Let him into the
BuBBle so that He CouLD call medical, and Diffendent Brancie
Said shut up your Acting Like these stupid Inmates No-
ones getting medical today!

to ALSO SUPPORT THE FACT THAT PLANTIFF NEVER RECIEVED HIS

RELIGIOUS HALAL FOOD , YOU CAN ALS SEE EXIBIT 33    ,plantiff

also feels that he hasn t been given equal opertunity because

also in exibit 33  you will also see a document supporting

the fact that people and or a person (inmate) was given his

jewishn kosher meals tho from 11- of 2022, kndxjadsjksdskfds

threw 5-of 2023 all in 1A, 2A, AND 6sprung housing in grvc

and west facility of rikers iland!

Petitioner is currently being denied medical care in the instance
of his Right Eye whihc he has a pre-existing injuriy from use of force
within the New York City Deopartment of Correction with correction officers
and has alerted medical staff to.

Respondents at the GRVC facility is failing to address and petitioner's
restriction from the facility clinic area prevents him from being able
to receive adqaute medical care in reference to seeking treatment in efforts
of possible saving vision/eye sight in Right eye.

Petitioner knows that respondent CO Mcniel is aware of this because
of the fact in the past respondent CO Mcniel has stated to petitioner directly
that he hopes that the petitioner dies and looses vision in both his eyes.

As stated herein this conduct is conduct that both respondnets
Assistant commissioner Thomas Griffin and Christopher Miller is known to
allow to take place under their supervision and/or be involved in directly.

Both Assistant commnsioners named herein as respondents has toured
petitioners housing unit, order respondta WARDEN CORT and ADW HARRTS to
engage in action that is adverse to petitioners protected constitutional
rights with the understanding that said action is wrongful and otherise
unlawful.

For all of the reasons mentioned herein petitioner demand that
the Court grant trhhe relief he ask for herein and any other relief that
~~this Court may deem Just and Proper.~~ this Court may deem Just and Proper.



• plantiff is STATING HERUN , THAT ON THE DATE 3-8-23 diffendent mcneil ,and adw henry came to unit 1a in grvc instructing him to have to leave recreation early ,by diffentent BROS, PLANTIFF STATED TO DEFFENDENTS THAT HE HAD ONLY BEEN GEVING 30minutes on the yard, and that he wanted his (full houir) at reécreation, diffendents mc neil and adw henry told plantiff that if he wanted to go to rec that her had to be strip searched first, by john doe officer who plantiff does not want to be a part of this suit herein, once plantiff was seached diffendents locked plantiff inside his cell and stated that, Every time plantiff Called 311 they would in his cell and Search plantiff also, plantiff was then begging for his cane back from deffendent mc neil, who took plantiffs cane and said you can walk reyes, you dont need this to do your lawsuits do you ,implying that he was upset once agin about plantiffs lawsiuts that was pending. so plantiff fills that this was all retaliation ,before diffendent mcneil and ADW HENRY LEFT THE HOUSING AREA (THEY)BOTH STATED TO THE OFFICER THAT REYES BETTER NOT GET RECREATION THIS WHOLE WEEK , AND HE IS TO NOT BE LET OUT OF HIS CELL UNTILL HE HAS TO GO TO COURT, UNTILL HE DROPS HIS LAWSUITS!! than adw henry smiled and as she was leaving said ill be back reyes ! latter , which diffendent then came back to the housing area @ about 4:50pm ... she did no tour of the housing area but she stated to the plantiff that he was not going to get a cane to walk with, and that she would make sure ! then left the housing area again.

now the next day plantiff was odviously, being harrassed because at around 10;05am diffendent o.s.i.u WILLAM MCneil , adw henry, and other jane/john doe offfcers came to unit 1A ONCE AGAIN NOT DOING ANY KINDS OF tour commanding tour,or supervising rounds /INSPECTIONS...

ALL ON THE

GENTECS SAYING WHY THE FUCK IS YOU LOOKING AT ME REYES YOU NOT FUCKING ME, AND DID YOU GET YOUR MEDICAIL OR YOUR CANE YET ?! plantiff never responded because he was scared to say the wrong thing to deffendent adw henry, about 3 hour LATTER ALL ON 3-/9/2023, plantiff asked captain davis to take him to the clinic, for a new cane and because plantiffs head was hurting ,when all on the gentec footage, you will see deffendent henry say to captain davis, thatplantiff should not be getting medical, then walking off to her office. plantiff latter seen the doctor as he should then got a new cane apoint6ed to him but still being restricted from recreation on 3-8,9,10,11, 0F 2023, because of deffendents Said Orders.

and ON OR ABOUT THE DATE OF 3-8-23 plantiffs father jessie hampton, and infent (baby) BROTHER WAS MADEE DENIED VISITATION AFTER 4 hours of standing in the cold weather because, of captain le flure(grvc) visit captain and, john doe officer, and capt(reyes) sheld NUMBER UNKNOWN BUT THIS INCIDENT CAN ALL BE SEEN ON THE CASHIER-██████████ BUILDING GENTECS ██ WERE THIS CAPTAIN AND OFFICER WORKS,ALL AT ABOUT 1:30 pm ! the incedent all enddd around 3:50pm at the cashier building PLANN PLANTIFF STATES THAT HIS FATHER ,AND VISITORS WAS TOLD THAT PLANTIFF COULD NOT GET A VISIT BECAUSE HE (PLANTIFF) WAS ON VISIT RESTRICTION , ALL BY CAPTAIN REYES, AND THE OTHER DEFFENDENT CAPTAIN LE FLURE !!captain reyes also told plantiffs father that if he had a problem with it that him, and the (HONN DOE) OFFICER  WOULD BEAT HIS ASS !! See EXIBIT 35 . plantiffs family and visitors were also lied to ,must you see exibit 18   that clearly states that plantiff was off of and no contact visits and also was wrongfully plaaed on this restriction from the begging.

and also that

these such actions were done wrongfully and constantly

plantiffs parents,mother and fathere was victums of this at least

3 to 4 times each... plantiff also states that the boardof of

corrections sent oplantiff documents stating that these non-

contact visits were never suppose to be implemented on planti6f

plantiff has seen mentale health, on the day of 3-9-23 for such

actions and letting mental health know that he feels susidale,

because of the constant, retaliation from listed deffendents,

visit restrictions, and the effects of this red i.d, eRS, STATUS

PLANTIFF WANTS EQUAL OPPERTUNITY AND CONSTIUUTIONAL RIGHTS NOT

TO BE (VIOLATED )

plantiff called 311also about his visits being violated here

are the(EC) complant numbers ....

ec-005-

EC-005- 93008

eC-005-




THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

## GEORGE R. VIERNO CENTER

# SECURITY MEMORANDUM

| ☒ NEW  ☐ INTERIM  ☐ REVISED | **MEMORANDUM NO. 1/23** | | |
|---|---|---|---|
| **EFFECTIVE DATE** <br> **January 19, 2023** | **DISTRIBUTION:** <br> **ALL STAFF** | **SUBJECT:** <br> **1A CMC MOVEMENT** | |
| **SUPERSEDES: N/A** | **REFERENCE: N/A** | | **PAGE** 1 <br> **OF** 1 **PAGE** |
| **Prepared by:** <br> *Deputy Warden J. Matos, Security & Operations* <br> PRINT NAME | *Clyn Rivera, Deputy Warden* <br> Signature | | |

## EFFECTIVE IMMEDIATELY

Housing area 1A is the Court Ordered Lockdown. The individuals in this unit are on 23-hour lockdown and only allowed to exit their cells for one (1) hour for recreation. Upon escorting the individuals housed in 1A, staff shall ensure to activate their **Body Worn Cameras** and the escorting supervisor must make a radio transmission to Central Control to cease all movement.

All individuals will be escorted by one (1) Captain and two (2) Officers; however, only the individual(s) denoted below will be required to be in full restraints set up in the Facility:

- Cano Christopher 8952200296/13552006J  **CMC FULL-SET UP ERS/RESTRAINTS/RED-ID**
- Reyes Daquan 4411804847/11638139L  **CMC FULL-SET UP ERS/RESTRAINTS/RED-ID**
- Torres Ricky 1412001935/12922994Q  **CMC FULL SET-UP ERS/RESTRAINTS/RED-ID**

When any individual housed in 1A is departing the facility they must be placed in the full CMC setup. Please see the names of all individuals housed in 1A:

- Cano Christopher 8952200296/13552006J  (Cell #15)
- Forrest Trevor 3492002023/15028515J  (Cell #5)
- Francis Walesa 4412102576/15276376H  (Cell #2)
- Reyes Daquan 4411804847/11638139L  (Cell #3)
- Thompson Kwaine 3491901450/07289661Q  (Cell #4)
- Torres Ricky 1412001935/12922994Q  (Cell #7)
- Williams Alexander 1411801632/01897858L  (Cell #11)

## *** FAILURE TO ADHERE TO THE CONTENTS OF THIS MEMORANDUM WILL RESULT IN DISCIPLINARY ACTIONS. ***

\* move separately & remain separate from general population

c: Antoinette Cort, Acting Warden
   Elyn Rivera, Deputy Warden, Administration/ Programs



**NYC
HEALTH+
HOSPITALS**

| **PATIENT NAME**: DAQUAN REYES | **FACILITY**: GRVC |
|---|---|
| **NYSID**:       11638139L | **BOOKCASE#**: 4411804847 |

# DEPARTMENT OF CORRECTION

## NOTIFICATION OF PATIENT'S ADA CONSIDERATIONS

**Type of ADA Considerations:**

**Disabilities:**

**Assistive Device #1**: Cane

**Device #1 Start Date:** 03/09/2023   **Device 1 End Date:**04/09/2023

**Assistive Device #2:**

**Device #2 Start Date:   Device #2 End Date:**

**Assistive Device #3:**

**Device #3 Start Date:   Device #3 End Date:**

**External Medical Devices:**

**If MO Housing Required:**

Signature

Ordering Provider: **Frantz Nicolas PA**
Name/Date/Time: **March  9, 2023 1:33 PM**
Printed By: **Nicolas PA, Frantz**

_____
***Facility Name***                              Print

Dorm: _____        Cell: _____

#7682

DOC Signature/Shield Number

3/9/23
Date

EXHIBIT- **1** &

MAY 18, 2021 INCIDENT

GRVC

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQUAN Reyes | Book & Case #: 4411 804 847 | NYSID #: |
|---|---|---|

| Facility: GRVC | Housing Area: 15A | Date of Incident: 5-18-21 | Date Submitted: 6-20-21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** My name is listed and from A previous incident in 13A GRVC: my pointing finger on my right hand is still numb and it hurts. sometimes firem when my hand was slammed in the slot on May 18th

**Action Requested by Inmate:** I need A copy of this And I need the warden And Deputy to see this

### Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 6-20-21 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP 2021 JUL -6 P 3:49 | Grievance Reference # 422379 | Category: Assault Allegation |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: MV | |

GRVC

EXHIBIT- **2**

JAN 1, 2021 CLAIM

ATTACHMENT - B.

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R
Eff.: 2/28/20
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuAN Reyes | Book & Case #: 4411. 804. 847 | NYSID #: 116381394 |
|---|---|---|

| Facility: GRVC | Housing Area: 13A | Date of Incident: 1-1-21 | Date Submitted: 4-28-21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: My property BAGS #'s  175120718
181667520
A175518318
A172790 ——— A183135920
B175518318 ——— A1831416 . . . .
Are all missing I Need my property
ASAP I will Be ON trail very soon

Action Requested by Inmate: For my property Bags To Be Returned and OR Found. and I would Like copys of this grievance.

## Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 4-28-21 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

2021 NOV -5 P 1:49

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference #: 5704273 | Category: Property |
|---|---|---|
| | Return of Grievance | |
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

```
05/05/2021          New York City Department of Correction      IPTS0100
                    Inmate Property Query Receipt Screen

Inmate Name: REYES,DAQUAN            BAC: 4411804847        NYSID: 11638139L

    Select a record from the list below - use up/down arrows to navigate
```

| Receipt # | Receipt Date | Disp. | Disposition Date | Bag Type | Property Facility | Bin | Shelf | Slot |
|-----------|--------------|-------|------------------|----------|-------------------|-----|-------|------|
| 175120718 | 01/07/2020 | RTI | 01/14/2020 | B | GRVC | | | |
| 175518218 | 07/20/2018 | ACT | 07/20/2018 | V | SAM | | | |
| 175518318 | 07/20/2018 | RPG | 11/06/2019 | B | GRVC | | | |
| 181667520 | 01/30/2020 | RPG | 01/29/2021 | B | GRVC | | | |
| A175518318 | 11/06/2019 | RPG | 01/14/2020 | B | GRVC | | | |
| A1772790 | 03/16/2020 | RTI | 04/10/2020 | B | GRVC | | | |
| A181667520 | 01/29/2021 | ACT | 01/29/2021 | B | GRVC | 048 | 1 | 1 |
| A183135920 | 10/14/2020 | RTI | 11/06/2020 | B | GRVC | | | |
| A1831416 | 01/05/2021 | ACT | 01/05/2021 | B | GRVC | 039 | 2 | 2 |
| A1831827 | 05/03/2021 | ACT | 05/03/2021 | B | GRVC | 026 | 1 | 3 |

```
<Help>=Help      <Select>=Select Record    <F18>=Receipt History    <F11>=Exit
```

# 4ß4ß72

EXHIBIT- 3
APRIL - 2021 INCIDNET

ATTACHMENT - C                                    (13H)

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

| OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES | Form.: 7102R<br>Eff.: 8/23/19<br>Ref.: Dir. 3376R-A |
|---|---|
| **DISPOSITION FORM** | |

| Grievance Reference #:<br>**404322** | Date Filed:<br>**May 4, 2021** | Facility:<br>**GRVC – 15A** |
|---|---|---|
| Inmate Name:<br>**Reyes, DaQuan** | Book and Case#:<br>**441-18-04847   NYSID 11638139L** | Category:<br>**Medical** |

From OCGS Inmate Statement Form, print or type short description of grievance:

*"I have not received my medication in over 13 days. I have not been able to sleep or eat."*

Action Requested by Inmate:

*"I would like this to be sent to the Dep and the Warden of GRVC and I would like copies back for myself."*

## STEP 1: FORMAL RESOLUTION

Check one box: ■ Grievance        ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

*OCGS informed Mr. Reyes, Daquan that; as per NYCH&H Correctional Health Services this matter has been forwarded to Patient Relations for review and handling. In addition, this matter has been forwarded to the GRVC Medical Team.*

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date:<br>6 - 4 - 21 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>*Mr. Nelson* | Date:<br>May 10, 2021 |
|---|---|

Form #7101S, Etc.: 09/10/12, Ref.: Dir. #3376 – page 1

City of New York – Department of Correction



# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| DeQuan Reyes | 4411 804 847 | 116381392 |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| GRVC | 15 A | 4-15-21 | 4-16-21 |

**Request or Grievance:**

I Have Not Recieved my MeDication IN over 13 Days I Have Not Been able to sLeep or Eat

**Action Requested by Inmate:**

I wouLD Like this to Be sent to the Dep aND wardeN of GRVE and I wouLD Like copy's BACK to myself

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by IGRP staff?  ☑ Yes ☐ No

Do you need the IGRP staff to write the grievance or request for you?  ☐ Yes ☑ No

Have you filed this grievance or request with a court or other agency?  ☐ Yes ☑ No

Did you require the assistance of an interpreter?  ☐ Yes ☑ No

Inmate's Signature: _____  Date of Signature: 4-15-21

IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| May 4, 2021 GRVC | 404322 | Medical |
| | Inmate Grievance and Request Program Staff's Signature: | |

EXHIBIT- 4

STIMULUS CHECK COMPLAINT

**ATTACHMENT - C**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

| Grievance Reference #: **507488** | Date Filed: **December 9, 2021** | Facility: **GRVC – 15A** |
|---|---|---|
| Inmate Name: **Reyes, Daquan** | Book and Case#: **441-18-04847 NYSID# 11638139L** | Category: **Correspondence/Mail** |

From OCGS Inmate Statement Form, print or type short description of grievance:

*"I signed my stimulus check with my signature for it to be sent to my family's home in Queens NY (back in July) of 2021. Then it was given to the mailroom officer Gordon. I then was notified by my family member that she never received my check in the mail. I don't know what's going on..."*

Action Requested by Inmate:

*I want to know where my check is and or I would like to report my check stolen*

### STEP 1: FORMAL RESOLUTION

Check one box: ▣ Grievance      ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

*OCGS met with the facility (GRVC) mailroom officer who states the check was indeed mailed out as requested by Mr. Reyes, Daquan. However, because Mr. Reyes did not request the item be sent "certified" OCGS is unable to track the delivery progress. OCGS informed Mr. Reyes, Daquan that either he or his family contacting the IRS would be the best route to take in at the least obtaining the status of the item (if it has been cashed or not). OCGS concludes this matter to be modified. No additional action required by OCGS.*

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
**(Failure to sign forms will forgo your right to appeal the proposed resolution.)**

☐ Yes, I accept the resolution  ☐ No  ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: *Ms. Nelson* | Date: December 15, 2021 |
|---|---|



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

Inmate's Name: DeQUAN Reyes    Book & Case #: 4411-804-847    NYSID #:

Facility: GRVC    Housing Area: 15 A    Date of Incident: JULY - 2021    Date Submitted: 2021

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: I Singed my Stimuless Check With my Signiture for it to be sent to my family's Home IN Queens NY (BACK IN JULY) of 2021 Then it was Giving to the mail Room Offcer GorDan I then was Notifed By my family member that She never Recieved my Check in the mail. I Don't know whats going on...

Action Requested by Inmate: I want to know where my check is and or I would like to Report my check stollen

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?    Yes ☑ / No ☐
Do you need the OCGS staff to write the grievance for you?    Yes ☐    No ☑
Have you filed this grievance with a court or other agency?    Yes ☐    No ☑
Did you require the assistance of an interpreter?    Yes ☐    No ☑

Inmate's Signature: _____    Date of Signature: 12-7-2021

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

Correspondence / Mail

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

TIME STAMP
2021 DEC -9 P 4: 34

Grievance Reference #    507488

Category: M

Office of Constituent and Grievance Services Coordinator/Officer Signature:

EXHIBIT- 5

ADW GREEN PROPERTY COMPLAINT

ATTACHMENT ÷ D.

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/28/20
Ref.: Dir. 3376R-A

**Inmate's Name:** DeQuani Reyes 25

**Book & Case #:** 4411 804 847

**NYSID #:** 1638139 L

**Facility:** GRVC

**Housing Area:** 13 A

**Date of Incident:** 10-10-21

**Date Submitted:** 4-20-21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** My Property Bags Have Been Missing and I Believe Officers Distributed My Property On 10-10 or 10-9-20 approximatly When I was taken to GRVC 13B. I Never Recieved my property Recipt A183135920 and More . . . . . . .

**Action Requested by Inmate:** I would Like this to Be given to Deputy green and I would Like my property Returned.

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☑   No ☐

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** _(signature)_

**Date of Signature:** 4-20-21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

2021 APR 23 P 1:49

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP**

**Grievance Reference #:** 404273
RETURN OF GRIEVANCE

**Category:** PROPERTY

Office of Constituent and Grievances Services Coordinator/Officer Signature: / _(signature)_

EXHIBIT - 6

JULY 16, 2021 COMPLAINT MEDICAL / RENEE

ATTACHMENT - C

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

### DISPOSITION FORM

| Grievance Reference #: **422379** | Date Filed: **July 6, 2021** | Facility: **GRVC – 15A** |
|---|---|---|

| Inmate Name: **Reyes, DaQuan** | Book and Case#: **441-18-04847   NYSID# 11638139L** | Category: **Assault Allegation** |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

**"My name is listed and from a previous incident in 13A GRVC my pointing finger on my right hand is still numb and it hurts sometimes from when my hand was slammed in the slot on May 18, 2021.**

Action Requested by Inmate:

**"I need a copy of this, and I need the Warden and Deputy to see this."**

---

### STEP 1: FORMAL RESOLUTION

Check one box:  ☐ Grievance     ☒ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

*OCGS informed Mr. Reyes, Daquan that as per DOC incidents history; this matter has been reported/documented under UOF# 3058/21*

---

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.

| Inmate's Signature: | Date: 7-13-21 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: *Mr. Nolan* | Date: July 9, 2021 |
|---|---|

EXHIBIT- 7

VISITATION COMPLAINT

ATTACHMENT - C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



| OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES | Form.: 7102R<br>Eff.: 8/23/19<br>Ref.: Dir. 3376R-A |
|---|---|
| **DISPOSITION FORM** | |

| Grievance Reference #603363 | Date Filed: 11/21/22 | Facility: GRVC 2A |
|---|---|---|

| Inmate Name: Reyes, Dequan | Book and Case: 4411804847 | Category: Visits |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:
My visits have been in the booth for over 2 1/2 years. I was never notified. also, never assaulted anyone on the visit area.

Action Requested by Inmate: I want my regular visits back and want 2 copies of this today.

## STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance      ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below.
Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

The OCGS staff has reviewed your complaint and learned you received and infraction for slashings on 1/2/21, 1/29/22, and 1/27/22. You are listed on the non-contact visit for the duration of your time while housed in the Department of Correction. You may file an article 78 if you have not done so already, for Notice of petition to discontinue visitation restriction. Note: you have a copy of the article 78 and extra grievance copies.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☑ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date: 11/21/22 |
|---|---|
| | ☑ Preliminary Review Requested |
| Grievance Coordinator/Officer Signature: | Date: 11/21/22 |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

Inmate's Name: DeQuan Reyes

Book & Case #: 4411·804·847

NYSID #:

Facility: GRVC

Housing Area: 2A

Date of Incident:

Date Submitted: 11/15/22

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: My Visit's has been IN the Booth for over 2 1/2 years I was Never Notifyed. Also Never Assulted anyone on the visit area

Action Requested by Inmate: I want my regular visits Back and want 2 copies of this today

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☑   No ☐

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

Inmate's Signature:

Date of Signature:

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

TIME STAMP

2022 NOV 21 P 3:56

Grievance Reference #: 603363

Category: Visits

Office of Constituent and Grievances Services Coordinator/Officer Signature: CO Byrne 802R·

EXHIBIT-_8_

CLO 13/21

| | CORRECTION DEPARTMENT<br>CITY OF NEW YORK | |
|---|---|---|
| | **GEORGE R. VIERNO CENTER** | |
| | **COMMAND LEVEL ORDER** | |

| ORDER NUMBER:<br>**#13/21** | SECTION:<br>**SECURITY** | ( X ) NEW<br>( ) REVISED | SUBJECT: COURT ORDERED LOCKDOWN<br>INMATES | AREAS<br><br>ALL STAFF |
|---|---|---|---|---|
| EFFECTIVE DATE:<br>**07/19/21** | ( ) ADMINISTRATION<br>( ) PROGRAMS<br>( X ) SECURITY | PAGE 1 OF 6 | REFERENCE: Facility Generated | |
| AUTHORIZED BY THE COMMANDING OFFICER<br>**JEAN RENE, WARDEN** | | SIGNATURE | | |

## I.     PURPOSE

This command level order is to establish policy and procedures for the Care, Custody and Control of the inmates under Court Order lockdown status.

## II.     POLICY

It shall be the policy of the George R. Vierno Center to comply with the mandates of all Court Orders dealing with inmates housed in this facility. Additionally, the restrictions imposed on "Lockdown Status" inmates by the Court supercedes any rights these inmates may ordinarily have under the Minimum Standards.

## III.     PROCEDURES

The inmates housed in Court Ordered lock-down areas shall be governed by the following:

a.    Twenty-three (23) hour lock-in, feed-in status.
b.    Inmates housed in Court Ordered Lock-Down areas will be allowed to possess the following property in their cell:

1.   One (1) Bible
2.   Three (3) Magazines
3.   Three (3) Books
4.   One (1) Bar of Soap
5.   One (1) Container of Shampoo
6.   One (1) Toothbrush
7.   One (1) Toothpaste
8.   One (1) Plastic Cup
9.   One (1) Towel
10. Deodorant



| CORRECTION DEPARTMENT CITY OF NEW YORK | GEORGE R. VIERNO CENTER |
|---|---|
| **COMMAND LEVEL ORDER** | **ORDER NUMBER # 13/21** |
| EFFECTIVE DATE: 07/19/21 | SUBJECT: COURT ORDERED LOCKDOWN INMATES | PAGE   2 OF  6 PAGES |



## IV.   PROCEDURES (CONTINUED)

### Special Security Procedures

a. Inmates in lock-down status shall not be removed from their cells unless a Captain is present. AT NO TIME WILL MORE THAN ONE (1) INMATE BE ALLOWED OUT OF HIS CELL AT ANY ONE TIME.

b. Whenever a Court Ordered Lock-Down inmate is removed from the housing area, he shall be restrained in leg irons, waist chains and mitts. The inmate shall be under one-on-one observation of a Correction Officer to assure no communication with any other inmate(s), verbally, in writing or through hand signs.

c. During the day tour (0700x 1500 hours) and under the supervision of a Captain these inmates shall be strip-searched, and their property carefully searched daily. Theses searches will be recorded on a Random Search Form.

d. Inmates shall always dress in jumpsuits, unless going to court for trail.

e. Inmates housed in Court Ordered Lock -In areas shall not be allowed to refuse to be produced in court.

f. The Court Ordered inmates shall not be permitted to refuse to attend court because of complaints of health problems unless the physician examine this defendant certifies in writing that the attendance of this defendant in court would likely result in serious impairment to this defendant's health. In this event, this information shall be immediately transmitted to the Central Operations Desk at (718) 546-1384.

g. The Court Ordered inmate's accompany card shall be kept in the CMC box in the General office.

### Program /Inmate Services

Law Library/Outgoing Mail

Inmates will make all request for Law Library materials in writing. These requests will be forwarded to the Security Office who will obtain copies of the requested materials and place same in the inmate's blue storage bin.

1. The assigned Captain will collect all letters written by the inmate. The Captain will turn the mail over to the Security Office. Under no circumstances will any inmate in Court Ordered Lockdown status be permitted to send out any written correspondence or any other type of communication.



| CORRECTION DEPARTMENT CITY OF NEW YORK | GEORGE R. VIERNO CENTER |
|---|---|
| COMMAND LEVEL ORDER | ORDER NUMBER # 13/21 |
| EFFECTIVE DATE: 07/19/21    SUBJECT: COURT ORDERED LOCKDOWN INMATES | PAGE    3 OF 6 PAGES |



## V.    PROCEDURES (CONTINUED)

### Telephone Calls and Visit Privileges:

1. The court ordered inmates are barred from Visits and Telephone calls to anyone other than their attorney of record. These numbers are listed in each inmate's court order folder.
2. All calls will be placed between the hours of 1330-1430 hours and 1630-1730 hours.
3. The Correction Officer assigned to the post shall make the telephone call using a P.I.N. Number which will be changed weekly by Security. Inmates are not allowed to know the P.I.N. numbers. The Correction Officer shall maintain a log of each attorney called. Such a log will detail the following information for each attempted call:

   a. Date and Time call requested
   b. Time call was placed
   c. Whether or not contact was made with the Attorney
   d. Time call ended.

### Inmate Showers

Inmates will be afforded a ten-minute shower, a day. The showers are to be recorded in a shower logbook. As stated earlier, a Captain shall be present when the inmate is removed from his cell to the shower and again when he is returned from the shower to his cell. All shower activity shall be logged in the Housing Area Logbook.

### Incoming Mail

Any incoming mail for inmates housed in court ordered areas will be forwarded to the GRVC Security Office. No mail shall be forwarded to these inmates until approved by the Commanding Officer or his/her designee.

### Commissary

The only items inmates housed in court ordered areas may purchase from commissary are:

1. Soap
2. Shampoo
3. Deodorant
4. Toothpaste
5. Paper



| CORRECTION DEPARTMENT CITY OF NEW YORK | GEORGE R. VIERNO CENTER |
|---|---|
| **COMMAND LEVEL ORDER** | ORDER NUMBER # 13/21 |
| **EFFECTIVE DATE: 07/19/21** | **SUBJECT: COURT ORDERED LOCKDOWN INMATES** | PAGE   4 OF  6 PAGES |



## VI.    PROCEDURES (CONTINUED)

Custodial staff assigned to the housing area will complete the Commissary request form for the inmate. This shall prevent subject from communicating with commissary help. All commissary products will be thoroughly searched prior to giving them to the intended inmate. Appropriate logbook entries shall be made relative to the delivery of this service.

### Social Service

All request for Social Services shall be forwarded to the Security Office. At no time will these inmates have any contact with Social Service personnel. Additionally, at no time will interview slips be forwarded to any Service area.

### Religious Services

If these inmates request religious services, the Chaplain will be called to visit them. However, the Chaplain will first be instructed that he/she may not:

1.  Communicate on the inmate's behalf with anyone other than the Warden, the Security Office, or the Court -appointed Special Master.
2.  Convey any written messages from these inmates to anyone else.
3.  May not give anything to or receive anything from these inmates.

### Medical/Mental Health Services

Any necessary medical or mental health services are to be provided to these inmates in the housing area. They will not be removed to go to the Clinic unless it is physically impossible to provide them with necessary medical services in the cell/housing area. Mental Health services, if required, will be provided to them in the housing area, not the clinic.

If the inmate must be removed to the Clinic for medical services, he shall be escorted by a Correction officer and a Captain and Kept separate from all other inmates in such a manner as to assure that he is unable to communicate in any manner with other inmates.

Medical Staff who come to see these inmates in the housing area should first be instructed that they may not:



| CORRECTION DEPARTMENT CITY OF NEW YORK | GEORGE R. VIERNO CENTER |
|---|---|
| **COMMAND LEVEL ORDER** | ORDER NUMBER # 13/21 |
| EFFECTIVE DATE: 07/19/21 | SUBJECT: COURT ORDERED LOCKDOWN INMATES | PAGE   5 OF  6 PAGES |



## VII.   PROCEDURES (CONTINUED)

1. Communicate on the inmate's behalf with anyone other than the Warden or the Security Office.
2. Convey any written messages.
3. May not give anything to or from these inmates unless the item is necessary to provide medical services (i.e. medical supplies, medication).

### Hospital Runs

If the inmate requires hospitalization, he is to be treated and outposted at Bellevue Hospital as a medical emergency.  In the event of a medical emergency, the inmate is to be transported to the nearest hospital.

### Inmate Recreation

Inmates housed in the Court Ordered area may be afforded recreation in accordance with the details delineated in the court order or as amended in a separate memo.  These stipulations shall be reflected in the posted "Recreation Schedule".  A Captain shall be present when the inmate is removed from his cell and returned to his cell, following the recreation period.  While at recreation, these inmates shall be separated from all other inmates verbally, in writing or through hand signals.   These inmates will be restrained in waist chains handcuffs and mitts whenever they are out of their cells for recreation.

Appropriate logbook entries shall be made relative to delivery of this service.

## CELL AREA ACCESS AND SUPERVISION

1. Civilian personnel (i.e. Chaplain and Medical Staff) must always enter the cell area accompanied by a Supervisor .
2. The area Captain will conduct at least three (3) tours of inspection in the court ordered inmates cell area during each tour of duty.
3. The on-duty Tour Commander will conduct at least one (1) tour of inspection during each tour of duty.  He/she is responsible for ensuring that the provisions of this order are fully complied with.

## LEGAL JUSTIFICATION

1. This order is justified as per Supreme Court Order.



| CORRECTION DEPARTMENT<br>CITY OF NEW YORK | GEORGE R. VIERNO<br>CENTER |
|---|---|
| **COMMAND LEVEL ORDER** | **ORDER NUMBER # 13/21** |
| **EFFECTIVE DATE: 07/19/21** **SUBJECT: COURT ORDERED LOCKDOWN INMATES** | **PAGE    6 OF   6 PAGES** |



PREPARED BY:

JONELLE SHIVRAJ, Deputy Warden for Security


REVIEWED BY:

LISA BARNABY, Deputy Warden for Administration


JOANNE MATOS, Deputy Warden for Programs/Operations


TIFFANY MORALES, Deputy Warden for Enhanced Supervision Housing

EXHIBIT- 9

CITY OF NEW YORK · DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 4411-804-847 | NYSID #: |
|---|---|---|

| Facility: GRVC | Housing Area: 1A | Date of Incident: Dec-1 thru Jan 16 | Date Submitted: Jan-20-23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: I DeQuan Reyes Never Recieved Mental Health of any Kind From Dec 1st when I arriven there all the way to January 16th 2023 when I was Removed and put Back IN GRVC.

Action Requested by Inmate: I would like to see Mental Health ASAP! and I Need 2 copys.

### Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☐ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

Inmate's Signature: _[signature]_

Date of Signature: 1-20-23

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

EXHIBIT- **10**



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 4411 804 847 | NYSID #: |
|---|---|---|

| Facility: G.R.V.C | Housing Area: 15 A | Date of Incident: MAY 7 2020 | Date Submitted: April - 19-20 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I've Been Being Denied a choice to a Hearing By Officer Cox # C⁻ GRVC Because She Doesn't Like me and Because She Doesn't LiKE the Fact that If Disrespected Some D.O.C Staff LiKe Deputy Green (GRVC)

**Action Requested by Inmate:** X 2 Copys and for the warden to see.

---

**Please read below and check the correct box:**

| | | | |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ | |
| Do you need the OCGS staff to write the grievance for you? | Yes ☑ | No ☐ | |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ | |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ | |

| Inmate's Signature: | Date of Signature: May-24-2020 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT - C

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



| **OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES** | Form.: 7102R<br>Eff.: 8/23/19 |
|---|---|
| **DISPOSITION FORM** | Ref.: Dir. 3376R-A |

| Grievance Reference #:<br>620743 | Date Filed:<br>01/18/2023 | Facility:<br>GRVC – 1A |
|---|---|---|
| Inmate Name:<br>Reyes, Daquan | Book and Case#:<br>4411804847 **NYSID# 11638139L** | Category:<br>Medical |

From OCGS Inmate Statement Form, print or type short description of grievance:

I Daquan Reyes ask for medical on Jan -16-2023 Inside my cell 3 In 1A. I would like the video preserved and saved from 4pm. When we came into housing area escorted by ESU staff till about 12pm where I was inside my cell gasping for air because I needed medical and was denied by staff because Officer Mcneil.

Action Requested by Inmate:

Copy's and to be seen by who this may concern.

## STEP 1: FORMAL RESOLUTION

Check one box: ▨ Grievance        ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS informed Mr. Reyes, Daquan as per NYCH&H Correctional Health Services this matter has been forwarded to Patient Relations for review and handling. In addition, this matter has been forwarded to the GRVC Medical Team as well as the Warden's Office

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution  ☐ No  ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding  Officer.  You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date:<br>1·23-23 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>*Mr. Parris* | Date:<br>01/19/2023 |
|---|---|

ATTACHMENT -B-1

 

## CITY OF NEW YORK - DEPARTMENT OF CORRECTION

### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 441 804-847 | NYSID #: |
|---|---|---|

| Facility: GRVC | Housing Area: 1A | Date of Incident: Everyday He Works | Date Submitted: 1-20-23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: Security Offier /OSIU Officer McNeil Is Sexualy harrassing me and He keep asking for my attention I Dont want KILL Him Or myself please Help!

Action Requested by Inmate: Notify prea and I Need Copys.

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☑ No ☐

Do you need the OCGS staff to write the grievance for you? Yes ☑ No ☐

Have you filed this grievance with a court or other agency? Yes ☐ No ☑

Did you require the assistance of an interpreter? Yes ☐ No ☑

| Inmate's Signature: | Date of Signature: |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT - C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

## DISPOSITION FORM

| Grievance Reference #: 404322 | Date Filed: May 4, 2021 | Facility: GRVC – 15A |
|---|---|---|
| Inmate Name: Reyes, DaQuan | Book and Case#: 441-18-04847  **NYSID 11638139L** | Category: Medical |

From OCGS Inmate Statement Form, print or type short description of grievance:

*"I have not received my medication in over 13 days. I have not been able to sleep or eat."*

Action Requested by Inmate:

*"I would like this to be sent to the Dep and the Warden of GRVC and I would like copies back for myself."*

### STEP 1: FORMAL RESOLUTION

Check one box:  ☒ Grievance      ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

*OCGS informed Mr. Reyes, Daquan that: as per NYCH&H Correctional Health Services this matter has been forwarded to Patient Relations for review and handling. In addition, this matter has been forwarded to the GRVC Medical Team.*

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date: 6-4-21 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: Ms. Nelson | Date: May 10, 2021 |
|---|---|

ATTACHMENT + B.

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

**Inmate's Name:** DeQuAN Reyes 25    **Book & Case #:** 4411-804-847    **NYSID #:** 116381392

**Facility:** GRVC    **Housing Area:** 13A    **Date of Incident:** 1-1-21    **Date Submitted:** 4-28-21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** My property BAGS #'s 175120718
181667520
A175518318
A1772790 ———— A183135920
B175518318 ———— A1831416 . . .
Are all missing I Need my property
ASAP I will Be ON trail very soon.

**Action Requested by Inmate:** For my property Bags To Be Returned and OR Found. and I would Like copys of this grievance.

### Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

**Inmate's Signature:**    **Date of Signature:** 4-28-21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

2021 MAY -5 P 1:49

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP**    **Grievance Reference #:** 704273    **Category:** Property

Return of Grievance

Office of Constituent and Grievances Services Coordinator/Officer Signature:

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQUAN Reyes | Book & Case #: 4411-804-847 | NYSID #: 11638/39L |
|---|---|---|

| Facility: GRVC | Housing Area: 2A | Date of Incident: 11-16-22 | Date Submitted: 11-16-22 Night |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I'm In PAIN I Need Medical more OFFten Please my Neck hurt my sholder and my Lower area !!

**Action Requested by Inmate:** I want copy's of this please ASAP 5 copies

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☑   No ☐

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: 11-17-22 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP 2022 NOV 21 P 3:06 | Grievance Reference # 60337 | Category: Medical |
|---|---|---|

Office of Constituent and Grievances Services/Coordinator/Officer Signature: CoByrne #18029

DEQUAN REYES   B& C# 4411-804-847
G.R.V.C.
09-O9 HAZEN STREET
QUENS NEW YORK 11370

RE: BOOTH VISITATION APPEAL                    NOV 18, 2020

NEW YORK CITY BOARD
OF CORRECTION
2 LAFFAYETTE STREET
NEW YORK NEW YORK 10007

DEAR BOARD OF CORRECTIONS:

     I am writing this letter as an appeal to my grievance in regards
to my visitation being in a booth and not in-person.

     For some reason DOC in an whole is placing me inside of the Booth
anytime that I have an outside visit from my family members and friends.

     I have never recived a ticket nor any notification as to why I
am placed in the booth visit and for what period of time before the restriction
expeires.

     I have grived this issue numerous times and have never heard back
from the facility which is the reason why I am now writing your office
as a grievance appeal on the matter.

     I ask that your office, The Board of Correction investigate this matter,
because I BELIEVE that it is tied to retaliation from civil litigations
against DOC officials and high ranking staff at the facility.

     I look forward to hearing back from you in regards to this matter.

     Thank you for the time and assiatnce .


Sincerely Submitted

Dequan Reyes:

EXHIBIT- **11**

EXHIBIT- 12

On Dec 2, 2022 the plaintiff was transfered from GRVC facility to the WEST FACILITY jail on Rikers Island.

While at the West Facility jail the plaintif was unable to recive medical attention and sick-call in an adqaute manner.

Many of the officers at West Facility fail to wear their sheild and tag with theri name on it leavingthe plaintiff unable to name each correction (officer) that II prequested sick call and medical attention from. The plaintiff dont remember the name of Defendnat CO FARRINAS who has 18 years on job that he requested medical from and was told that due to his violent ways and pass history that he "OFFICER FARRINAS" was not doing anything to assist the plaintiff was reciving medical care.

As a result of this conduct that was taking place in the West Facility Sprung six the plaintiff lodged two grievancesxkxk that can bea seen herin as EXHIBIT- 12 & EXHIBIT - 13 .

The plaintiff while at west facility was denied the right to file grievances by various SRT officers and Capatins and as an whole sprung six at the west facility was not in accordance with defendnatss CITY by way of DOC polcies pursuant to Greivance Directive 3376R-A. These can be further explained below.

(a)   Sprung six did not have a greivance box where the plaintiff could drop his greiavnce inside of as stated in directive 3376R-A.

(b)   SRT and ESU took control of sprung six while plaintff was there and stop all civialian and west facility correctional staff fom entering housing unit whicH included greivance oficer CO KELLY, (sprung six housing unit logbook will support this )

As soon as the plaintiff was transfered ▓▓▓▓ back to GRVC on JAN 16, 2023 he filed a greiavnce memorlizing that fact that he was denied the right to file a grievance whoile at the West Facility Jail, see EXHIBIT- 14 herein.

Another form of support that the plaintiff FIRST AMENDMENT RIGHT to peition and file complaints were violated by the defendants named herein this complaint if that numeorus other inmates filed a federal complaint with this court stating the exact same violation within their complaint the names of these inmates that the plaintiff knows is as followed below:

- ALEXANDER WILLIAMS JR B&C # 1411801632
- KWAINE THOMPSON  B&C # 3491901450
- RICKY TORRES B&C #'S UNKNOWN(AT THE TIME OF FILING THIS COMPLAINT.)

Plaintiff did get the opportunity to contact 311 on or about Jan 13, 14, 15, 16, 17, & 18, (20) in regaards to these issues and was given the following complaint numbers  to ensure that Exhusation is completed:

EC-00567357   (EC-00567357)
EC-00567235
EC-00567387

While at the west facility the plaintiff began to suffer depression and anxiety and asked for mental health services which was denied. The plaintiff began to have issues eating and asked for supplements in thge matter , see EXHIBIT-/5 herein.

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 4411-804-847 | NYSID #: 1163813912 |
|---|---|---|

| Facility: GRVC | Housing Area: 2A | Date of Incident: 11-16-22 | Date Submitted: 11-16-22 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Im In Pain I Need Medical more OFFten Please my Neck hurt my sholder and my lower area !!

**Action Requested by Inmate:** I want copy's OF this please ASAP 5 copies

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑  No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☑  No ☐

Have you filed this grievance with a court or other agency?   Yes ☐  No ☑

Did you require the assistance of an interpreter?   Yes ☐  No ☑

| Inmate's Signature: | Date of Signature: 11-17-22 |
|---|---|

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference #: 60337 | Category: Medical |
|---|---|---|
| 2022 NOV 21 | Office of Constituent and Grievances Services/Coordinator/Officer Signature: Co Byrne #18049 | |

 **NYC HEALTH+ HOSPITALS** | # Correctional Health Services

## PATIENT'S BILL OF RIGHTS

As a patient, you have many rights no matter your: *Age, Color, Race, Sex, Religion, National Origin, Sexual Orientation, Disability, Criminal Charges, Marital Status, or Citizenship Status.* You have the right to:

1. Get care for health, mental health, and substance use conditions.

2. Know the services available at the clinic and the names of the people providing your care.

3. Get information about your health, mental health and substance use concerns from your health care provider. The information should be given in a way you can understand.

4. Get reproductive and sexual health services.

5. Get information you need to before you consent to any procedure or treatment. The information you get should include: what will be done, why, what the risks will be, and if there are other kinds of treatment.

6. Refuse assessment and/or treatment and be told what effect this may have on your health. However, if you refuse the entire intake history and physical exam for most communicable diseases you will be put in medical isolation to make sure that others don't get sick. **Medical isolation is NOT punitive segregation.**

7. Refuse to take part in any research. If you refuse to participate in research, treatment you would normally receive in the clinic will not be affected.

8. Privacy while in the clinic to the extent possible and confidentiality of your medical information except as authorized by law.

9. Request a copy of your medical records following your release by calling Correctional Health Services at 347-774-7000.



Live Your Healthiest Life.

EXHIBIT- 16

ADP 6487/21



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

**ATTACHMENT A**

### REPORT AND NOTICE OF INFRACTION

Form: 6500A
Rev. : 08/04/15
Ref. : Dir. #6500R-C

| Infraction #: | Institution: GRVC | Date of Incident: 09/22/21 | Time Infraction Written: | Date of Report: 09/24/21 |
|---|---|---|---|---|

| Inmate Name (Last, First): Reyes, Daquan | B&C/ Sentence #: 441-18-04877 | NYSID #: 38139L |
|---|---|---|

| Location of Incident (Be Specific): 15A top tier near cell#45 | Housing Area Location: 15 A /45 | Approximate Time of Incident: 1218 Hrs. |
|---|---|---|

| Charge # | Offense | Charge # | Offense |
|---|---|---|---|
| 120.10 | Refusal Direct Order | 109.10 Cell | Disrespect for staff |
| 110.10 | Disrupting institutional programs | | |
| 108.10 | Disorderly Conduct | | |

| Reporting Official (Print Name, Rank and Shield #): Campbell #14840 | Reporting Official (Signature): |
|---|---|

Details of Incident (Include details as to How, When and Where Infraction was Committed 1218 hrs:

On Wednesday September 22, 2021 at approximately 4, CO Campbell #14840 was assigned to 15A 'B' Post on the 0500x1331hour tour was in the process of escorting inmate Reyes Daquan B&C #441-18-04877 from barber shop back to his assigned cell#45. Said inmate refused to step into his assigned cell and began pulling away breaking this writers escort holds.  This writer then gave said inmate a direct order to stop resisting the control hold. Inmate refused to comply. Adw Henry utilized IPC skills to gain compliance resulting in said inmate to be secured in his cell without further incident. Inmate Reyes actions interrupted the instituional programs which caused the services to be delayed and cancel.

EXHIBIT-17

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 441-804 847 | NYSID #: |
|---|---|---|

| Facility: GRVC | Housing Area: 1A | Date of Incident: Jan-1-21 / Jan-25-23 | Date Submitted: 1-24-2 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I DeQuan Reyes Have Been Being Denied the Right to my Infraction Hearing By Officer Cox for About 2 years Strate If you check the Documents & Books This is A Issue.

**Action Requested by Inmate:** Copy's and I want to Notify all Wardens, & Deputy Weardens

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☑ | ☐ |
| Do you need the OCGS staff to write the grievance for you? | ☑ | ☐ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: 1-24-23 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

EXHIBIT-18

Dwayne C. Sampson, Chair
Robert L. Cohen, M.D.
Felipe Franco
Jacqueline Miriam Pitts
Joseph Ramos
Jacqueline Sherman

Amanda Masters
*Executive Director*



**BOARD OF CORRECTION**
**CITY OF NEW YORK**
2 LAFAYETTE STREET, SUITE 1221
NEW YORK, NY 10007
212 669-7900 (Office)

January 17, 2023

Dequan Reyes, 441-18-04847

West Facility
16-06 Hazen Street
East Elmhurst, NY 11370

Dear Dequan Reyes,

The Board of Correction has concluded its review of your appeal of the non-contact (or booth) visit restriction imposed on you on October 9, 2020, for the duration of your current incarceration.

Based on a careful review of the documents provided by you and the Department of Correction (DOC), the Board has decided to grant your appeal.

Sincerely,

*Jasmine Georges-Yilla*

Jasmine Georges-Yilla
General Counsel

Ref: 2023/0000

cc:     DOC
        Kristina Mazzio
        Tamara Fee
        Melissa Guillaume
        Margarite Williams
        Mark Pauley
        Wesley Bauman
        Allie Robertson

**ATTACHMENT - C**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

| **OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES** | Form.: 7102R<br>Eff.: 8/23/19 |
|---|---|
| **DISPOSITION FORM** | Ref.: Dir. 3376R-A |

| Grievance Reference #:<br>624608 | Date Filed:<br>01/31/2023 | Facility:<br>GRVC – 1A |
|---|---|---|

| Inmate Name:<br>Reyes, Daquan | Book and Case#:<br>4411804847*NYSID#* 11638139L | Category:<br>Staff Complaint. |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

On Jan. 27th 2023 I had a booth visit and was not supposed to due to the Board of Corrections appeal for my contact visits. Also Officer Adams verbally assaulted my visitor and they ended my visit as retaliation and invaded my visitors space.

Action Requested by Inmate:

Actions to be reprimanded and I want two copies.

## STEP 1: FORMAL RESOLUTION

Check one box: ■ Grievance    ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS informed Reyes, Daquan that as per DOC Directive 3376R-A.II.5-6 "Staff Complaint" submissions do not fall under the purview of OCGS and that his complaints/concerns have been forwarded to the Warden's Office for investigation/resolution.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date:<br>2/2/23 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>Mr. Parris | Date:<br>01/31/2023 |
|---|---|

**ATTACHMENT - C**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

## DISPOSITION FORM

| Grievance Reference #: | Date Filed: | Facility: |
|---|---|---|
| 624640 | 01/31/2023 | GRVC – 1A |

| Inmate Name: | Book and Case#: | Category: |
|---|---|---|
| Reyes, Daquan | 4411804847 **NYSID# 11638139L** | Staff Complaint. |

From OCGS Inmate Statement Form, print or type short description of grievance:

I was denied my visitation right after my baby brother and my father was sitting waiting to visit me for 8 hours in GRVC on Dec 1st 2022. My visitor named Amyna Sutter also had to wait 6 hours just to visit me on 1-27-23.

Action Requested by Inmate:

Officers to be reprimanded and I want two copies.

## STEP 1: FORMAL RESOLUTION

Check one box: ☒ Grievance      ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS informed Reyes, Daquan that as per DOC Directive 3376R-A.II.5-6 "Staff Complaint" submissions do not fall under the purview of OCGS and that his complaints/concerns have been forwarded to the Warden's Office for investigation/resolution.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☒ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.

| Inmate's Signature: | Date: 2/2/23 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: |
|---|---|
| Mr. Parris | 01/31/2023 |

exhibit-10

*Copy*

ATTACHMENT - C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

| OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES | Form.: 7102R<br>Eff.: 8/23/19 |
|---|---|
| **DISPOSITION FORM** | Ref.: Dir. 3376R-A |

| Grievance Reference # 622715 | Date Filed: 1/25/23 | Facility: GRVC 1A |
|---|---|---|

| Inmate Name: Reyes, DeQuan | Book and Case:4411804847 | Category: Staff Complaint |
|---|---|---|

On the day January 21 @ approx 5pm. I would like for the video footage to be saved showing how there was a bunch of garbage inside my cell because, the wardens, deputy and captains fail to let us clean are cells and housing area!

Action Requested by Inmate: Staff compliant.

## STEP 1: FORMAL RESOLUTION

Check one box: ☐ Grievance     ☑ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process.

The person in custody has been notified his complaint has been forwarded to the Warden's office for review.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date: 1/25/23 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: *Byrne 18245* | Date: 1/25/23 |
|---|---|

EXHIBIT-20

ATTACHMENT -B-1

## CITY OF NEW YORK - DEPARTMENT OF CORRECTION



**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuAN Reyes | Book & Case #: 441-804-847 | NYSID #: |
|---|---|---|

| Facility: GRVC / WF | Housing Area: 2A AND 6 spring | Date of Incident: Dec 1st | Date Submitted: Dec 5th |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I DeQuan Reyes Was Assulted & HARASSed also threatened By DSIU OFFicer McNeal ON This Day! It was about 7:pm When His presents Outside of SPRING 6 in West Facility.

· OFFicer Mc Neal IN the Housing Area 2A Each time
· AND OFFicer MC Neal ON The Bus AND off the Bus Each time at GRVC & At West Facility.

**Action Requested by Inmate:** I Would Like the Footages to Be Held and Would Like Copy's of This Grievance

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?     Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?     Yes ☑   No ☐

Have you filed this grievance with a court or other agency?     Yes ☐   No ☑

Did you require the assistance of an interpreter?     Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: Dec-5-2022 |
|---|---|

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

EXHIBIT-21



| **PATIENT NAME**: DAQUAN REYES | **FACILITY**:  GRVC |
|---|---|
| **NYSID**:        11638139L | **BOOKCASE#**:  4411804847 |

## DEPARTMENT OF CORRECTION

## NOTIFICATION OF PATIENT'S ADA CONSIDERATIONS

### Type of ADA Considerations:

### Disabilities:

### Assistive Device #1: Cane

**Device #1 Start Date:** 03/09/2023  **Device 1 End Date**:04/09/2023

### Assistive Device #2:

**Device #2 Start Date:**   **Device #2 End Date**:

### Assistive Device #3:

**Device #3 Start Date:**   **Device #3 End Date**:

### External Medical Devices:

_____
*Signature*

Ordering Provider: **Frantz Nicolas PA**
Name/Date/Time: **March  9, 2023 1:33 PM**
Printed By: **Nicolas PA, Frantz**

_____  #7682
DOC Signature/Shield Number

### If MO Housing Required:

_____
*Facility Name*                    Print

Dorm: _____        Cell: _____

_____  7/9/23
Date

EEXHIBIT-22

*Please Complete Highlighted* ATTACHMENT -B-1



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQUAN Reyes | Book & Case #: 441-804-847 | NYSID #: |
|---|---|---|

| Facility: | Housing Area: 1A | Date of Incident: Nov-16-22 | Date Submitted: |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Officer Ritter November 16 Stole my
Gucci Slides Out of my Cell I Want my
property BACK and A property Reciept also.

Security officer Ritter, Preston

**Action Requested by Inmate:** Actions agents officer, Also take this to
the Warden also!, I Need my property Returned

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?    Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?    Yes ☑   No ☐

Have you filed this grievance with a court or other agency?    Yes ☐   No ☑

Did you require the assistance of an interpreter?    Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: 2-2-23 |
|---|---|

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # 625995 | Category: Property CROG |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

EXHIBIT-23

# NYC
# HEALTH+
# HOSPITALS

| | |
|---|---|
| **PATIENT NAME**: DAQUAN REYES | **FACILITY**:  GRVC |
| **NYSID**:       11638139L | **BOOKCASE#**:  4411804847 |

## DEPARTMENT OF CORRECTION COPY

## RECEIPT OF NOTIFICATION OF PATIENT NEED FOR SECURITY CONSIDERATIONS

### Type of Restraint Modifications required:

Front cuff only, Allow access to self administered medication, No chemical agents, No stun shield

### Type of Magnetometer Alert:

_____
        *Signature*

Ordering Provider: **Achille Antoine PA**
Name/Date/Time: **February 14, 2023 11:17 AM**
Printed By: **Blackmore PA, Larry**

### If MO Housing Required:

_____
*Facility*                                    Print

Dorm: _____    Cell: _____

_____
DOC Signature/Shield Number

_____
                    Date

EXHIBIT-24

ATTACHMENT - C

# **.ITY OF NEW YORK - DEPARTMENT OF CORRECTION**



| **OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES** | Form.: 7102R<br>Eff.: 8/23/19 |
| **DISPOSITION FORM** | Ref.: Dir. 3376R-A |

| Grievance Reference #:<br>**627330** | Date Filed:<br>**02/08/2023** | Facility:<br>GRVC – 1A |
| --- | --- | --- |

| Inmate Name:<br>Reyes, Daquan | Book and Case#:<br>**4411804847** *NYSID#* **11638139L** | Category:<br>Staff |
| --- | --- | --- |

From OCGS Inmate Statement Form, print or type short description of grievance:

On Jan 20th Officer Rosario from SRT Took Letter from my family and Legal Documents from my cell area. I need them all back. I believe CIB and or SRT has it. It has a folder full of papers with my love ones Names On it and some legal work and a few Birthday Cards also.

Action Requested by Inmate:

I would like the Warden to be notified. CIB to be notified and i would like my belongings giving back to me ASAP.

## **STEP 1: FORMAL RESOLUTION**

Check one box: ☒ Grievance      ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS informed Mr. Reyes, Daquan that as per DOC Directive 3376R-A.II.5-6 "Staff Complaint" submissions do not fall under the purview of OCGS and that his complaints/concerns have been forwarded to the Warden's Office for investigation/resolution.

## **CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE**
### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date: |
| --- | --- |

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>*Mr. Parris* | Date:<br>02/08/2023 |
| --- | --- |

EXHIBIT-25

*Please Complete Highlighted*

ATTACHMENT -B-1

 

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 441-804-847 | NYSID #: |
|---|---|---|

| Facility: G.R.V.C | Housing Area: 1A | Date of incident: 2-12-23 | Date Submitted: 2-12-23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I Was Sprayed ON Camra By Deputy Henry after Asking for Medical ON FEBUARY 12 @ approx 10:05 aM I would Like the video to Be From the Housing area Jintecks and the Floor officers Body camra Footages! (Full)

**Action Requested by Inmate:** I Want the video Footage Saved (Full) and For officer to Be Repromanded and or Suspended! I also Want the Floor officers Body camras Full Footages!

## Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☑ | ☐ |
| Do you need the OCGS staff to write the grievance for you? | ☑ | ☐ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: 2-12-23 |
|---|---|

## FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

EXHIBIT-26

EC - 005 - 83830

EC - 005 - 84270

EC - 005 - 84269

EC - 005 - 84268

*Please Complete Highlighted*  ATTACHMENT -B-1



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 441 804 847 | NYSID #: 116 |
|---|---|---|

| Facility: GRVC | Housing Area: 1A | Date of Incident: 2-13-23 | Date Submitted: 2-13-23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I Need medical attention my Back Has Been Hurting very much Latley I Want to See medical

My right Rist also Is Hurting BADley!

**Action Requested by Inmate:** I Need to See medical!

## Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☑ | No ☐ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 2-13-23 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

EXHIBIT-27

ATTACHMENT -B-1



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** DeQuan Reyes

**Book & Case #:** 4411 804.847

**NYSID #:**

**Facility:** GRVC

**Housing Area:** 1A

**Date of Incident:** Sence Feb - 2023

**Date Submitted:** 3-8-23

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** My toilet has been broken from over 40 Days now It smells very Bad, I also Cat Brush my teeth Because

**Action Requested by Inmate:** COS and OR (ADW) Harris, AND Warden Needs to Be Question about this Issue then Fired

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☑   No ☐

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 3-8-23

#### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT - C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**

## DISPOSITION FORM

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

| Grievance Reference #:<br>**636015** | Date Filed:<br>**03/07/2023** | Facility:<br>**GRVC – 1A** |
|---|---|---|
| Inmate Name:<br>**Reyes, Daquan** | Book and Case#:<br>**4411804847 *NYSID#* 11638139L** | Category:<br>**Staff Complaint.** |

From OCGS Inmate Statement Form, print or type short description of grievance:

On the date of March 1st, 2023, CO Bros went to the KK @ about 8:40pm bring me and inmate's hot dog. I did not ask for, but he then spit on my portion of food! All on the Gentec in the day room.

Action Requested by Inmate:

2 Copy and for Officer to get C.D for such actions.

### STEP 1: FORMAL RESOLUTION

Check one box: ■ Grievance        ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS informed Mr. Reyes, Daquan that as per DOC Directive 3376R-A.II.5-6 "Staff Complaint" submissions do not fall under the purview of OCGS and that his complaints/concerns have been forwarded to the Warden's Office for investigation/resolution.

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
***(Failure to sign forms will forgo your right to appeal the proposed resolution.)***

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date: 3 - 8 - 23 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>*Mr. Parris* | Date:<br>03/07/2023 |
|---|---|

ATTACHMENT -B-1

## CITY OF NEW YORK - DEPARTMENT OF CORRECTION

### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 4411-804-847 | NYSID #: |
|---|---|---|

| Facility: GRVC | Housing Area: 1A | Date of Incident: 2022-2023 | Date Submitted: 2-24-23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OC GS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** Ive Been Getting my televisits Cancled By visit Co ADAMS For Over 5 monthes Now I Need my visits! I Feel HARASSED Ive Even Called 311 !

**Action Requested by Inmate:** I want warden Notifyed and I want Officer ADAMS Actions Investigated when It Comes to my visits ALSO THE BOARD OF CORRECTIONS WILL BE NOTIFYED

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☑   No ☐

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: 2-24-23 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference #: 633775 | Category: Visit (R06) |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT - C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**

## DISPOSITION FORM

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A



| Grievance Reference #: **633847** | Date Filed: **02/28/2023** | Facility: **GRVC – 1A** |
|---|---|---|

| Inmate Name: **Reyes, Daquan** | Book and Case#: **4411804847 *NYSID*# 11638139L** | Category: **Environmental** |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

I need my sink fixed and toilet fixed. I'm in cell 3 also I need bleach because there's ants everywhere! I need to be able to clean my cell at least two times a week we have ants, roaches and mice. Also I need my toilet fixed as soon as possible. Staff has done two work orders on Feb 1st and Feb 17th of 2023.

Action Requested by Inmate:

I need my sink fixed and toilet fixed and cleaning supplies. Please inform Warden and sanitation staff

## STEP 1: FORMAL RESOLUTION

Check one box: ■ Grievance      ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

As per DOC staff, a work order was put in placed on 02/17/2023 for maintenance to repair the PIC toilet and sink. As of 03/01/2023, there is no evidence that maintenance staff visited the PIC cell to repair the sink or toilet. OCGS concludes this matter to be substantiated.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
### *(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: *Ms. Nelson* | Date: 03/01/2023 |
|---|---|

**ATTACHMENT - C**



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

| | |
|---|---|
| | Form.: 7102R<br>Eff.: 8/23/19<br>Ref.: Dir. 3376R-A |

### DISPOSITION FORM

| Grievance Reference #:<br>**633824** | Date filed:<br>**February 16, 2023** | Facility:<br>**GRVC – 1a** |
|---|---|---|

| Inmate Name:<br>**Reyes, Daquan** | Book and Case#:<br>**441-18-04847 NYSID 11368139L** | Category:<br>**Medical Staff** |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

*Sick call doctor comes at a time that is before his tour starts and acting with DOC officials to not let Court Order inmates go to facility clinic area which is affecting ongoing medical and mental health care and treatment.*

Action Requested by Inmate:

*Provide medical in proper manner*

### STEP 1: FORMAL RESOLUTION

Check one box:   Grievance   ■ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

**OCGS informed Mr. Reyes, Daquan that medical staff complaints do not fall under the purview of OCGS and as per NYCH&H Correctional Health Services this matter has been forwarded to Patient Relations for review and handling. In addition, this matter has been forwarded to the GRVC Medical Team.**

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>*Ms. Nelson* | Date:<br>*February 28, 2023* |
|---|---|

*Reyes*
*Copy*

ATTACHMENT - C

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

| **OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES** | Form.: 7102R<br>Eff.: 8/23/19 |
|---|---|
| **DISPOSITION FORM** | Ref.: Dir. 3376R-A |

| Grievance Reference #:<br>624656 | Date Filed:<br>01/31/2023 | Facility:<br>GRVC – 1A |
|---|---|---|

| Inmate Name:<br>Reyes, Daquan | Book and Case#:<br>4411804847 *NYSID#* 11638139L | Category:<br>Medical |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

My right knee is hurting me very much. I also need for my cane expiration date to be updated asap.

Action Requested by Inmate:

Two copies and to notify medical bosses and staff.

## STEP 1: FORMAL RESOLUTION

Check one box: ■ Grievance      ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS informed Mr. Reyes, Daquan that; as per NYCH&H Correctional Health Services this matter has been forwarded to Patient Relations for review and handling. In addition, this matter has been forwarded to the GRVC Medical Team.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date:<br>2-2-23 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature:<br>*Mr. Parris* | Date:<br>01/31/2023 |
|---|---|

311 CALLS...

FEBUARY-12#23 INCEDENT EC-005-80148 , EC-005-80157 WITH DEFFENDENT **ADW HENRY**

------------------------------------------------------------------------

SEPTEMBER1 -1 THREW MARCH 1-2023 VISITATION CALLES ON DEFFENDENT ADAMS
  EC-005-85163, EC-005-85168

EXHIBIT - 28

```
.02/03/2023            New York City Department of Correction       IPTS0100
                         Inmate Property Query Receipt Screen

  Inmate Name: REYES,DAQUAN              BAC: 4411804847         NYSID: 11638139L

    Select a record from the list below - use up/down arrows to navigate

  Receipt #       Receipt     Disp.   Disposition    Bag    Property   Storage Location
                   Date                  Date        Type   Facility   Bin  Shelf  Slot
  ----------    ----------    ---     ----------     ----   --------   ----------------
  160606923     01/04/2023    ACT     01/04/2023      B      WF        006    7      1
  175120718     01/07/2020    RTI     01/14/2020      B      GRVC
  175518218     07/20/2018    ACT     07/20/2018      V      SAM
  175518318     07/20/2018    RPG     11/06/2019      B      GRVC
  181667520     01/30/2020    RPG     01/29/2021      B      GRVC
  A175518318    11/06/2019    RPG     01/14/2020      B      GRVC
  A1772790      03/16/2020    RTI     04/10/2020      B      GRVC
  A181667520    01/29/2021    ACT     01/29/2021      B      GRVC      018    3      1
  A1830893      12/21/2021    RTI     12/20/2022      B      WF
  A183135920    10/14/2020    RTI     11/06/2020      B      GRVC


  <Help>=Help      <Select>=Select Record      <F18>=Receipt History     <F11>=Exit
```

Property Receipts List (1)

EXHIBIT-29

```
02/03/2023          New York City Department of Correction        IPTS0100
                       Inmate Property Query Receipt Screen

Inmate Name: REYES,DAQUAN           BAC: 4411804847        NYSID: 11638139L

    Select a record from the list below - use up/down arrows to navigate

Receipt #      Receipt     Disp.  Disposition   Bag   Property  Storage Location
                Date                 Date        Type  Facility  Bin  Shelf  Slot
----------   -----------   ---   -----------    ---   ------    ----------------
A183135920   10/14/2020    RTI   11/06/2020      B    GRVC
A1831416     01/05/2021    ACT   01/05/2021      B    TRANS
A1831826     05/19/2021    RTI   09/02/2021      B    GRVC
A1831827     05/03/2021    RPG   08/05/2022      B    GRVC
A183182722   08/05/2022    RTI   12/20/2022      B    WF
A183188821   06/25/2021    RTI   11/01/2021      B    GRVC
A184786521   09/27/2021    RTI   12/20/2022      B    WF
B175518318   01/14/2020    RPG   11/09/2020      B    GRVC
C175518318   11/09/2020    RPG   01/29/2021      B    GRVC
D175518318   01/29/2021    RTI   12/20/2022      B    WF


    <Help>=Help     <Select>=Select Record    <F18>=Receipt History    <F11>=Exit
```

Property Receipts List (2)

EXIBIT 30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEQUAN REYES,

                          Plaintiff,                          23-CV-00541 (LTS)

          -against-
                                                     **NOTICE OF DISMISSAL**

CITY OF NEW YORK, ET AL.

                          Defendants.
------------------------------------------------------------X

          PLEASE TAKE NOTICE that Plaintiff DEQUAN REYES, pursuant to Rule 41(a)(1)(i)

of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice.

Dated: _2 - 2 9 - 23_ , New York
          _29_ , 2023

                              DEQUAN REYES
                              Plaintiff

BECAUSE IM   SCARED FOR MY LIFE I AM RESPECTFULY SUBMITTING
THIS  ...

STATEMENT OF FACTS:

On March 2nd 2023 while in the yard that is connected to hosuing unit 1a I witness CO McNiel engage in condcut against Dequan Reyes that was wrongful in nature.

CO Mcneil walked over to the gate of the rec cage that Dequan Reyes was inside of and began telling him that he hated his guts, wanted him dead and was going to do everything in his power now that he is O.S.I.U. to get Dequan Reyes in population where he could have him cut and stabbed by gang members.

I then over heard Dequan Reyes asking CO Mcniel to please stop that he never did anything to him and in response CO Mcneil stated that you sued some of my associates and you areg going to pay for that shit nigger.

It appeared to me that CO Mcneil for whatever reason had a history with Dequan Reyes and was going to use his authority to seek some kind of revenge or retribution for a lawsuit of litigation of some sort.

I am willing to be a witness in this matter. Mt Name is ALEXANDER WILLIAMS JR, B&C# 141-180-1632, NYSID 01897858L.


RESPECTFULLY SUBMITTED

ALEXANDER WILLIAMS JR
G.R.V.C.
09-09 HAZEN STREET
EAST ELMHURST NEW YORK 11370

EXiBiT  31

I Was ON THE visit's IN (GRVC) @ approx
1:00 pm When IN mate Reyes DeQuan
4411-804-847 Visit Was ENDED. I Got
Down to the Visits Before Him About
15 minutes Before him and Our Visits
ENDED at the Same time. I Dont
think that Was fare at all!!
GRVC IS A Fuck up place With
Fucked up, Correctional officers!
This All HAppened oN 2-25-23

Respectfully Submitted on 2-25-23

I

At approximately **1357** I c.o. Paulino #13927 assisted captain Guan #**367** with a level B activation that he called for housing area 1A for Individual Reyes Daquan B&C 4411804847M. Said Individual exited the law library cell 1 to go into his assigned cell #3 to use the rest room. Said captain was standing infront of cell #3 while Individual Reyes was inside his cell getting undressed to us the rest room, said Individual told the captain to step back numerous time, said captain said no and pulled his O.C. out. making Individual Reyes feel harrassed and making this writter alert like a use of force was about to happen.

I Also TOLD SAID captain to Step BACK AWAY from the Cell, 2 Times And Capt Guan Said NO I Have to See!

2/25/2023

Paulino #13927

 

# NEW YORK CITY DEPARTMENT OF CORRECTION

## INVESTIGATION DIVISION

## INMATE VOLUNTARY STATEMENT FORM

Date: 2/27/23     Time Interview Started: 1607

Location of Interview (Facility/Area): GRVC – 1A

Inmate Name: Reyes DeQuan

Inmate Book and Case Number: 4411-804-847

Inmate DOB: _____   Inmate Cell/Bed Assignment: 3 cell

I hereby acknowledge that I made the following statement to the New York City Department of Correction Investigation Division voluntarily and of my own free will without promise or hope of reward and that no one has threatened me in any way to provide this statement.

In accordance with Departmental Directive 5011 (Elimination of Sexual Abuse and Sexual Harassment), you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

I made this statement to Investigator Cordoza , Shield #858 , and Investigator Abrahams , Shield # 1000 .

I DeQuan Reyes would Like to Speak to IG Also About The SRT search and Use of Force I got Into ON 2-23-23 @ approx 07:10 am. And About How Capt Guan sexually Harrasing me Every Day Feb 05, 2023 – 1A – elgenstir approx 12 pm [noon]

Capt. Gwane Followed to cell #3 said Must use bathroom in front of him

" (little ass ) Have penis pulled out spray

CO Paulina – Wack up Capt "

Dep. Stukes → grievance w/ PIC S williams (celli) that Capt. S.H.

– also while in yard "little ass" – uart approater

Inmate Signature: _____   Date: _____   Time: _____
Investigator Witness: _____   Date: 2/27/23   Time: _____
Investigator Witness: A. Adem _____   Date: 2/27/23   Time: _____

Page 1 of 1

EXIBIT 32

on said date herein plantiff states that apon 3-5-23, @ 8:00am
plantiff was scedualed for a(telivist),but instead of calling i
plantiff reyes dequan , diffendent capt LE flure which is a
known diffendent threwout this case called for another inmate
by the name of alexander williams to be on my visit (to attened)
plantiffs visit , once alexander williams got to the visits he
said that he could hear  diffendent adams (visit officer),and
le flure saying yeahhh will take that nigga bitch !! take that
nigga bitch will! showing and or implacating that this such action was
was done purposefully. and after about 2 whole minutes on plantiffs
visit with his girlfriend on the screen you can see,inmate willams
was there telling diffendent bros to come back, and take him
back to his housing area, you can see on the (GentEcs video) He also
was yelling no this is not my visitor, dont do that to my man reyes
...plantiff was then esscorted to his visit late wile diffendent
bro was laughing because he know that the action was done on
perpose, was plantiff got to his visit it was about 8;42 am and
plantiff was only given 30minutes back for his visit, once it
was about 9 am diffendent adams came out of the visit bubble-
station, plantiff asked adams why am i always having issues with
you, and why are yall playing with my visits , diffendent resp-
onded back i dont give a fuck about your visitors!
then walked away, leaving plantiff very upset, plantiff is on
23/1 hour lockdown at this tis time and for this reason it is
effecting him more . see EXIBIT 34   -

AND ON 5-1-2022 CO MORRIS APPROACHED PLANTIFFS CELL DOOR QUIT SWIFTLEY AND

SLAMMED PLANTIFFS ARM IN FOOD SLOT INJURING PLANTIFFS ARM, THEN TELLING HIM TO

NOW CALL 311 , FOR MEDICAL ATTENTION , OR SUE SUE ME PUSSY, WILE WALKING AWAY

FROM PLANTIFFS CELL LAUGHING, ALL WILE PLANTIFF WAS HOUSED IN UNIT 15A AT GRVC

FACILITY... on or about 4-8-22..

DIFFENDENT MORRIS CHANGED PLANTIFFS PIN NUMBER AND GAEIT TO

ANOTHER INMATE , STOPING PLANTIFF FROM BEING ABLE TO CONTACT

HIS FAMILY MEMBERS , THE NUMERS THAT WAS CALLED (AT THIS TIME)

WAS 646-920-4516, and              as YOU WILL SEE THREW YOUR

INVESTIGATION ALSO SEE EXIBIT  34    for more proof of inciedent

all because of plantiffs 311 calls on diffendent and not eating

huis food which should not be forced apon..

and on the same date of on or about 4-8-22 ,diffendent poped

planfiffs wall jack and never called I.T perposly so that

plantiff couldnt call his family and or 311 to motify them

stating averyday nigga you gone= suffer bitch  " after he

(walked away) , leaving plantiff depressed and not able to use the

phone for 3 weeks..

PLANTIFF HEREIN STATES THAT HE NOW SUFFERS FROM ASTHUMA, BECAUSE

OF DEFFENDENTS ACTIONS, NEGLECT ,AND FAILURE TO PROTECT AND SERVE

PLANTIFF WAS HOUSED IN UNIT 15a and everyday diffendent would

say nigga my weight is up , nobody would get medical in this

bitch !on orb about March 15th of 2022 plantiff was complaning

of shortness of breath, to dieffendent morris (ESH FLOOR OFFOCER)

march-2nd-22,3rd 2021 , may 10,2021, may 1st 2021,and on all said

dates on or about plantiff was told by deffendent morris, fuck

you nigga you dont need no medical attention , plantiff was

having these issues because of all the constant fires be set and

hot getting medical attention on such days , plantiff remembers

days were there was no way to breath because of the black smoke

that clouded the housing area and hallways , officer morris would

tell inmates on pepose so that he could spray them with fire

extinguisher, and mase ....

them leaving them to suffer more , not to mention when plantiff
was arrested on 7-19-2018 he never had asthama , and now he
does ,plantiff also informed fiffendent tyneka green (adw),
morris and tiffany morales (dw) of his born difect of a heart
murmer , on 3-31-2022 on or about in 15a but they all ignored
inmates asing for medical ,insteaed thay walked over to the next
inmate , inmate maliek facey, who was assualted by co morrisd-
about 5 days before werew  on gentec footage he slammed inmater
facey on his forhead , leaving inmate to get stiches ove his
eyes from diffendeht morris constantly punching immate in his
face ! and also inmat to suffer from a busted lip, then giving
me plantiff his pin number to use , so that maybe one day plantiff
and inmate facey would end up trying to kill each other. see
exibit___34___ also for report from malik facey nysid#_13635914k____

so on or about november 26 plantiff was housed in unit 2A and
complaned to deffendent captain guan of chest paind , and also
saying that his neck , ass and body was hurting from the nov-16th
issue  with diffendent ritter , and kevin young ,captin guan-
(diffendent) told plantiff that he was not taking, plaffiff to

   the clinic so he can tell (snitch ) on his frindes , leaving
   plantiff in his(cell)(11) to suffer, on november 27th 2022 (ADW)-
   fkemings and diffendent henry walked doing her rounds in
   unit 2A Were ½plantiff informed them as he sat on his floor
   of his cell in pain that he needed medical attention for
   1½ days and they both said that,that was not there problems
   .. now on NOVEMBER(27 th) 2022 plantiff informed þiffendent
   Guan that he really needed medical and captaian guan then
   walked to diffendents cell and seen plantiff had urinated ,
   shitted on himself also ,then and (only) then did diffendent guan

feel that he should even pay plantiff any mind about (plantiffs)
medical complaints , plantiff was taken to medical after
about 4 hours of deffucation, by captain guan(the diffendent)
was takin to medical @about 8:40 pm by diffendent capt guan
were he told pllantiff wile his body cam was on ,that
plantiff was not really in pain and to get over it, implaca-
ting that he did not take plantiff serioude at all... once
plantiff got to medical he ,diffendent capt  guan walked inside

plantiffs cubical where plantiff was awaiting the nurse
diffendent guan st inside the cubical threatening plantiff
to hurry up and not to say anythingb about his staff members
to the doctors or he would spray plantiff and plantiff would
never get medical attention from him again, making plantiff

feel that he should leave without medical, so after 2 more
minutes plantiff left and was esscorted back to his housing

area , and on the date of or about 11-30-22 i asked the floor
officer at the time diffendent brancie #4802 to callmedical

she then said hell no you just got searched your staying in

your cell , i dont cares co sonny and jane doe officer said
that there was no medical staff for 2a do to the CLO

DIFFENDENT BRANCIE SAID THATS RIGHT!, SO FOR ABOUT 2 whole
days plantiff did not get medical treatment and ,  once
he did

the john doe doctor informed plantiff that he was suffering from
a slight asthuma attack,

and so for that reason alonE he was giving (plantiff) a asthama
pump On DEC·1st·@2022.

PLANTIFF was TOLD THAT HE COULD NOT RECIEVE mEDICAL atten-
TiON OR SICK CAll MANY TImES FROM the DATES
OF MARCH 5th 2023 till ON OR ABOUT April 10th 2023,
Because He was RED I.D , CAPTain ESSCORT, and
Because OF THE CLO  All BY DiFFENDENTS Brancie ,
ADW HENRY , DW HARRIS , AND WilLAm mc NEIL ! Leaving
PLantiff To SUFFER !.,CLO See Exibit 8 .

EXIBIT# 33

# NEW YORK CITY DEPARTMENT OF CORRECTION
## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 02/20/2023

**FACILITY: GRVC**

### HOUSING AREA | DINNER

| MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C | | | | |
|---|---|---|---|---|---|---|
| | | Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
| **GEN. POPULATION** 155 | | | | | | |
| Homestyle Burritos | 2 each | | | | | |
| Salsa Sauce | 2 oz | | | | | |
| Carrot & Celery Salad | 4 oz | | | | | |
| Chilled Pears | 4 oz | | | | | |
| Whole Wheat Bread | 2 Slices | 6 | 6 | | | |
| | | | | | | |
| **HALAL** | | | | | | |
| Homestyle Burritos | 2 each | | | | | |
| Salsa Sauce | 2 oz | | | | | |
| Carrot & Celery Salad | 4 oz | | | | | |
| Chilled Pears | 4 oz | | | | | |
| Whole Wheat Bread | 2 Slices | | | | | |

# NEW YORK CITY DEPARTMENT OF CORRECTION

## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 02/21/2023

**HOUSING AREA** GEN. POPULATION

**FACILITY:**

**LUNCH**

| MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|
| Meatloaf | 2 Slices | | 1A | 6 | 6 | |
| Corn | 4 oz | | | | | |
| Steamed Greens | 4 oz | | | | | |
| Mixed Green Salad | 4 oz | | | | | |
| ..le Wheat Bread | 2 Slices | | | | | |

# NEW YORK CITY DEPARTMENT OF CORRECTION

## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 02/22/2023

| HOUSING AREA | | LUNCH | | FACILITY: G.P. | | | |
|---|---|---|---|---|---|---|---|

| MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C | Number of Pans/Servings per Pan | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|
| **GEN. POPULATION** | | | | | | |
| Jamaican Vegetable Patty | 2 each | | | | | |
| Sliced Cucumbers | 4 oz | 14 | 6 | 6 | | |
| Crushed Pineapple | 4 oz | | | | | |
| Whole Wheat Bread | 2 slices | | | | | |
| **HALAL** | | | | | | |
| Jamaican Vegetable Patty | 2 each | | | | | |
| Sliced Cucumbers | 4 oz | | | | | |
| Crushed Pineapple | 4 oz | | | | | |
| Whole Wheat Bread | 2 slices | | | | | |

# NEW YORK CITY DEPARTMENT OF CORRECTION

## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 02/19/2023

**FACILITY: GRVC**

| HOUSING AREA | SERVING PORTION SIZE | DINNER TODAY'S T/C Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|
| **GEN. POPULATION** | | | | | | |
| **MENU ITEM** | | | | | | |
| Egg Salad | 6 oz | | | | | |
| Potato Salad | 6 oz | | | | | |
| Pickled Beets | 4 oz | | | | | |
| Mixed Green Salad | 4 oz | | | | | |
| Fresh Fruit | 1 each | | | | | |
| Whole Wheat Bread | 2 Slices | | | | | |
| **HALAL** | | | | | | |
| Egg Salad | 6 oz | | | | | |
| Potato Salad | 6 oz | | | | | |
| Pickled Beets | 4 oz | | | | | |
| Mixed Green Salad | 4 oz | | | | | |
| Fresh Fruit | 1 each | | | | | |

# NEW YORK CITY DEPARTMENT OF CORRECTION

## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 02/25/2023

**LUNCH**

**FACILITY:** G.P.

| HOUSING AREA | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MENU ITEM** | **SERVING PORTION SIZE** | **TODAY'S T/C** Number of Pans/Servings per Pan | | G.P. | HALAL | KOSHER | DIET |
| **GEN. POPULATION** | | | | | | | |
| Hamburgers | 2 each | | | | | | |
| Catsup | 1 oz | | | | | | |
| Vegetarian Baked Beans | 6 oz | | | | | | |
| Mixed Green Salad | 4 oz | | | | | | |
| Fresh Fruit | 1 each | | | | | | |
| Whole Wheat Bread | 2 Slices | | | | | | |
| **HALAL** | | | | | | | |
| H.L Hamburgers | 2 each | | | | | | |
| Catsup | 1 oz | | | | | | |
| Vegetarian Baked Beans | 6 oz | | | | | | |
| Mixed Green Salad | 4 oz | | | | | | |
| Fresh Fruit | 1 each | | | | | | |
| Whole Wheat Bread | 2 Slices | | | | | | |

EXibit 34

houysing area... this tyime plantiff got into a argument with
the second inmate ,and plantiff was stabbed 5 times and jumped
(assulted) by maultiple immates on the date of 1-31-21 in 1 west
o.b.c.c  seen all on camra ,sprayed exsesively planiff was...
plantiff was then taken to the shower area decantaminated, put
in seg intake for over 5 hours then , taken right back to the
same housing area ,because diffendent(dunbar sharma) order officer
to do so , puting me back in harms way for the now 3rd time !
plantiff was put back into this freezing cold cell were it was about
40 degrees inside it and plantiff had his blankets, taken by the
jhon/and/jane doe officers of e.s.u leaving plantiff freezing cold
in his cell for about 2 days when diffendent dunbar wakled inside
housing(area1 west) then stating out loud anyone who cuts, or
stabbs any inmates in my house want be getting any sick call, or
recreation including you buldock ) which is another inmates name
in thhe that housing area that she set up to gett cut, but of her
self dislike for inmate nysid# 13146857H  .who can aslo be
a great witness to this day and a diffendent shermas Bad conduct
plantiff was also asking for sick call and mental health needs
thatb plantiff asked for and she restricted referencing case...
INEST V HOGAN,2013 , on reportand recommendation section were it speaks
on how diffendent dunbar emploied by diffendehtcitys, failure to treat
mental illnes wile inmate had been housed in a M.H.A.U FOR INFRACTED
INMATES... ONCE PLANTIFF WAS LOCKED OUT OF HIS CELL KNOWING THAT HE WAS
IN DANGER HE THAN PUT HIS HANDS UP IN DEFFENCE, WERE WAS THE ATTACK BY
OVER 8 toi 6 inmates , then suffering a busted lip and a 4 inch
light laserated left sholder , that he noticed as the officers
closed the cell back

plantiff felt bad for the captain because she was also hurt
from trying to stop the inmates , plantiff felt like
browder ) at this point a inmate who was also always
assulted by officers and other inmated , who went hoöme
and killed himself... from there incedent was terminated
with plantiff being pushed back into his cell, from there
he was told by john doe staff member that dunbar said not
to say anything to medical staff, so he didnt get medical
care at all, the floor cappain still wrote out a medicail
document but was told to throwi it away by diffendent (du-
nbar sherma) jane doe from 1 west informed plantiff that
she would have loved for plantiff to get medical care,but
she also didnt want to go agnts her warden who dosnt even
like woman captains , she also inher own word let plantiff ⩔
know were the medical sheet was so he could find it so
he could call 311 about it ,then captin (jane doe) also
let plantiff know that diffendeñt dunbar wanted thid ince-
dent hiden  (swept under the rug) also as reference..in case
williams    city of ngw york2022 (20-cv-8622) in A, FACTUAL
BACKGROUNG SECTION PARAGRAGH 2 plantiff of that casee speaks
on diffendent sherma dunbar have a seirous dislike for woman
captains ....

On or about the Date of Mar- -23, Defendent McNeil steped to Plantiff And said yo aint you the same Nigger who always Call 311 for sick Call medical, visiTs Being violated and Exetara ... Nigger you will Never get medical attention.

In this Housing area pussy you Lucky you Not Home to killed By them Crips you killed, or In G.p To Get stabbed up By the Crips... reffering to plantiffs state Case in (Queens NY).

Diffendent then went on To say yo And you swolled The Scalple my man Ritter Gave you and almost Died! Stupid Nigger! So If I say Jump off a Building you gone Do it Dumm ass, Then plantiff Told officer To shut up!

So Diffendent walked away Saying thats why Ima have The Search at your Housing area tommarrow ... Which the Search Did come to Harrasse plantiff on 3- -23 As A Way of Retaliation!

diffendent latter bosting about such action saying , nigga im the mayor of G.R.V.C you aint know!!! plantiff said to DIFFENDENT MC NEIL , WELL IF YOUR THE MAYOR THEN GET MY TOLET FIXED AND MY SINK WATER DOSNT RUN ! how ima brush my teeth ? diffendeny harris then said use your hand nigger and the shower water once a week , plantiff then asked floor officer to right another work order fr his sink and toielet , because the smell was getting so bad that when john/jane doe did there SECURITY INSPECTIONS THAT THEY EVEN COMPLANED ABOUT IT ... SEE EXIBIT 35____ you will see 2 of the security inspection sheets that was done around this time , adwh henry ,william mc meil,adw harris all diffendents) herein forced inmate (plantiff ) to live in these conditions!! because he was a constant 311 caller and because he was sueing the diffendents , NONE ONLY BECAUSE HE ASKED SUCH DIFFENDENTS OVER 14 times and even grieved and 311 the issue ,but these 3 diffendents named herein ,and the only thing they would say is hell no DROP YOUR LAWSUOT AND WE WILL SEE WHAT WE CAN DO ! from febuary 1 on or about 2023 to about april 1st 2023!

Exibit 33

# FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 11/24/2021

**LUNCH**

**FACILITY:**

**HOUSING AREA**

| MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|
| **GEN. POPULATION** | | | | | | |
| Beef Patty | 2 each | | | | | |
| Steamed Cabbage | 4 oz | | | | | |
| Cucumber Salad | 4 oz | | | | | |
| Whole Wheat Bread | 2 slices | 8 | 8 | | | |
| **HALAL** | | | | | | |
| HL Beef Patty | 2 each | 6 | 8 | | | |
| Steamed Cabbage | 4 oz | | | | | |
| Cucumber Salad | 4 oz | | | | | |
| Whole Wheat Bread | 2 slices | | | | | |
| **KOSHER** | | | | | | |
| K Meatballs | 4 oz | | | | | |
| K Tomato Sauce | 2 oz | | | | | |
| K Spaghetti | 4 oz | | | | | |
| K Broccoli | 4 oz | | | | | |
| K Carrot Sticks | 1 pk | | | | | |
| K Matzohs | 3 each | | | | | |

| THERAPEUTIC DIETS | Carbohydrate Controlled | Modified Consistency | Renal | Full Liquid | Pureed |
|---|---|---|---|---|---|
| Beef Patty | 1 each | 2 each | 1 each | Hot Cereal | Puree Meat |
| Steamed Cabbage | 4 oz | 8 oz | 4 oz | Pudding | Puree Starch |
| Cucumber Salad | 4 oz | | 4 oz | Milk | Puree Vegetable |
| Whole Wheat Bread | 1 slice | 2 slices | 2 slices | Apple Sauce | Milk |
| | | | | Fruit Drink | Fruit Drink |
| | | | | Supplement | Margarine |
| | | | | Tea | Tea |
| | | | | Sugar | |

**Meal Components and quantity Verifications**

**Food Service Assigned Staff**

**Signature**

# NEW YORK CITY DEPARTMENT OF CORRECTION

## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 11/25/2020

**LUNCH**

**FACILITY:**

**HOUSING AREA** 2A

| MENU ITEM | SERVING PORTION SIZE | Number of Pans/Servings per Pan | TODAY'S T/C | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|---|
| **GEN. POPULATION** | | | | | | | |
| Jamaican Beef Patty | 2 ea | | | | | | |
| Steamed Cabbage | 4 oz | | 6 | 6 | | | |
| Carrot & Celery Salad | 4 oz | | | | | | |
| Whole Wheat Bread | 2 slices | | | | | | |
| **HALAL** | | | | | | | |
| HL Jamaican Beef Patty | 2 ea | | | | | | |
| Steamed Cabbage | 4 oz | | | | | | |
| Carrot & Celery Salad | 4 oz | | | | | | |
| Whole Wheat Bread | 2 slices | | | | | | |
| **KOSHER** | | | | | | | |
| K Fillet of Flounder | 4 oz | | | | | | |
| K Tomato Sauce | 2 oz | | | | | | |
| K Mashed Potatoes | 4 oz | | | | | | |
| K Garden Vegetables | 4 oz | | | | | | |
| K Carrot Sticks | 1 pk | | | | | | |
| K Matzohs | 3 each | | | | | | |

| **THERAPEUTIC DIETS** | Carbohydrate Controlled | Modified Consistency | Renal | Full Liquid | Pureed |
|---|---|---|---|---|---|
| Jamaican Beef Patty | 1 ea | 2 ea | 1 ea | Hot Cereal | Puree Meat |
| Steamed Cabbage | 4 oz | 8 oz | 4 oz | Pudding | Puree Starch |
| Carrot & Celery Salad | 4 oz | | 4 oz | Milk | Puree Vegetable |
| Whole Wheat Bread | 1 slice | 2 slices | 2 slices | Apple Sauce | Milk |
| | | | | Fruit Drink | Fruit Drink |
| | | | | Supplement | Margarine |
| | | | | Tea | Tea |
| | | | | Sugar | |

Meal Components and quantity Verifications

**Food Service Assigned/Staff**
Signature Smoey Mcdwald Gibungs



**NEW YORK CITY DEPARTMENT OF CORRECTION**
*FOOD SERVICE PORTION CONTROL SHEET*

**DATE:** 6/13/2022  **FACILITY:** GRVC  **DINNER**

| HOUSING AREA | MENU ITEM | SERVING PORTION SIZE | Number of Pans/Servings per Pan — TODAY'S T/C | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|---|
| | **GEN. POPULATION** | | | | | | |
| | Pizza Pockets | 2 | 4 | 4 | — | — | |
| | Steamed Carrots | 4 oz | | | | | |
| | Fresh Fruit | 1 each | | | | | |
| | Whole Wheat Bread | 2 Slices | | | | | |
| | **HALAL** | | | | | | |
| | Pizza Pockets | 2 each | | | | | |
| | Steamed Carrots | 4 oz | | | | | |
| | Fresh Fruit | 1 each | | | | | |
| | Whole Wheat Bread | 2 Slices | | | | | |
| | **KOSHER** | | | | | | |
| | K Cheese Lasagna | 8 oz | | | | | |
| | K Tomato Sauce | 2 oz | | | | | |
| | K Peas & Mushrooms | 4 oz | | | | | |
| | K Matzohs | 3 each | | | | | |
| | Fresh Fruit | 1 each | | | | | |

| **THERAPEUTIC DIETS** | Carbohydrate Controlled | Modified Consistency | Renal | Full Liquid | Pureed |
|---|---|---|---|---|---|
| Pizza Pockets | 2 each | 2 each | 1 each | Apple Sauce | Puree Fruit |
| Steamed Carrots | 4 oz | 4 oz | | Hot Cereal | Hot Cereal |
| Fresh Fruit | 1 each | 1 each (No Apple) | 1 each | Pudding | Milk |
| Whole Wheat Bread | 2 Slices | 4 oz | 4 oz | Milk | Margarine |
| | | | | Coffee or Tea | Coffee or Tea |
| | | | | Supplement | Sugar |

*Meal Components and quantity Verifications* — Bottom (signature)

**Food Service Assigned Staff**

Signature Sr cook COLEMAN

# NEW YORK CITY DEPARTMENT OF CORRECTION
## FOOD SERVICE PORTION CONTROL SHEET



**DATE:** 11/25/2020    **DINNER**    **FACILITY:** GRVC

| HOUSING AREA | MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C — Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|---|
| | **GEN. POPULATION** | | | | | | |
| | Turkey Stew | 6 oz | | | | | |
| | Brown Rice | 4 | | | | | |
| | Steamed Greens | | | | | | |
| | Whole Wheat Bread | 2 slices | | | | | |
| | Fresh Fruit | 1 each | | | | | |
| | **HALAL** | | | | | | |
| | Turkey Stew | 6 oz | | | | | |
| | Brown Rice | 4 oz | | | | | |
| | Steamed Greens | 4 oz | | | | | |
| | Whole Wheat Bread | 2 slices | | | | | |
| | Fresh Fruit | 1 each | | | | | |
| | **KOSHER** | | | | | | |
| | Roast Turkey | 4 oz | | | | | |
| | Gravy | 2 oz | | | | | |
| | Candied Sweet Potato | 4 oz | | | | | |
| | Broccoli | 4 oz | | | | | |
| | Matzohs | 3 each | | | | | |
| | Fresh Fruit | 1 each | | | | | |

| **THERAPEUTIC DIETS** | Carbohydrate Controlled | Modified Consistency | Renal | Full Liquid | Pureed |
|---|---|---|---|---|---|
| Turkey Stew | 3 oz | 6 oz | 3 oz | Hot Cereal | Puree Meat |
| Brown Rice | 4 oz | 4 oz | 4 oz | Pudding | Puree Starch |
| Steamed Greens | 4 oz | 4 oz | | Milk | Puree Vegetable |
| Beans | | | 4 oz | Fruit Drink | Puree Fruit |
| Whole Wheat Bread | 1 slice | 2 slices | 2 slices | Supplement | Apple Sauce |
| Fresh Fruit | 1 each | 1 each (no apple) | 1 each | Margarine | Milk |
| | | | | Tea | Fruit Drink |
| | | | | Sugar | |

Meal Components and quantity Verifications

Service Assigned Staff

Signature

# NEW YORK CITY DEPARTMENT OF CORRECTION
## FOOD SERVICE PORTION CONTROL SHEET

**ATE:** 11/24/2020   **LUNCH**   **FACILITY:** G.R.V.C.

**TODAY'S T/C**

| HOUSING AREA | MENU ITEM | SERVING / PORTION SIZE | Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIET |
|---|---|---|---|---|---|---|---|
| | **GEN. POPULATION** | | | 6 6 | | | |
| | r-Roni | 14 oz | | | | | |
| | ed Carrots | 4 oz | | | | | |
| | Wheat Bread | 2 slices | | | | | |
| | Peaches | 4 oz | | | | | |
| | **HALAL** | | | | | | |
| | key-Roni | 14 oz | | | | | |
| | ed Carrots | 4 oz | | | | | |
| | Wheat Bread | 2 slices | | | | | |
| | Peaches | 4 oz | | | | | |
| | **KOSHER** | | | | | | |
| | t Chicken | 4 oz | | | | | |
| | o Pudding | 2 oz | | | | | |
| | d Carrots | 4 oz | | | | | |
| | ohs | 3 each | | | | | |
| | Fruit | 1 each | | | | | |

**THERAPEUTIC DIETS**

| | Carbohydrate Controlled | Modified Consistency | Renal | Full Liquid | Pureed |
|---|---|---|---|---|---|
| Roni | 8 oz | 14 oz | | | |
| red Ground Turkey | | | | Hot Cereal | Puree Meat |
| | | | 3 oz | Pudding | Puree Starch |
| ni | | | 1 oz | Milk | Puree Vegetable |
| d Carrots | 4 oz | 8 oz | 4 oz | Apple Sauce | Milk |
| Wheat Bread | 1 slice | 2 slices | 4 oz | Fruit Drink | Fruit Drink |
| Peaches | 4 oz | 4 oz | 2 slices | Supplement | Margarine |
| | | | 4 oz | Tea | Tea |
| | | | | Sugar | |

**Meal Components and quantity Verifications**

rvice Assigned Staff

# Inmate name
# KARELEFS, MATTHEW
# 141-19-03366
# GRVC: Housing area
# 2A

# GLATT KOSHER
☐ LUNCH  ☑ DINNER

Check Appropriate box

Sign: _____ #9496

Date: 5 / 25 / 21

# Note: Not required to sign on
# Sabbath (Saturday)

*[Area officer or Captain may sign on behalf of the inmate on day of Sabbath].*

This form must accompany each meal.



# NEW YORK CITY DEPARTMENT OF CORRECTION
## FOOD SERVICE PORTION CONTROL SHEET

DATE: 02/8/2023

DINNER

FACILITY: GRVC

| HOUSING AREA / MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|
| **GEN. POPULATION** | | | | | | |
| Pepper Steak | 8 oz | | | | | |
| Yellow Rice | 10 oz | | | | | |
| Green Beans | 4 oz | 6 | 6 | | | |
| Fresh Fruit | 1 each | | 6 | | | |
| Whole Wheat Bread | 2 slices | | | | | |
| **HALAL** | | | | | | |
| HL Pepper Steak | 8 oz | | | | | |
| Yellow Rice | 10 oz | | | | | |
| Green Beans | 4 oz | | | | | |
| Fresh Fruit | 1 each | | | | | |
| Whole Wheat Bread | 2 slices | | | | | |
| **KOSHER** | | | | | | |
| K Roast Turkey | 4 oz | | | | | |
| K Gravy | 2 oz | | | | | |
| K Candied Sweet Potatoes | 4 oz | | | | | |
| K Broccoli | 4 oz | | | | | |
| K Matzohs | 3 each | 8 | 7 | 1 | | |
| Fresh Fruit | 1 each | | | | | |

(handwritten: 14, 2A)

| THERAPEUTIC DIETS | Carbohydrate Controlled | Modified Consistency | Renal | Full Liquid | Pureed |
|---|---|---|---|---|---|
| Pepper Steak | 8 oz | 6 oz | 3 oz | Apple Sauce | Puree Fruit |
| Yellow Rice | 4 oz | 10 oz | 4 oz | Hot Cereal | Hot Cereal |
| Green Beans | 4 oz | 8 oz | 4 oz | Pudding | Milk |
| Fresh Fruit | 1 each | 1 each (No Apple) | 1 each | Milk | Margarine |
| Whole Wheat Bread | 1 slices | 2 slices | 2 slices | Coffee or Tea | Coffee or Tea |
| | | | | Supplement | Sugar |

Meal Components and quantity Verifications

Food Service Assigned Staff

Signature MCLEGGAN/AGEDA

**NEW YORK CITY DEPARTMENT OF CORRECTION**

**FOOD SERVICE PORTION CONTROL SHEET**

DATE: 12/23/2021

**DINNER**

FACILITY: GRVC

HOUSING AREA

| MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIET |
|---|---|---|---|---|---|---|
| **GEN. POPULATION** | | | | | | |
| Baked Chicken Leg | 1 each | | | | | |
| Gravy | 2 oz | | | | | |
| Bread Stuffing | 10 | | 1 | 0 | 0 | ⌀ |
| Steamed Carrots | 4 oz | | | | | |
| Chilled Pears | 4 oz | | | | | |
| Whole Wheat Bread | 2 slices | | | | | |
| **HALAL** | | | | | | |
| HL Baked Chicken Leg | 1 each | | | | | |
| Gravy | 2 oz | | | | | |
| Bread Stuffing | 10 oz | | | | | |
| Steamed Carrots | 4 oz | | | | | |
| Chilled Pears | 4 oz | | | | | |
| Whole Wheat Bread | 2 slices | | | | | |
| **KOSHER** | | | | | | |
| K Chicken Cacciatore | 4 oz | | | | | |
| K Sauce | 2 oz | | | | | |
| K Elbow Macaroni | 4 oz | | | | | |
| K Green Peas | 4 oz | | | | | |
| K Matzohs | 3 each | | | | | |
| Fresh Fruit | 1 each | | | | | |

| THERAPEUTIC DIETS | Carbohydrate Controlled | Modified Consistency | Renal | Full Liquid | Pureed |
|---|---|---|---|---|---|
| Baked Chicken Leg | 1 each | 1 each | 1 each | Hot Cereal | Puree Meat |
| Gravy | 2 oz | 2 oz | 1 oz | Pudding | Puree Starch |
| Bread Stuffing | 10 oz | 10 oz | 4 oz | Milk | Puree Vegetable |
| Steamed Carrots | 4 oz | 4 oz | | Apple Sauce | Milk |
| Chilled Pears | 4 oz | | 4 oz | Fruit Drink | Fruit Drink |
| Whole Wheat Bread | 1 slice | 2 slices | 2 slices | Supplement | Margarine |
| | | | | Tea | Tea |

Meal Components and quantity Verifications

Food Service Assigned Staff

Signature

STATEMENT OF FACTS:

On March 2nd 2023 while in the yard that is connected to hosuing unit 1a I witness CO McNiel engage in condcut against Dequan Reyes that was wrongful in nature.

CO Mcneil walked over to the gate of the rec cage that Dequan Reyes was inside of and began telling him that he hated his guts, wanted him dead and was going to do everything in his power now that he is O.S.I.U. to get Dequan Reyes in population where he could have him cut and stabbed by gang members.

I then over heard Dequan Reyes asking CO Mcniel to please stop that he never did anything to him and in response CO Mcneil stated that you sued some of my associates and you areg going to pay for that shit nigger.

It appeared to me that CO Mcneil for whatever reason had a history with Dequan Reyes and was going to use his authority to seek some kind of revenge or retribution for a lawsuit of litigation of some sort.

I am willing to be a witness in this matter. Mt Name is ALEXANDER WILLIAMS JR, B&C# 141-180-1632, NYSID 01897858L.


RESPECTFULLY SUBMITTED

ALEXANDER WILLIAMS JR
G.R.V.C.
09-09 HAZEN STREET
EAST ELMHURST NEW YORK 11370

# NEW YORK CITY DEPARTMENT OF CORRECTION

## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 02/15/2023

**LUNCH**

**FACILITY:**

### HOUSING AREA

| MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C — Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|
| **GEN. POPULATION** | | | | | | |
| Jamaican Beef Patty | 2 each | | | | | |
| Steamed Cabbage | 4 oz | 6 | 6 | | | |
| Carrot & Celery Salad | 4 oz | | 6 | | | |
| Whole Wheat Bread | 2 Slices | | | | | |
| **HALAL** | | | | | | |
| HL Jamaican Beef Patty | 2 each | | | | | |
| Steamed Cabbage | 4 oz | | | | | |
| Carrot & Celery Salad | 4 oz | | | | | |
| Whole Wheat Bread | 2 Slices | | | | | |
| **KOSHER** | | | | | | |
| K Meatballs | 4 oz | | | | | |
| K Tomato Sauce | 2 oz | | | | | |
| K Spaghetti | 4 oz | | | | | |
| K Broccoli | 4 oz | 8 | 7 | 1 | | |
| K Carrot Sticks | 1 pk | | | | | |
| K Matzohs | 3 each | | | | | |

### THERAPEUTIC DIETS

| | Carbohydrate Controlled | Modified Consistency | Renal | Full Liquid | Pureed |
|---|---|---|---|---|---|
| Jamaican Beef Patty | 1 each | 2 each | 1 each | Hot Cereal | Puree Meat |
| Steamed Cabbage | 4 oz | 8 oz | 4 oz | Pudding | Puree Starch |
| Carrot & Celery Salad | 4 oz | | 4 oz | Milk | Puree Vegetable |
| Whole Wheat Bread | 1 Slice | 2 Slices | 2 Slices | Apple Sauce | Milk |
| | | | | Fruit Drink | Fruit Drink |
| | | | | Supplement | Margarine |
| | | | | Tea | Tea |
| | | | | Sugar | |

**Meal Components and quantity Verifications**

Food Service Assigned Staff

Signature

Exibit 34

( TO)WHOM EVER THIS MAY CONCERN ABOUT THIS ISSUE HEREIN
I AM THE PERSON AND WOMAN THAT INMATE WAS CALLING
ON INMATE AND PLANTIFF REYES DEQUANS PIN NUMBER ON
OR ABOUT ( 4-6-2022)...from rikers iland i thought
that these actions by these officers were so stupid
and unfare.

respectfully SUBMITTED _____

amiyna sutter ...

STATEMENT OF FACT:

My name is ALEXANDER WILLIAMS , B&C# 141-180-1632 and I am making this statment on my own free will.

On Febraury 28, 2023 security OFC Ritter and K. Young was in my housing unit for reason unknown to me.

During this time period which was on the 3-11 tour OFC Ritter and K. Young yeild up to my cell and told me that even though I didnt have visitation that they was working on something special for me because "FUCK BOI" Reyes didnt want to drop a lawsuit.

On the morning of March 6, 2023 at approxamately 8:15am I was ushered to GRVC visitation room and placed in a both and heard a female how I later discovered to be Capt Le-Fluer tell me to enjoy the visitor in the computer screen, take that nigga Bitch!...

Upon sitting down I discovered that the person on the screen was not for me but had resgistered to see Dequan Reyes who was housed in the smae housing unit with me.

I immedately yeild for the captin that escorted me to the visiting room and informed him that the visit was not for me.

As I was being escorted back to the housing unit and awaiting clearence to walk out of the visitation area gate Capt Le-Fluer came out and stated to me that I must be a good nigger because it was set up for me to speak to Reyes girl by secuirty of the facility.

I responded by informing Capt Le-Fluer that i do not play with people family and then exited to go back to my housing unit.

I myself have been a victim of GRVC secuirty team retalaiting against me and did not want to be used in retaliating against another inmate.

alexander williams jr.



eXIBIT 35




## SECURITY INSPECTION SHEET

AREA INSPECTED _____ 1A _____

DATE 3/6/23

TIME BEGAN          TIME COMPLETED

1ST TOUR _0800_          _0815_

2ND TOUR _____          _____

| AREA INSPECTED | CONDITION SATISFACTORY | UNSATISFACTORY | CONTRABAND RECOVERED AREA | WORKORDER SUBMITTED |
|---|---|---|---|---|
| KEYS/LOCKS | Y | N | N | N |
| BARS/GATES | Y | N | N | N |
| SHOWER ROOMS | Y | N | N | N |
| WINDOWS/SCREENS | Y | N | N | N |
| WALLS | Y | N | N | N |
| DAYROOMS | Y | N | N | N |
| UTILITY CLOSET | Y | N | N | N |
| VENTS | Y | N | N | Y  3 cell |
| SLOP SINK | Y | N | N | N |
| CELL WALLS WINDOWS/SCREENS | Y | N | N | N |
| LIGHTING | Y | N | N | N |
| CEILING | Y | N | N | N |
| OTHER (SPECIFY) | | Y | Smell IN Housing area | |
| TOILETS | Y | Y | N | Y  3 cell |
| CHAIRS/TABLES PLUMBING BEDS | N | N | N | N |

REMARKS:_____

_____

_____

### (USE BACK IF ADDITIONAL SPACE IS NEEDED)

I have examined all areas and items indicated above and I have found them to be secure and in proper order except as noted above.

_Kwuun Glynn_  # 12006          _____

"A" OFFICER SIGNATURE & SHIELD #          "B" OFFICER SIGNATURE & SHIELD #

_____

"C" OFFICERS SIGNATURE & SHIELD#

*NOTE: WORK ORDERS WILL BE SUBMITTED ON ALL AREAS FOUND TO BE DEFECTIVE

REVIEWED BY _____          DATE _____

CAPTAIN

_____          DATE _____

SECURITY TESTING OFFICER/SHIELD #

NEW YORK CITY DEPARTMENT OF CORRECTION
# GEORGE R. VIERNO CENTER

## TOUR FIRE & SAFETY INSPECTION OF HOUSING AREA

**AREA INSPECTED:** 1A **DATE:** 3/6/23 **TOUR:** 0500 X 1331

**TIME INITIATED:** 0800 Hours **TIME COMPLETED:** 0815 Hours

### FIRE EXTINGISHERS

| TYPE (H2O / CO2) | COUNT (#) | LOCATION | CONDITION |
|---|---|---|---|
| H2O | 1 | 1 Control | appears fully charged |
| | | | |
| | | | |

### FIRE EQUIPMENT CABINET

1. IS CABINET PROPERLY SECURED? (Y) N)
2. IS HOSE PROPERLY STOWED & IN SERVICEABLE CONDITION? (Y) N)
3. IS NOZZLE IN PLACE? (Y) N)
4. IS WRENCH IN PLACE? (Y) N)

### FIRE EXIT DOORS

1. ARE ALL EXIT DOORS CLEAR AND UNOBSTRUCTED? (Y) N)
2. DID A VISUAL CHECK OF THE LOCKING MECHANISMS SHOW THEM TO BE FREE OF DEBRIS? (Y / N)
3. ARE THE FIRE EXIT SIGNS CLEARLY LEGIBLE AND UNOBSTRUCTED? (Y / N)
4. ARE THE ILLUMINATED FIRE EXIT SIGNS LIT? (Y / N)

### FIRE DETECTION SYSTEM

UPON VISUAL INSPECTION, ARE ALL THE SMOKE DETECTION SENSORS INTACT AND FREE FROM DUST OR OTHER DEBRIS? (Y / N)

- SERVICEABLE – *YES OR NO* – IF NO – WORK ORDER TO BE SUBMITTED BY REPORTING OFFICER AND VERIFIED BY CAPTAIN.
- *IF NO* – RECTIFY OR NOTIFY AREA CAPTAIN IMMEDIATELY AND SUBMIT WORK ORDER

I HAVE EXAMINED ALL THE ABOVE ITEMS AND HAVE FOUND THEM TO BE IN THE CONDITION NOTED:

AREA OFFICER'S SIGNATURE:

PRINT NAME / RANK / SHIELD #:

AREA CAPTAIN'S SIGNATURE:

PRINT NAME / RANK / SHIELD #:

Remarks/Comments/Notes:

WEST FACILITY

On Dec 2, 2022 the plaintiff was transfered from GRVC facility to the WEST FACILITY jail on Rikers Island.

While at the West Facility jail the plaintif was unable to recive medical attention and sick-call in an adqaute manner.

Many of the officers at West Facility fail to wear their sheild and tag with theri name on it leavingthe plaintiff unable to name each correction of officer that he prequested sick call and medical attention from. The plaintiff dont remember the name of Defendnat CO FARRINAS who has 18 years on job that he requested medical from and was told that due to his violent ways and pass history that he "OFFICER FARRINAS" was not doing anything to assist the plaintiff with reciving medical care.

As a result of this conduct that was taking place in the West Facility Sprung six the plaintiff lodged two grievancesxkak that can bea seen therin as EXHIBIT- *12* & EXHIBIT - *13* .

The plaintiff while at west  facility was denied the right to file grievances by various SRT officers and Capatins and as an whole sprung six at the west facility was not in accordance with defendnatss CITY by way of DOC polcies pursuant to Greivance Directive 3376R-A. These can be further explained below.

(a)     Sprung six did not have a greivance box where the plaintiff could drop his greiavnce inside of as stated in directive 3376R-A.

(b)     SRT and ESU took control of sprung six while plaintff was there and stop all civialian and west facility correctional staff fom entering housing unit whiGH included greivance oficer CO KELLY, (sprung six housing unit logbook will support this )

As soon as the plaintiff was transfered ~~~~~~~ back to GRVC on JAN 16, 2023 he filed a greiavnce memorlizing that fact that he was denied the right to file a grievance whoile at the West Facility Jail, see EXHIBIT- *14* herein.

Another form of support that the plaintiff FIRST AMENDMENT RIGHT to peition and file complaints were violated by the defendants named herein this complaint if that numeorus other inmates filed a federal complaint with this court stating the exact same violation within their complaint the (names) of these inmates that the plaintiff knows is as followed below:

- ALEXANDER WILLIAMS JR B&C # 1411801632
- KWAINE THOMPSON  B&C # 3491901450
- RICKY TORRES B&C #'S UNKNOWN(AT THE TIME OF FILING THIS COMPLAINT.)

Plaintiff did get the opportunity to contact 311 on or about Jan 13, 14, 15, 16, 17, & 18, (20) in regaards to these issues and was given the following complaint numbers  to ensure that Exhusation is completed:

EC-0056X7357  (EC-00567357)
EC-00567235
EC-00567387


While at the west facility the plaintiff began to suffer depression and anxiety and asked for mental health services which was denied. The plaintiff began to have issues eating and asked for supplements in thge matter , see EXHIBIT-15 herein.

While at the West Facility jail under control of defendnat CITY on December 12, 13, 14, 15, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,30,31 of 2022 the plaintiff was informed  by west facility sttaff that he was on Recceation restriction againg without being given NOTICE or the opportunity of a hearing where he could present evidence  favorable to himslef. This violation of the plaintiff's 14th Amendment Rights also seamed to be a CUSTOM POLICY, PRACTICE, USAGE, PROCEDURE and RULE of defendant CITY and once being claimed by the plaintiff herein as a MUNICIPAL LIABILITY claim as well.

On December 29, 2022 at the West Facility Jail under the control
of defendant Offy when the plaintiff informed staf that he was in serve
pain and needed medical care such care was denied without reason, or explanati
. leaving the plaintiff sick and in pain for the remainer of the day.

EXHIBIT- 12

ATTACHMENT -B-1      2A ms

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 4411 804·847 | NYSID #: 11638139L |
|---|---|---|

| Facility: WF | Housing Area: Sprung 6 | Date of Incident: 12-15-23 | Date Submitted: 12-16-22 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I Need Medical, and Sick Call Every week at Least For my Body Pains and Head trama!

**Action Requested by Inmate:** I Want the Warden to Know Copys & Medical to Be Nottifyed

Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☑ | No ☐ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 12-16-22 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # 610820 | Category: medical |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: R. Kelly | |

EXHIBIT- *13*

ATTACHMENT -B-1

 

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan R | Book & Case #: 4411804-849 | NYSID #: 11638139L |
|---|---|---|

| Facility: WF | Housing Area: 6 spring | Date of Incident: | Date Submitted: |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: I Have problems eating my food sometimes I need ENsure and or Kosher food _ I ant medical Follow up with this asaps'

Action Requested by Inmate: and for me to see medical 1 Copy

Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☑ | No ☐ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 12 - 16 - 22 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference #: 010824 | Category: Medical (Diet) |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: K. Kelly #21062 | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A



| Inmate's Name: DeQuan Reyes | Book & Case #: 4411-804-847 | NYSID #: |
|---|---|---|
| Facility: GRVC | Housing Area: 13B | Date of Incident: 7-6-2022 | Date Submitted: 7-7-2022 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I DeQuan Reyes Has Been Being Violated IN 13B CAPTAIN LAW, AND Captain Ramos Keep putting me ON RECREATION Restrictions This is Not FAIR at all!

**Action Requested by Inmate:** 2 copy and I need copy of Recreation Everyday please! Warden Rene Must see!!

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☑  No ☐

Do you need the OCGS staff to write the grievance for you?  Yes ☑  No ☐

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

| Inmate's Signature: | Date of Signature: 7-7-2022 |
|---|---|

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

EXHIBIT-14

*Please Complete Highlighted* ATTACHMENT -B-1




# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 4411-804-847 | NYSID #: 11638139L |
|---|---|---|

| Facility: G.R.V.C. | Housing Area: Sprung 6 | Date of Incident: 1-3-23 threw 1-16 | Date Submitted: 1-20-23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** When I was in West Facility I was Being Denied the rights to Grevance By The E.S.U OFFicers, Captains, and Deputy Warden Miller, & Warden Collins staff of (WF) From 1-3-23 threw 1-16-23, As oF Now I Am in 1A GRVC Receiving Grievance Service.

**Action Requested by Inmate:** Copys x2 and to Inform Who this Ma, Staff Complent also

27

### Please read below and check the correct box:

| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ No ☐ |
|---|---|
| Do you need the OCGS staff to write the grievance for you? | Yes ☑ No ☐ |
| Have you filed this grievance with a court or other agency? | Yes ☐ No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ No ☑ |

| Inmate's Signature: | Date of Signature: 1-20-23 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # 62 2696 - | Category: ReturRN of GRievance |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: CO Byrne # 18049 | |

2073

EXHIBIT- *15*

ATTACHMENT - C



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

### DISPOSITION FORM

| Grievance Reference #610824 | Date Filed: 12/16/22 | Facility: **West Facility** |
|---|---|---|

| Inmate Name: Reyes Dequan | Book and Case#: 4411804847 | Category: Medical |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

I have problems eating my food sometimes I need ensure and or Kosher food. can medical follow up with this ASAP!

Action Requested by Inmate:

For me to see medical

## STEP 1: FORMAL RESOLUTION

Check one box: ☑ Grievance        ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS staff would like to inform grievant that your requested action would be forwarded to Medical so you can speak with a dietician. For kosher meals grievant would need to speak with the Rabbi for changing his religion to Jewish to receive kosher meals.

## CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.

| Inmate's Signature: | Date: |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: | Date: 12/20/22 |
|---|---|

ATTACHMENT -B-1



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

Inmate's Name: DeQuan R

Book & Case #: 4411 804-847

NYSID #: 11638139L

Facility: WF

Housing Area: 6 sprung

Date of Incident:

Date Submitted:

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: I Have problems eating my food Sometimes I need ENSURE and or Kosher food — Can medical Follow up with this asap!

Action Requested by Inmate: and for me to see medical 1 copy

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☑ | ☐ |
| Do you need the OCGS staff to write the grievance for you? | ☑ | ☐ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature:

Date of Signature: 12-16-22

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

TIME STAMP

Grievance Reference # 010824

Category: Medical (Diet)

Office of Constituent and Grievances Services Coordinator/Officer Signature: K. Kelly #2662

*Please Complete Highlighted*   ATTACHMENT-B-1   26J8



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQuan Reyes | Book & Case #: 4411-804-847 | NYSID #: 11638139L |
|---|---|---|

| Facility: GRVC. | Housing Area: Sprung 6 | Date of Incident: 1-3-23 threw 1-16 | Date Submitted: 1-20-23 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** When I was in West Facility I was Being Denied the rights to Greivance By The E SU Officers, Captains, and Deputy Warden Miller, & Warden Collins staff of (WF) From 1-3-23 threw 1-16-23, As Of Now I Am in 1A GRVC Receiving Grievance Service.

**Action Requested by Inmate:** Copys x2 and to Inform Who this Ma, Staff Compliant also

27

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑ No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☑ No ☐

Have you filed this grievance with a court or other agency?   Yes ☐ No ☑

Did you require the assistance of an interpreter?   Yes ☐ No ☑

| Inmate's Signature: | Date of Signature: 1-20-23 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # 62-2696- | Category: Return of Grievance |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: CO Byrne #18049 | |

OBCC

On 01-28-2022 @ approx 10:00 pm Plantiff was Housed IN INTAKE (SEG) which is unLawfuL Plantiff informed DiFFenDent s ADW MANNING, AnD Capt PaLeRMO #1888, That He HAD Been In the (SeG INtAKe) for almost 2 weeKS, anD was COLD, AND wanted to see MEDICAL FOR His BuRNS To his sholDer aND FaceaL area, SO DiFFenDent PaLeRMO SaiD TO InmAte I Don+ caRE IF you COLD CALL 311 STUPID... AnD I INFORMED DEPPenDent ADW MANNING #1366, TOLD PLantiff that he was not her responsability aND that he gonna have to suffer and Some-times not Eat Because He was A BAD INmate.

• ON OR ABOUT 1-26-2022 DeFFenDent capt PalemRmo #1888  TO Plantiff to KiLL himself he DiDin+ cARe, apon Plantiff Hanging his-self INSiDe CeLL IN SeG INtAKe. Inmate AKA Plantiff was FoRceD to Fin for himself anD Rip the Not of the Sheet that he useD To HANG himself, plantiff wanted to see MentaL health But was DenieD, and was Never given Sick CaLL. ON THESE DAY Capt aNID DiFFenDent

On Or about Jan 22, 2022 in GRVC housing unit 15a Cell 4 at appox 3:00pm defendant TYRONE CARTER Entered the plaintiff's cell while he was using the toilet deficating and sat on the plaintiff bed and began engaging in a conversation. Defendant TYRONE CARTER stated to the plaintiff " GANGSTA WE GOT SOMEWHERE FOR YOU TO GO, CUZ WE KNOW YOU A SHOOTER". Defendant TYRONE CARTER walked out of the plaintiff cell to return with 7 bag odering the plaintiff to pack his clothing and belOnggings. Before the plaintiff could stact packing GRVC staff rushed into his cell and began pushing and beiking him while defendant TYRONE CARTER sat and watched(ASSERTING FAILURE TO INTERVENE UNDER 42 U.S.C § 1983)

The plaintiff was assulted and acrried to a PHS and transported to CBCC facility and taken to housing unit 1 WEST and stated to the inmates in the housing unit "HERE IS YALL DINNER NOW EAT NIGGERS". The plaintiff attempted to resist but was told that they would use Chemical Agents on him if he didnt wlak into housing unit 1 WEST CBCC.

The door shut and immedtaley inmates unknown to the plaintiff began surrounding him and yeilding at the 1 WEST unit officer  to leave the housing unit floor and the officer listened top the inmates and left the plaintiff alone to die (DISREGARDING HIS DUTY AS A CORRECTION OFFICER TO PROTECT THE PLAINTIFF FROM DANGER).

The plaintif was chased by the inmates of the housint and was burned with 190° hot water robbed of two of his property bags that counatined the majority of his legal work, expanse clothing, glasses, etc and QURAN.

The plaintiff was able to run out of the housing unit buyt5 was denied medical care by CBCC DOC OFFICIALS stating that defendant TYRONE CARTER gave them orders not to and for the plaintiff to be placed in SEG INTAKE area of the facility.

True to their orders the plaintiff was housed in the SEG INTAKE for 2½ weks wheil being in despcite need of medical care from the dates of JAN 25, 2022 - Jan 29, 2022 the plaintif was not fed any food by CPOC DOC STAFF and the cell that he was held in SEG INTAKE inside of did not have any heat , with an opened inoperable cell window that allowed all of the winter Jannurary aic to entereed the cell that the plaintiff was inside of without a mat, blanket, or sheet to cover himself with.

CAUSE OF ACTIONS FOR THIS COMPLAINT

I ATTACHED THESE DOCUMENTS TO SUPPORT MY ARGUEMENTS. THESE ARE
SIMULAR CASES THAT HAVE ALREADY BEEN RULED ON IN FAVOR OF OTHER
PLANTIFFS AS YOU WILL SEE .... STATING VIOLATONS OF DIFFERENT
AMENDMENTS, HARRASSMENT, VIOLATIONS OF MINIMUM STANDARDS.
ALSO DELIBERATE INDIFFERENCES , SUCH AS              ! RETALIATION
VIRBAL ASSULTS, AND MORE.... THERE ARE ALSO THINGS THAT TALK
ABOUT VIOLATIONS TO THE EIGTH AMENDMENT STEMMING FROM CONDITIONS
OF CONFINEMENT.


                        DEQUAN REYES
                        4411-804-847

## AS AND FOR A FIRST CAUSE OF ACTION
## FOR VIOLATION OF PLAINTIFF FREEDOM OF RELIGION CLUASE

Plaintiff (DEQUAN REYES), repeats, reiterates and reallages each paragraph of this complaint and further allages :

Defendants did engage in a conduct that placed a SUBSTANTIAL BURDEN on the plaintiff ability to practice his Religion and that said conduct was not tied ato any legitimate penoligical goverment intrest.

And that the defendants burden was tied to retaleition against the plaintiff and spefically targeted the plaintiff in a fashion that is prohibit by both STATE and FEDERAL LAWS.

As a result of the conduct whihe was the direct and proximate cause of the plaintiff injures the plaintiff suffered pain and suffering in an irreparable manner along with Emotional and spiritual damage.

## AS AND FOR A CAUSE OF ACTION IN SECOND FOR
## RETALAITION PURSUANT TO 42 U.S.C. § 1983

Plaintiff DeQUAN , Reyes repeats, reiterates and reallages each paragraph of this complaint and further allges:

The Defendant named herein did knowlngly and willingly engage in a conduct that constitues (RETALIATION) against the plaintiff for exercising his FIRST AMENDMENT rights of grieving and petitioning of the goverment and/or a coporation.

And that such conduct can also constitue a violation of civil rights pursuant to 42 U.S.C. § 1985 as well.

As a result the defendants action was the direct and proximate cause of the plaintiff's pain and suffering of irreparable damage.

AS AND FOR A THIRD CAUSE OF ACTION
DEPRIVATION OF FEDERAL CIVIL RIGHTS UNDER 42 U.S.C. § 1983

Plaintiff DeQUAN , Reyes , repeats, reiterates and realleges each and every paragraph of this complaint and further alleges:

The defendants named herein this complaint actions were carried out under color of state law.

All of the aforementioned acts deprived Plaintiff DeQUAN , Reyes , of the rights and privileges and immunities guaranteed to the citizens of the UNITED STATES by the FIRST, FOURTH, ERICT and FOURTUTEENTH Amendments to the Constitution of the United States of America, in violation of 42 U.SA.C. § 1983 AND 42 U.S.C. § 1985.


AS AND FOR A FOURTH CAUSE OF ZACTION FOR
VIOLATION OF DUE PROCESS RIGHTS OF THE FOURTEENTH AMENDMENT

Plaintiff, DeQUAN , Reyes , repeats, reiterates and realleges each paragraph of this complaint and further alleges:

The defendants named herein restricted the plaintiff from (1) hour mandatory recreation pursuant to a justice order without "NOTICE" provided to the plaintiff or a hearing tied to a misbehavior /infraction where it was concluded that the plaintiff would be restricted from recreation because of an act of misbehavior conduct **committed** by the plaintiff.

Notification is the corner stone of the Fourteenth Amendment which states that no one shall be deprived or robbed of liberty without first being notified of the reason and cause of said deprivation.

And that defendants denied the plaintiff due process rights in the form of restrictions placed on his religious practice and religious dietary without NOTICE and HEARING supporting such restriction and allowing the plaintiff opportunity to present evidence in favor of why said restriction should not be implemented.

## AS AND FOR A SIXTH CAUSE OF ACTION FOR
## VIOLATION OF EQUAL PROTECTION CLAUSE

Plaintiff, DeQuan , Reyes , repeats, reiterates and realleges each paragraph of this complaint and further alleges:

The plaintiff is a Court Ordered Lockdown inmate pursuant to a Justice order and that the defendants CITY by way of New York City Department of Correction housed other inmate with the same classification of Court Order Lockdown in a seprate manner as they do the plaintiff.

And that the plaintiff was housed at the WEST FACILITY jail and that Television, shower and bathroom was in the cell with plaintiff and that plaintiff was moved without reason but other inmates on the same status was left.

The housing unit thts the plaintiff fis sucerrnt held is is exactly like SHU/20X that was stoopped by DOC over a year ago and is solitary confinement like.. The plaintiff does not have a TV in CELL, the plaintiff is denied Shower daily the plaintiff is denied recreation and placed on restriction that were not listed in Court Order nor that he was under at WEST facility.

Under the Equal Protection Caluse statue each inmate holding the same classification should be treated equally and that the plaintiff is not treated equally.

## AS AND FOR  A SIXTH CAUSE OF ACTION
## EIGHTS AMENDMENT VIOLATION PURSUANT TO 42 U.S.C § 1983

Plaintiff Dequan REYES repeats, reiterates and realleges each paragraph of this complaint and further alleges:

The the defendants named herein did enagged in a act that was curelas and reckless constituting CRUEL and UEHSAL conduct inflicting harm and damage upon the plaintiff without **cause** for.

The plaintiff Dequan REYES was assulted, was attacked, was placed in housing acess with the understanding that harm would come to him all by the defendants named herein of servants, agents and employees of the defendant CITY mentioned herein.

And that said conduct did cause the plaintiff physical pain leaving physical scars and burns that will stay with plaintiff the rest of his life time.

## AS AND FOR A SEVENTH CAUSE OF ACTION FOR MUNICIPALITY LIABILITY

Plaintiff DEQUAN REYES repeats, reiterates and realleges each paragraph of this complaint an further alleges:

The that defendant CITY, JOHELL, SHIVRAJ, LISA DARDIY, JOANNE HATOS, TIF TIFFANY MORALES, JEAN PERRE, WARDEN COST, created, endorsed and implemented a polciy, practice, procedure, usage or rule of defendant CITY that violated the plaintiff DUE PROCESS Rights in being ERS (Enhance Restraint ) while durcing his (1) hour cecreation period and that Prohibited the plaintiff from being able to reciev medical care in accordance with state, city and federal law as well as that placed a Substaintail Burden on the plaintiff religious rights in regards to religious text and that polciy seen herein as EXHIBIT-O prohibited the plaintiff from posession of a QURAN where the plaintiff is a MUSLIM and not a christain, and that said polciy promotes, favor one religion over the next something that is prohibited by the constitution of America.

And that the defendants CITY and JEAN PERRE was placed on notice that such a polciy did violate the rights of GRVC court ordered lockdown inmates back in AUGUST 5, 2022 whre Magstacte Judge Katherine Parker issued a ruling on the matters of ALEXANDER WILLIAMS JR V. CITY OF NEW YORK ET

AL, 21-cv-1083 (pgs)(vhp), JONATHAN ABDUCK V. CITY OF NEW YORK ET AL,

& GABRIEL FLORES V. CITY OF NEW YORK ET AL, THIS displays the defendants named herein discegards for the laws of the state of new york City of New york as well as the laws of the United States of America.

## AS AND FOR A EIGHTH CAUSE OF ACTION
### FOR DELIBERATE INDIFFERENCE TO PLAINTIFF MEDICAL

Plaintiff **DEQUAN** REYES repeats, reiterates and realleges each paragraph of this complaint and further alleges:

The defendant were deliberate indifferent to the plaintiff medical needs on more than one occassion.

That the defendants did so knowing and willfully in attempt to cause plaintiff damage, harm or otherwise deprive plaintiff of medical care while violates CITY, State and FEDERAL statues.

And that as a result of defendants conduct the plaintiff suffered damages pain to the degree that such injuries are irrepairable in nature.

## RELIEF SOUGHT;

WHEREFORE plaintiff DEQUAN REYES demands judgement against defendants named herein jointly and severally, in the amount of **One Million Dollars** ($1,000,000) in compensatory damages and **Four Million Dollars ($4,000,000)** in punitive damages, plus reasonable filing fees, cost and disbursement of this action.

DATED: EAST ELMHURST NY
       JAN 30, 2023

DEQUAN REYES PRO-SE COMPLAINT
C.A.V.C.
00-00 HAZEN STREET
EAST ELMHURST NEW YORK 11370

ON or about JULY 16, 2021 the plaintiff requested medical care in regards to his finger and right hand still being injured from the incidnet with defendnat (JOHN DOE/ OFFICER)  where his pointer finger was injured. Plaintiff filed a grievance on this matter bring the attention to defendnat WARDE JEAN RENEE and never was given medical care. See **EXHIBIT- 6** .

While in GRVC custody on or about Oct 11, 2022 the plaintif was given a scaple by defendnat PRESTON RITTER.  **later on that day**  when the plaintiff cell door open he looked up and saw defendnat PRESTON RITTER who was telling him to swallow the scapple, swallow the scalple. The plaintiff did as he was orderd and instantly felt pain in his throat and chest and began screaming that he needed immedtaley emergency medical attention.. The pain from following defendant PRESTON RITTER's order were compounded by the incident from OCT 11, 2022 where the plaintif was cut and assualted by unknown inmates who he belives SECUIRTY TEAM at GRVC sent becaise oif the fact that inmates screamed such when assualting him.

On OCT 11, 2022 the plaintif was assulted by inmates he did know and was cut durring the assult, while inmates were cuting him the plaintif heard " SECUIRTY SENT THIS"  right before he was cut. after being cut correctior officer used an illegal and custom polciy , practice, or usgae of defendant CITY and dead locked the plaintiff in his cell without medical attention for close to two days.

The plaintiff informed numeorus officer's and capatyins that he was in serve pain and bleeding and needed emergency medical attention. The plaintiff was unable to obtain the names of these officers ~~during saulting~~ beside the one secuirty officer who he was familar with CO McNIEL who is named as a defendant herein, along with a defendnat CHARLTON LEMON who both denied the plaintiff medical stating to the plaintiff "NOW YOU GOT A TASTE OF YOUR OWN MEDICINE".

On Jan 28, 2023 the plaintiff fell inside of his cell when attemopting toi stand and injured his head and his elbow due to not being able to posess his cane that he was issued by DOC mnedical staff inside of his cell by vacious DOC officiols who enforced another custom, policy, usage of ▓▓ at the housing unit (1A)

After two days of waiting the plaintiff informed the doctors that he would rather the surgey due to the degree of constant pain he was in, but doctors informed plaintiff that defendant's CITY by way of DOC had ordered that the plaintiff be sent back to the facility GRVC as oon as possible interfering with the plaintiff medical needs and medical care without any legitimate penological reason for such interuption.

The plaintiff was ent back to GRVC where he immedately notified every nurse and doctor and JOHN DOE OFFICER wookring his housing unit that he was in serve pain was bleeding when urinating and deficating and need medcial care , whihc was all denied to him for reason that were not given but understood as being in retalaition by plaintiff for his civil litigation against defenduat DOC and defendat CITY by way of DOC OFFICIALS.

This occured even though the pain was obvious wheras medcial staff needed to assit the plaintiff with walking to get on the elevator at the hospital and with the plaintiff (informing) medcial staff and DOC oficials that he could physically feel the blade moving around insuide of his stomach area of his body.

The plaintif fhad never cleared the chest and stomach X-ray machines and should have never been dischaged back to GRVC facility . For apporxanately 3-6 weks after this the plaintiff would see blood everytime that he urinated and whiped his retun area after defication and when notifying medical and correctional personnel would be denied medcial care that was adqaute to carce for the plaintiff obvious medical needs at the moment.

The plaintiff was never sent back to the hospital for further treatment due to defendant's CITY by way of DOC employee interupting with the plaintiff's medical needs out of retalaition for exercising his FIRST AMEDMENT RIGHTS and numerous lawsuits against defendnat CITY from civil layyer who named high and low ranking DOC OFFICAILS for various conduct alike of that named herein this complaint.

During this timme period after returning to GRVC facility defendnat McNIEL saw the plaintiff and stated to him "I DONT LIKE YOU AND I WANT YOU DEAD ".

Upon returning from the hospital  the plaintiff became aware that officeers had allowed inmates into his cell to take his belonggings and property. ON OCT 13th 2022 by the same officer that has allowed ~~cutting incident to occur on returnning from the hospital~~, 2022.

Upon returning the plaintiff iememdatley began having nightmaares and ~~flash~~ backs on being left in the cell on deadlock without getting fed for days (2)  while bleeding and hearing all of the inmate yeild to the plaintif that he was a shitch because he was eeking medical care and cameras would be puuled and reviewed showing who had assualted him.

The plaintiff recalled and failed tok state earlier herein that while being on dead lcok that he was sprayed with a fire exstinughser by officers acting like they were putting a fire out in his cell whihc was really retalaitio out of plaintiff constant yeilding for caopatins and deputy wardens assistance to bring light to him being cut.

The plaintiff was also cleaned up and informed that he needed stiches , but was glued up in his wounds and wrapped with a plastic like matter, and informed that DOC staff ordered medical to do such in that manner to cover up the fact that the plaintiff was cut, because they wanted to keep cutting incidents low due to federal mohitoring system.

In eacly NOVEMBER of 2021 the plaintiff was told by GRVC security staff officers unknown but defendant PRESTON RITTER and McNIEL were present and stated with them that defendnat JEAN RENEE and them togther reached the decison that plaintiff would no longer have contact visition  while in DOC cudstody.

On times when the plaintiff did have visits after that defendants CAPATIN Le FLUER who was in charged of visits at GRVC and visiting correction officer defendant ADAMS, denied the plaintiff visitation rights and placed him in booth non-contact visitation without informing him why other than both constantly stating to him (1) I was ORDERED BY WARDEN RENEE TO DO SUCH (2) I DO NOT LIKE YOU ANYWAY  RAT.

THE PLAINTIFF WOULD LIKE TO NOTE: (HE) WAS NEVER GIVEN NOTIFICATION AS TO WHY HIS VISITITTAION (WAS) DENIED( WHICH IS STANDARD DUE PROCESS PROCEDURE) BEFORE SUCH DENIAL BY LAW.

On March 13, 2020 plaintiff property was seized from him by ESU staff unknown named as defendants herein while being transfered to GRVC. GRVC officer in the inatke took part in this seizure without notifciation of why stating that the plaintiff had a record of assulting other inmates and they were going to break him and show him about GRVC.

On or about NOV 21, 2022 the plaintiff filed a grievance complaint in regards to the FIRST AMENDMENT VIOLATION on his visitation to properly memoralize the fact as seen herein EXHIBIT-7 .

In or around OCTOBER 2022 the plaintif was rehoused in Courtorder lcokdown hosuing unit by GRVC . Before leaving intake to goi to haixznxxhouyi ng unit 2a the plaintiff's KORAN was seized without reason other than being informed that COURT order LOCKDOWN inamte are nopt allowed to posess any other religious material outside of a chcistain bible. The plaintiff later was informed that this was pursuant to CLO 13/21 as seen in EXHIBIT-8  thus plaintiff naming the correctional personnel involvd with the creation of such command level orders as defendnat herein this complaint for violation of various Constitutional RIGHTS.

While housed in hosuing unit 2a tyhe plaintiff has never been afforded HALAH meal in pursuant to his religious MUSLIM dietary whihc the plaintiff has ben a person that practice the muslim religion since before being in DOC Custody and this fact is documented with DOC Officials as such.

Form the date of being housed in unit 2a in or around Oct 2022 to DEC 2, 2022 the plaintiff was subjected to being left in ERS (ENHANCE RESTRAAINT SET UP)  while in side of a cage during his (1) hour recartion period pursuant to CLO 13/21 violating the plaintiff rights of Due Process wheras the courts have long established that prsioners has right to exercise while doing recration time.

On or about Nov 16, 2022 the plaintiff and other inamtes alike were ordered by secuirty staff from GRVC in the housing unit 2a to get naked for a facility search. The plaintiff did as he was ordered and a search was conducted and no contraband was discovered.

secuirty team left the housing unit after search all inmates and returned 30 minutes later where they rsuhed straint to the plaintiff cell without a capatyin, body camera on even though they had body cameras on there ~~DOC~~ DOC UNIFORMS.

Defendnat PRESTON RITTER sheild no 7994 and defendant KEVIN YOUNG sheild no 12258 of GRVC security team  ordered the housing unit officer to open my cell even though officer requested that a capoatin be present before doing so as hosuing unit polciy states the plaintiff cell door was opued and defendant RITTER & YOUNG forced themselves into plaintiff cell garhbed the plaintiff shoving him to the wall forcifully, then slamming plaintiff on metal bed frame  (WHILE SECUIRTY OFFICER ANDREW HICKSON YEILD DO NOT HURT HIM) in background.

While this assult by DOC staff was taking place both defendnats RITTER & YOUNG was screaming at the plaintiff to tell your man next door to drop his law suits on CAPTAIN MATHIS. The plaintiff responded by inforaing defendants

PLANTIFF HERE COMPLAINS, THAT DEFFENDENT BRANCIE IN(GRVC) unit
(1a) has been tormenting with the lights in his cell which
in this specific housing area ,inmates can not controle there
own lights because this is a unlawful punitive setting , deffen-
dent brancie told plantiff on many dates listed herein that
she can do what she likes with the house lights ,just like plantiff
can with his lawsuits agents her, plantiff wares vision glasses
from a damaged eye socket issue, so plantiff asked the

deffendent not to blink the lights on and off it hirts his eyes
(and) it MAKES PLANTIFFS HEAD HURT,DEFFENDENTS SAID SHE DID NOT
CARE AND WOULD TURN THE LIGHTS ON IN THE WHOLE HOUSE, JUST TO
WAKE  PLANTIFF UP AT 5 or 6 am when she clocks in, these such
things would happen on or about january 31st, 2-7-23,feb 8, 18,
21, march 11,12,1,5,6, 20...april ___,_____,___, all (2023).
plantiff even grieved this issue 2 different times, these such
actions has gave plantiff headaches, he even see flashes in
his eyes threwout the day ... plantiff feels that all the
deffendents are trying to kill him and or make his life a living
hell, plantiff is now on suicide watch because he started
to feel suicidal and scared again !his suicide watches ended
around _____  he was highly depressed, also he wants
to see his family but his visitations are being violated rights
plantiff wants therapy for the rest of his life .So that Plantiff
Can prevent from really killing himself!

ON THIS DAY (OF ) 3/13/23 at aprox (9:30) am captain taylor
came to plantiff with a incedent report sheet and told
plantiff to write about the incedent with deffendent bros
spitting in plantiffs food on said date in 1A, so plantiff
did so and plantiff is also scared to eat anything at this
time .... he is feeling sucidal and will soon kill himself
plantiff would also like for the statement sheet that was
filled out on the yard (recreation yard ) to also be pulled
with all other discovery in this case, plantiff is scared
to report this issue again, because he feels that deffendent
mc neal , and bros will retaleate agents plantiff !!

plantiff is on sucide watch and wont eat anything, untiill
plantiff feels safe, plantiff cant sleep at night because
he has seriouse stumic pains , also suffers from head aches
from deffendent brancie torturing phantigf with the lights,
and also from being so hungry !

PLANTIFF ALSO STATES HEREIN THAT ON THE ON OR ABOUT DATES OF

MAY 18th 2021 in 13a housing area, were plantiff was assulted
and treated with

intentional EXSESSIVE FORCE , BY DEFFENDENT WINOSKI , PLANTIFFS
HANDS WERE BLEEDING ON CANRA AND ASKING FOR MEDICAL ATTENTION

FOR OVER % hours plantiffs told the doctor (john doe)# that
he felt that 2 of his fingers were broken and or seriously
damaged on the gentec you will see doctor, then telling plantiff
that he wanted to go home  (jon doe ) doctor  was deliberatly
deniying plantiff adiquet medical care , plantiff also feels

that he should have been called for another apointment, and that
he should have been seen by a x-ray doctor! plantiff still
feels pain to his left hand ring finger now which is about 20
monthes latter  see exibit  6

plantiff  has also grieved this issue withn his pain be suvenir




# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: DeQwan Reyes | Book & Case #: 4411 804847 | NYSID #: |
|---|---|---|
| Facility: GRVC | Housing Area: 13 A | Date of Incident: May-18-21 | Date Submitted: 2-24-22 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OC GS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** My left hand has Been Hurting Me very BAD I Believe I tour a tendent in my left Hand RING Finger, and also Right Hand Pointer Finger. Hurts very much Sometimes also All From May 18th Incedent with officer Winosko in 13A Box GRVC

**Action Requested by Inmate:** I Need medical attention.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☑  No ☐

Do you need the OCGS staff to write the grievance for you?  Yes ☑  No ☐

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

| Inmate's Signature: | Date of Signature: 2-24-22 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |





# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

## DISPOSITION FORM

| Grievance Reference #610820 | Date Filed: 12/16/22 | Facility: **West Facility** |
|---|---|---|

| Inmate Name: Reyes Dequan | Book and Case#: 4411804847 | Category: Medical |
|---|---|---|

From OCGS Inmate Statement Form, print or type short description of grievance:

I need medical, and sick call every week at least for my body pains and head trauma!

Action Requested by Inmate:

I want the warden to know copy's and medical to be notified

### STEP 1: FORMAL RESOLUTION

Check one box: ☒ Grievance     ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS staff would like to inform grievant that your requested action would be forwarded to medical for review.

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution  ☐ No  ☐ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.

| Inmate's Signature: | Date: 12-20/22 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: R. Kelly | Date: 12/20/22 |
|---|---|





# CORRECTION DEPARTMENT
# CITY OF NEW YORK

**ATTACHMENT A**

## REPORT AND NOTICE OF INFRACTION

Form: 6500A
Rev. : 08/04/15
Ref. : Dir. #6500R-C



| Infraction #: | Institution: OBCC | Date of Incident: 1/29/21 | Time Infraction Written: 1700 | Date of Report: 1/29/21 |
|---|---|---|---|---|

| Inmate Name (Last, First): Reyes Daquan | B&C/ Sentence #: 441-18-04847 | NYSID #: 11638139L |
|---|---|---|

| Location of Incident (Be Specific): 1West | Housing Area Location: 1West | Approximate Time of Incident: 1310    Hrs. |
|---|---|---|

| Charge # | Offense | Charge # | Offense |
|---|---|---|---|
| 101.13 | Assault and fighting | | |
| 120.10 | Refusal to obey a direct order | | |

| Reporting Official (Print Name, Rank and Shield #): Wilson CO #3153 | Reporting Official (Signature): O Wilson |
|---|---|

**Details of Incident (Include details as to How, When and Where Infraction was Committed):**
On Friday, January 29,2021, I CO Wilson #3153 assigned to 1 West "B" Post on the 0500 X 1331 tour. At approximately 1310 hours while conducting the institutional lock out near cell #2 and #3. When inmate Wade Dylon Monte B/C #349-20-00442/02973973H stated this writer "He hit me ", "He hit me" referring to inmate Reyes Daquan B/C #441-18-04847/11638139L. and both inmates began fighting throwing closed fist punches towards each other facial area due to inmate Reyes cutting inmate Wade. Inmates Jones Terrell B/C #141-20-02090 /00685327L, Frias Alberto B/C #241-20-00728/12578898Q, and Turay Hassan B/C #541-19-01227/12954755R joined in the fight and began fighting inmate Reyes. Inmate Reyes ran to back of the housing area and they all continued to follow and fight throwing closed fist punches towards inmate Reyes. Several direct orders was given to stop fighting and they continued. I CO Wilson deployed a one two second burst of chemical agent which did not take the desired affect. CO Roy #12005 deployed a one two second burst of chemical agent which did not take the desired affect. This writer deployed a second (1) two second burst of chemical agent which took the desired affect terminating the incident. Inmate Reyes was secured in the three point. A level "B" was activated  the probe team arrived in the area and escorted said inmates out the area without incident.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced inmate and you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be served with charges and held for a hearing. The Department will make every effort to hold this hearing within three (3) business days of the service of this notice.  This three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purpose.  The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Inmate). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.
2. Right to make statements.  If you choose to remain silent, your silence cannot be used against you.  If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.
3. Right to present material evidence.
4. Right to present witnesses.
5. Right to the assistance of a Hearing Facilitator.
6. Right to an interpreter if you cannot communicate well enough in English.
7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.
2. Loss of privileges.
3. Loss of good time if you are a sentenced inmate.
4. Punitive segregation for up to thirty (30) days per each applicable individual charge.
5. Restitution for intentionally damaging or destroying City property.

A twenty five ($25) dollar disciplinary surcharge will be imposed on all inmates found guilty of a Grade I or Grade II offense.
You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: | ☐ Yes  (If yes, include what language) _____ | ☑ No |
|---|---|---|

| Hearing Facilitator Requested: | ☐ Yes  ☑ No | |
|---|---|---|

| Witness(es) Requested: | ☐ Yes  (If yes, include witness(es) Name, Book and Case Number (if inmate) or Shield/ID (if staff) and Location (if inmate) or Post (if staff). | ☑ No |
|---|---|---|

| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
|---|---|---|
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
| Witness (Print Name): _____ | Shield/ID Number: _____ | Post: _____ |

| I certify that I received a copy of this notice: | Signature of Inmate: Refused | Date: 1/30/21 | Time: 1255 |
|---|---|---|---|

| Served by (Print Name, Rank and Shield #): Witherspoon Capt 1479 | Signature of Server: W Guy |
|---|---|

| Refused to Sign for Notice? ☑ Yes  ☐ No | Witnessed By: CO Wilson 3153 |
|---|---|

**DISTRIBUTION:   (SINGLE SIDED) COPY - NOTICE TO INMATE      (DOUBLE SIDED WITH FORM 6500B) COPY TO FACILITY**



# CORRECTION DEPARTMENT
# CITY OF NEW YORK



## INJURY TO INMATE REPORT

| Page 1 of 2 Pages | Form: 167R-A<br>Rev.: 10/3/19<br>Ref.: Dir. 4516R-D |
|---|---|

**INSTRUCTIONS: One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.**

| Command: #Captain | Date: 1-31-21 | COD/UOF #: | Injury #: |
|---|---|---|---|

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): *DeQuan Reyes*

| Location Where Injury Occurred: 1 West B | Inmate's Housing Area: 1 West | NYSID #: 116 | Book & Case/Sentence #: 4411 804 - 847 |
|---|---|---|---|

Details: Inmate Reyes on Hrs tur was assulted @ 9:30pm Hours in Housing area 1 West Inmate complains of Jaw pain and a busted lip, cut to his left shoulder.

Officer also n

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): *Warden Dunbar*

| Date: | Time: Hrs. |
|---|---|

| Employee: I [✓] (Did) [ ] (Did Not) Witness This Injury. | Employee Full Name (print): | Employee Signature: | Rank/Title: | Shield/ID#: |
|---|---|---|---|---|

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

| Date of Injury: | Reported for Medical Attention:<br>Date          Hrs. | Inmate Refused Medical Attention:<br>[ ] Yes  [ ] No | Visible Injuries:<br>[✓] Yes  [ ] No |
|---|---|---|---|

**Nature/Reported Mechanism of Injury:**

**Medical Staff Must Note Location of Injury:**

**Serious injuries confirmed during initial evaluation**
**(Select "Pending - Requires Further Evaluation" If additional testing / imaging / follow-up needed):**

[ ] Laceration requiring sutures, staples or glue (e.g. dermabond)
[ ] Dislocation
[ ] Structural injury to organ (e.g. corneal abrasion, hepatic laceration)
[ ] Fracture
[ ] Tendon Tear
[ ] Post-concussive syndrome or head injury requiring imaging such as CT or MRI
[ ] Clinical Nasal Fracture
[ ] Amputation
[ ] Blistering burn involving the face or >9% of total body surface area

[ ] **NO SERIOUS INJURY**

[ ] Pending - Requires Further Evaluation

Treatment:

**Disposition and Transportation Requirements (If applicable):**
*Please check which apply*

[ ] Urgicare / X-Ray   [ ] Hospital Transfer: [ ] EMS   [ ] Intra-Departmental Transfer

[ ] None / Return to Housing Area

| Initially Triaged/Treated By/Examined By (Print and Sign Full Name): | Date: | Time: Hrs |
|---|---|---|

**I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:**

| Inmate Signature: | B&C / Sentence #: | | Date: |
|---|---|---|---|
| Witnessed By (Signature): | Rank/Title: | Shield /I.D. #: | Date: |



| CORRECTION DEPARTMENT CITY OF NEW YORK | ATTACHMENT D |  |
|---|---|---|

| HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION | Page 1 of 2 Pages | Form: 6500D Eff. : 07/09/21 Ref. : Dir. 6500R-G |
|---|---|---|

| Infraction #: 12/23 | Institution: GRVC | |
|---|---|---|
| Individual's Name (Last, First): REYES, DAQUAN | B&C/ Sentence #: 4411804847 | NYSID #: 11638139L |
| Location: | Disposition Date: 1/2?/23 | Disposition Time: 1500 Hrs. |

Adjudication Captain (Print Name, Rank & Shield #):
ANDJELOVIC, CAPTAIN, #1750

| Folder #: | Hearing Start Date: 1/18/23 | Hearing End Date: 1/18/23 |
|---|---|---|

Individual's Accompanying card Indicates Individual Received Rule Book: ☐ Yes ☐ No

Individual requested Witness(es): ☐ Yes ☐ No ☐ Waived ☐ Request Granted ☐ Denied    (If waived, individual must sign. If denied, state reason.)

Reason: _____ DISMISSAL _____

Individual requested Hearing    ☐ Yes ☐ No ☐ Waived ☐ Request Granted (If yes, Hearing Facilitator must sign. If waived, individual must sign.)

Facilitator: Reason: _____ DISMISSAL _____

Individual Requested Interpreter: ☐ Yes ☐ No ☐ Waived ☐ Request Granted ☐ Denied    (If yes, interpreter must sign. If waived, individual must sign. If denied, state reason.)

Reason: _____ DISMISSAL _____

If individual advised of right to remain silent was individual advised that statements could be used against him/her. ☐ Yes ☐ No ☐ Not Applicable

**Special Situations**
Hearing in Absentia: ☐ Individual Refused to Appear     ☐ Removed from Hearing Due to _____
    Specify Reason

Adjournment: ☐ By Adjudication Captain   Date Reconvened _____   ADW authorization beyond (5) business days _____

    ☐ By Individual    Waived Time Limits to Facilitate Adjournment (Individual Signature) _____

Referral: ☐ Security     ☐ Mental Health     ☐ Inspector General

Individual Pled: ☐ Guilty     ☐ Not Guilty     ☐ Guilty with an Explanation

Summary of individual 's Testimony:

_____ DISMISSAL _____

The following witness(es) testified at your hearing. (If additional witnesses testified, attach additional sheets.)

| Witness Name (Last Name, First Name): | Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate): |
|---|---|

Witness Signature (Present at Hearing):

Witness testified in the presence of the charged inmate: ☐ Yes ☐ No   If no, state reason:

Summary of Testimony: _____ DISMISSAL _____

Testimony was: ☐ Credited   ☐ Rejected   Reason: _____

| Witness Name (Last Name, First Name): | Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate): |
|---|---|

Witness Signature (Present at Hearing):

Witness testified in the presence of the charged inmate: ☐ Yes ☐ No   If no, state reason:

Summary of Testimony: _____ DISMISSAL _____

Testimony was: ☐ Credited   ☐ Rejected   Reason: _____



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

**ATTACHMENT D**

## HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION

Page 2 of 2 Pages

Form: 6500D
Eff.: 07/09/21
Ref.: Dir. 6500R-G

**DOCUMENTARY EVIDENCE** (Where applicable)

| | | |
|---|---|---|
| Photograph of Injury: | ☐ Yes ☒ No | 6500 A,B | Shown to Individual: ☒ Yes ☐ No |
| Photocopy of Weapon: | ☐ Yes ☒ No | ICR-1 | Shown to Individual: ☒ Yes ☐ No |
| Reports - Specify Types: | ☒ Yes ☐ No | 105-1 | Shown to Individual: ☒ Yes ☐ No |
| Logbooks - Specify Types: | ☐ Yes ☒ No | NIK Test report | Shown to Individual: ☒ Yes ☐ No |
| Infraction Investigation: | ☒ Yes ☐ No | Chain of custody | Shown to Individual: ☒ Yes ☐ No |
| Physical Evidence (List): | ☒ Yes ☐ No | Infraction synopsis | Shown to Individual: ☒ Yes ☐ No |
| Witness Statements (List Witnesses): | ☐ Yes ☐ No | 370 Photos | Shown to Individual: ☒ Yes ☐ No |

On this date and time following disposition was reached after a hearing on the charges listed below: 2/2/25 2500

| Charge # | Dismissed | Penalty | Guilty | Not Guilty | Basis for Findings & Evidence Relied On |
|---|---|---|---|---|---|
| 103.05 & 103.11 | | — | ✓ | | Based on staff reports & a review of all supporting documents including genetec surveillance where the |
| 105.16 | | ✓ | ✓ | | canine handler entered your cell & exited with documents what later tested positive for fentanyl, I find you guilty of the following charges 103.11 & 105.16 |

Commissary restriction for Grade I or Grade II offenses only: Yes ☒ No ☐  If yes: (select one) Grade I (14 day freeze) ☒  Grade II (7day freeze) ☐

If you have been found guilty of multiple rule violations, these penalties will be served: ☐ Consecutively  ☒ Concurrently

Infraction Dismissed: ☐ Yes ☒ No
Reason: _____

Pre-Hearing Detention Time Credit: _____ Days.

Adjudication Captain (Print Name, Rank, Shield #): Capt Goode 1876  Signature of Adjudication Captain: Goode

You have the right to appeal an adverse decision rendered by the Adjudication Captain within two (2) days of service of this decision. If you have been sentenced to a total of thirty (30) days of punitive segregation or loss of all your good time on any one (1) Notice of Disciplinary Disposition (6500D), you may file a petition for a writ under Article 78 of the CPLR. If you are sentenced to less that thirty (30) days punitive segregation or loss of less than all your good time, you may appeal that decision to the Warden of the facility where the infraction occurred.

I certify that I received a copy of this notice: Signature of Individual:
Served by (Print Name, Rank and Shield #): CHINES JO 9647
Refused to Sign for Notice: ☐ Yes ☐ No

B&C/Sentence #: 8491804142  Date: 12-3-23  Time: 1728
Signature of Server:
Witnessed By: Cpt #1MG



A —
1638

# NYC DEPARTMENT OF CORRECTION

## NOTICE OF HEARING DETERMINATION
## CMC/NON-ROUTINE RESTRAINT STATUS

Form: # 4505A
Eff.: 05/02/06
Ref.: Dir. # 4505R

| Facility: GRVC | Date: 1-28-23 | Book & Case No.: 441-18-04847 |
|---|---|---|
| Inmate Name (Last/First): Reyes, Daquan | | NYSID Number: 11638139L |
| Date of Event(s): | Location: | Time: |

☐ Hearing Delayed   ☐ Adjourned

Reason:

Inmate's Signature for Adjournment: _____   Date: _____

**Findings of Fact/Reason for Determination:**

After reviewing all reports & supporting documents
including the lockdown order issued by Judge
Hoise of NYS supreme court I have
determined that your cmc non-routine
restraint status is warranted & shall remain
in effect.

**The following reports and evidence were reviewed:**

☑ Infractions   ☐ Incident Reports   ☐ I.D. Preliminary Report
☐ Injury Reports   ☐ Use of Force Reports   ☐ Evidence Voucher
☑ Arrest Records   ☐ Witness Reports   ☐ Pre-Sentence Report
☐ Securing Orders   ☑ Other: lock down order

**HEARING DECISION:** As a result of the actions described above, you are placed in CMC/Non-Routine Restraint Status. (Check appropriate box)

It has been determined that your CMC/Non-Routine Restraint Status is ☑ Continued ☐ Revoked

Reason: CMC/Non-routine restraint status is appropriate

| Hearing Officer (Name and Signature): Capt Creole 1896 | Date: 1/30/23 |
|---|---|

Delayed Service of Determination ☐ Reason:

| I certify that I received a copy of this notice. | Inmate's Signature: | Date: 1-31-23 | Time: 1711 |
|---|---|---|---|
| Served by (Print Name, Rank and Shield #): CEO #1767 | Signature of Server: | | |

**RIGHT TO APPEAL:** Within 21 days of receipt of this determination you may appeal your CMC/Non-Routine Restraint Status placement by writing to the Deputy Warden for Security who shall respond within 7 days of the day the appeal is received. You may seek further review of your CMC/Non-Routine Restraint Status placement at any time by writing to the Deputy Warden for Security and providing documented good cause evidence such as a change of circumstances or newly available evidence.

Distribution:
Original to: Inmate   Copies to : 1 - Inmate's Legal Folder  2 - Copy to Deputy Warden for Security



| CORRECTION DEPARTMENT<br>CITY OF NEW YORK | ATTACHMENT<br>A |
|---|---|

| REPORT AND NOTICE OF INFRACTION | Form: 6500A<br>Rev. : 07/09/21<br>Ref. : Dir. #6500R-G |
|---|---|

| Infraction #: | Institution: GRVC | Date of Incident: 02/12/23 | Time Infraction Written: 1530 | Date of Report: 02/12/23 |
|---|---|---|---|---|

| Individual's Name (Last, First): Reyes, Daquan | B&C/ Sentence #: 4411804847 | NYSID #: 11638139L |
|---|---|---|

| Location of Incident (Be Specific): 1A, lower tier | Housing Area Location: 1A | Approximate Time of Incident: 1020 Hrs. |
|---|---|---|

| Charge # | Offense | Charge # | Offense |
|---|---|---|---|
| 120.10 | Refusal to obey direct orders | | |
| 120.11 | Refusal to obey direct orders | | |

| Reporting Official (Print Name, Rank and Shield #): Henry, ADW #1038 | Reporting Official (Signature): |
|---|---|

Details of Incident (Include details as to How, When and Where Infraction was Committed):

On February 12, 2023 at approximately 1020 hours I, ADW Henry #1038 reported to housing area 1A which is a CMC COURT ORDERED 23 HOURS LOCK DOWN housing area to conduct a tour of the area. Upon arrival to the area this writer observed inmate Reyes, Daquan B/C #4411804847/11638139L assigned to cell #3 standing on the top tier with a broom in his hand. This writer gave verbal commands to inmate Reyes to return to his cell. Inmate Reyes departed from the top tier and proceeded to the lower tier however, he walk towards the shower area and not towards his cell. This writer gave subject inmate several direct orders to return to his cell. Inmate Reyes then proceeded to his assigned cell with the broom. This writer gave subject inmate several direct orders to return the broom to this writer in which he refused. While standing in his cell this writer called for the door to be closed inmate Reyes became irate and told Officer Brown #17949 to get away from my door, due to Officer Brown not responding to inmate Reyes demands subject inmate stepped out of his cell and stated " its about to be a Use of Force". This writer instructed subject inmate to return to his cell in which he did comply, this writer once again called for the cell to be closed inmate Reyes once again stepped out of the cell and stated "fuck that you're not closing my cell door". This writer instructed inmate Reyes to step inside his cell he refused prompting this writer to deploy two (2) burst of chemical agent to his facial area, at which time inmate Reyes was secured inside of his cell terminating the incident.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced individual and you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be served with charges and held for a hearing. The Department will make every effort to hold this hearing within three (3) business days of the service of this notice. This three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purpose. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Individual). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.
2. Right to make statements. If you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.
3. Right to present material evidence.
4. Right to present witnesses.
5. Right to the assistance of a Hearing Facilitator.
6. Right to an interpreter if you cannot communicate well enough in English.
7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.
2. Loss of privileges.
3. Loss of good time if you are a sentenced inmate.
4. Punitive segregation for up to thirty (30) days per each applicable individual charge.
5. Restitution for intentionally damaging or destroying City property.

A commissary restriction will be imposed on all inmates found guilty of a Grade I (14 day freeze) or Grade II (7 day freeze) offense. You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: | ☐ Yes (If yes, include what language) | ☒ No |
|---|---|---|

| Hearing Facilitator Requested: | ☐ Yes | ☒ No |
|---|---|---|

| Witness(es) Requested: | ☐ Yes (If yes, include witness(es) Name, Book and Case Number (if inmate) or Shield/ID if staff) and Location (if inmate) or Post (if staff). | ☒ No |
|---|---|---|

| Witness (Print Name): | B&C Number: | Location: |
|---|---|---|
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | Shield/ID Number: | Post: |

| I certify that I received a copy of this notice: | Signature of Individual: | Date: 2/14/20 | Time: 1/01 |
|---|---|---|---|

| Served by (Print Name, Rank and Shield #): Guan Opt #367 | Signature of Server: |
|---|---|

| Refused to Sign for Notice: | ☒ Yes | ☐ No | Witnessed By: |
|---|---|---|---|

DISTRIBUTION:   (SINGLE SIDED) COPY - NOTICE TO INDIVIDUAL    (DOUBLE SIDED WITH FORM 6500B) COPY TO FACILITY



| CORRECTION DEPARTMENT CITY OF NEW YORK | ATTACHMENT A |
|---|---|
| **REPORT AND NOTICE OF INFRACTION** | Form: 6500A<br>Rev.: 08/04/15<br>Ref.: Dir. #6500R-C |

| Infraction #: | Institution: GRVC | Date of Incident: 11/16/22 | Time Infraction Written: 1400 | Date of Report: 11/17/22 |
|---|---|---|---|---|
| Inmate Name (Last, First): Reyes Daquan | | B&C/Sentence #: 4411804847 | | NYSID #: 11638139L |
| Location of Incident (Be Specific): Building 2A | | Housing Area Location: Building 2A | | Approximate Time of Incident: Appr 1127 Hrs: |

| Charge # | Offense | Charge # | | Offense |
|---|---|---|---|---|
| 109.10 | Physically Resist staff | | | |
| 120.10 | Refused direct order | | | |

| Reporting Official (Print Name, Rank and Shield #): Ritter CO # 7994 | Reporting Official (Signature): Ritter Co |
|---|---|

**Details of Incident (Include details as to How, When and Where Infraction was Committed):**

On Wednesday November 16 2022 at approximately 1127 hours I CO Ritter # 7994 was assigned to conduct a targeted search to retrieve an institutional phone in building 2A. This writer along with other staff observed a phone cord hanging out of the food slot of cell # 11 assigned to inmate Reyes Daquan B&C# 4411804847/NYSID# 11638139L. This writer along with other staff then proceeded to the upper tier along with other staff. The cell # 11 door opened and this writer ordered said inmate to disrobe unprovokedly said inmate advanced towards this writer. This writer extended his hand to said inmate and instructed said inmate to seize his advancement to which he did not comply with orders making contact with this writer. This writer then utilized upper body control holds to the upper torso of said inmate securing said inmate to the bed frame and his hands were secured behind his back. Mechanical restraints were applied by officer Young # 12268 inmate Reyes was assisted to his feet and escorted of the cell and out of the housing area terminating the incident.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced inmate and you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be served with charges and held for a hearing. The Department will make every effort to hold this hearing within three (3) business days of the service of this notice. This three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purpose. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Inmate). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:
1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.
2. Right to make statements. If you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.
3. Right to present material evidence.
4. Right to present witnesses.
5. Right to the assistance of a Hearing Facilitator.
6. Right to an interpreter if you cannot communicate well enough in English.
7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:
1. Reprimand.
2. Loss of privileges.
3. Loss of good time if you are a sentenced inmate.
4. Punitive segregation for up to thirty (30) days per each applicable individual charge.
5. Restitution for intentionally damaging or destroying City property.

A twenty five ($25) dollar disciplinary surcharge will be imposed on all inmates found guilty of a Grade I or Grade II offense.
You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: | ☐ Yes (If yes, include what language) | ☒ No |
|---|---|---|

| Hearing Facilitator Requested: | ☐ Yes | ☒ No |
|---|---|---|

| Witness(es) Requested: | ☐ Yes (If yes, include witness(es) Name, Book and Case Number (if inmate)<br>or Shield/ID (if staff) and Location (if inmate) or Post (if staff)). | ☒ No |
|---|---|---|

| Witness (Print Name): | B&C Number: | Location: |
|---|---|---|
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | B&C Number: | Location: |
| Witness (Print Name): | Shield/ID Number: | Post: |

| I certify that I received a copy of this notice: | Signature of Inmate: Refused to sign | Date: 11/17/22 | Time: 1347 |
|---|---|---|---|
| Served by (Print Name, Rank and Shield #): Dueland Captron 1713 | | Signature of Server: | |
| Refused to Sign for Notice: ☒ Yes  ☐ No | | Witnessed By: Cort #13363 | |

**DISTRIBUTION:  (SINGLE SIDED) COPY - NOTICE TO INMATE       (DOUBLE SIDED WITH FORM 6500B) COPY TO FACILITY**

Alexander Williams   141-180-1652
09-09 Macn St
Queens NY 11320

CERTIFIED MAIL

7019 0140 0001 1380 6739

U.S. POSTAGE PAID
LONG ISLAND CITY, NY

$17.95

USMP.
SDNY

RECEIVED
MAR 23 20__
PRO SE OFFICE

Pro-Se Intake Unit