UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DEQUAN REYES,

                                              Plaintiff,

      -against-

THE CITY OF NEW YORK, ET AL.,

                                              Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

23 Civ. 01145 (LGS)

      **PLEASE TAKE NOTICE** that **INNA SHAPOVALOVA**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, the Hon. Sylvia O. Hinds-Radix, attorney for Interested Party the City of New York.[1]

Dated:      New York, New York
              April 28, 2023

                                      HON. SYLVIA O. HINDS-RADIX
                                      Corporation Counsel of the City of New York
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-2656
                                      inshapov@law.nyc.gov

                             By:    */s/ Inna Shapovalova*
                                            _____
                                            Inna Shapovalova
                                            Senior Counsel
                                            Special Federal Litigation Division

---

[1] This case has been assigned to Assistant Corporation Counsel Esther Kim, who is awaiting admission to the New York Bar. Ms. Kim is handling this matter under my supervision and may be reached at (212) 356-2340 or eunkim@law.nyc.gov.

cc: **<u>VIA FIRST-CLASS MAIL</u>**
DeQuan Reyes
*Plaintiff pro se*
4411-804-847
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370