

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

INNA SHAPOVALOVA
*Senior Counsel*
Phone: (212) 356-2656
Fax: (212) 356-3509
Email: inshapov@law.nyc.gov

May 26, 2023

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: DeQuan Reyes v. City of New York, et al.
   23 Civ. 01145 (LGS)

Your Honor:

I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendant the City of New York and Mayor Eric Adams ("defendants") in the above-referenced matter.[1] Defendant Adams writes to respectfully request that his deadline to answer or otherwise respond to the Amended Complaint be set to July 3, 2023, which corresponds with the current deadline for defendant City to answer or otherwise respond to the Amended Complaint.

By way of background, on April 4, 2023, a summons was issued for Mayor Eric Adams for this matter. See ECF No. 9. Upon information and belief, on or about April 24, 2023, a physical paper copy of the summons and Amended Complaint was delivered to the New York City Law Department at 100 Church Street, New York, New York 10007. However, upon information and belief, and upon review of the docket, no affidavit of service was filed indicating service on defendant Adams.

In the interest of judicial economy, defendant Adams respectfully requests that his deadline to answer or otherwise respond to the Amended Complaint be set to July 3, 2023, in order

---

[1] This case has been assigned to Assistant Corporation Counsel Esther Kim, who is awaiting admission to the New York Bar. Ms. Kim is handling this matter under my supervision and may be reached at (212) 356-2340 or eunkim@law.nyc.gov.

to correspond with the current deadline for defendant City to answer or otherwise respond to the Amended Complaint.

   Thank you for your consideration herein.

                   Respectfully submitted,

                   *Inna Shapovalova*

                   Inna Shapovalova
                   *Senior Counsel*
                   Special Federal Litigation Division

cc: **BY FIRST-CLASS MAIL**
   DeQuan Reyes
   *Plaintiff pro se*
   4411-804-847
   Rikers Island: G.R.V.C.
   09-09 Hazen Street
   East Elmhurst, NY 11370