

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**INNA SHAPOVALOVA**
*Senior Counsel*
Phone: (212) 356-2656
Fax: (212) 356-3509
Email: inshapov@law.nyc.gov

June 2, 2023

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: DeQuan Reyes v. City of New York, et al.
          23 Civ. 01145 (LGS)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants the City of New York and Mayor Eric Adams ("defendants") in the above-referenced matter.[1] Defendant City of New York respectfully writes pursuant to the Court's May 25, 2023 Order to confirm that defendant City has arranged plaintiff *pro se* DeQuan Reyes' participation at the June 14, 2023 conference with the George R. Vierno Center ("GRVC"). See ECF No. 24.

      By way of background, plaintiff who is proceeding *pro se* brings this action, pursuant to 42 U.S.C. § 1983, alleging *inter alia*, retaliation, negligence, deliberate indifference to medical care, a First Amendment violation, and municipal liability claims arising from incidents on or about May 18, 2021 until on or about January 23, 2023. See ECF No. 7. In his Amended Complaint, plaintiff names the City of New York, Eric Adams, and thirty-eight (38) other individuals as defendants in this action. See id. On May 25, 2023, Your Honor issued an Order adjourning the initial pretrial conference previously scheduled for May 31, 2023, to June 14, 2023 at 4:10 p.m. See ECF No. 24. Further, the Court ordered defendant City of New York to file a letter to "confirm that Defendant has arranged Plaintiff's participation at the June 14, 2023,

---

[1] This case has been assigned to Assistant Corporation Counsel Esther Kim, who is awaiting admission to the New York Bar. Ms. Kim is handling this matter under my supervision and may be reached at (212) 356-2340 or eunkim@law.nyc.gov.

conference with GRVC. The letter shall also state whether Defendant wishes to file a motion to dismiss prior to the beginning of discovery." See id.

In accordance with the Court's May 25, 2023 Order, this Office contacted the liaison at the George R. Vierno Center ("GRVC") on May 25, 2023 to arrange for plaintiff to be produced on June 14, 2023 so that he may participate in the conference scheduled for June 14, 2023 at 4:10 p.m. and provided a copy of the Court's May 25, 2023 Order. On May 26, 2023, this Office received confirmation from the GRVC liaison that plaintiff shall be produced and available to participate in the June 14, 2023 conference at 4:10 p.m.

Additionally, defendant City of New York does not intend to file a motion to dismiss prior to the beginning of discovery.

Thank you for your consideration herein.

Respectfully submitted,

*Inna Shapovalova*

Inna Shapovalova
*Senior Counsel*
Special Federal Litigation Division

cc:   **BY FIRST-CLASS MAIL**
DeQuan Reyes
*Plaintiff pro se*
4411-804-847
Rikers Island: G.R.V.C.
09-09 Hazen Street
East Elmhurst, NY 11370