UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DEQUAN REYES,
                    Plaintiff,

             -against-

CITY OF NEW YORK, et al.,
                    Defendants.
------------------------------------------------------------ X

23 Civ. 1145 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued May 25, 2023, scheduled a conference for June 14, 2023.

WHEREAS, on June 14, 2023, Defendants informed the Court that Plaintiff, who is currently incarcerated and is proceeding *pro se* would not be able to attend the conference. It is hereby

**ORDERED** that the conference scheduled for June 14, 2023, is **ADJOURNED** to **June 28, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. It is further

**ORDERED** that the Warden or other official in charge of the George R. Vierno Center (GRVC) in New York City or other facility in custody of DeQuen Reyes, Inmate No. 4411804847, to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference on the above-listed date and time. It is further

**ORDERED** that by **June 22, 2023**, Defendants will file a letter on ECF stating that they have arranged for Plaintiff's participation at the June 28 conference.

Dated: June 14, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE