UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DEQUAN REYES,

                Plaintiff,

                         23 Civ. 1145 (LGS)

        -against-

                         ORDER

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was held on June 28, 2023. For the reasons discussed at the conference, it is hereby

**ORDERED** that Plaintiff shall file a letter seeking permission to file his proposed Second Amended Complaint by **July 14, 2023.** The letter shall attach either (1) any additional pages that Plaintiff would like to add to the Complaint or (2) an Amended Complaint to replace the current Complaint. The letter shall state which option Plaintiff has chosen, and if he is replacing the current Complaint, state what portions are new. It is further

**ORDERED** that, as requested by Plaintiff at the conference, all claims against Defendants Lisa Barnaby and Jonelle Shirvraj are **DISMISSED**. It is further

**ORDERED** that the deadline for all Defendants to answer, move or otherwise respond to the Complaint is **EXTENDED** to **September 8, 2023.**

The Clerk of Court is respectfully directed to terminate Lisa Barnaby and Jonelle Shirvraj as Defendants.

Dated: June 29, 2023
       New York, New York