UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
DEQUAN REYES,                                               :
                                      Plaintiff,            :
                                                            :          23 Civ. 1145 (LGS)
                  -against-                                 :
                                                            :               ORDER
 CITY OF NEW YORK, et al.,                                  :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an order issued June 29, 2023, invited Plaintiff to file a letter seeking

permission to file a Second Amended Complaint.

    WHEREAS, Plaintiff filed via U.S. mail pages of a proposed Second Amended

Complaint. Those pages are appended to this order.

    WHEREAS, under Federal Rule of Civil Procedure 15, when a party seeks to amend its

pleading more than once, leave to do so should "freely [be] give[n] . . . when justice so requires."

It is hereby

    **ORDERED** that Plaintiff's filing is construed as a motion for leave to amend. Plaintiff's

motion is **GRANTED**. In the interest of clarity, the Second Amended Complaint consists of the

First Amended Complaint, Dkt. No. 7, and the additional pages, which are appended to this

order.

    **ORDERED** that the deadline for all Defendants to answer, move or otherwise respond to

the Second Amended Complaint is **September 8, 2023.**

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: July 24, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE



Second Amended Complaint

STATEMENT OF FACTS

GRVC

ON OR ABOUT THE DATE OF 4-15-2021 plaintiff states that deffendent
tyneka greena , and floor officer morris told  plantiff that he w-
ould not be getting his halal food or rahmadan food, because
he was a fake muslim !! and plantiff also claims that on the on
or about date of 4-20-23 he ask defendent tyneka green, for a
grievance sheet and defendent was told that he did not need it
because everything that he need was to go threw deffendents, adw
henry , officer morris, and tyneaka green ,

plantiff then asked to(call) his lawyer and deffendent tyneaka green
said to ask defendent morris who was the floor officer , and when
plantiff asked he was told no, then about 30min latter deffendent
morris came and poped/broke plantiffs phone jack ,so that by any
chance of any other officer letting inmate cwll his atternys
that it would be imposable ..( g.r.v.c ) I.T RECOREDS, AND
15a housing area  gentic videos will support this arguement .....
plantiff complanes of never being allowed to grieve these
issues and and being denied halal food on rahmadan perposly !
then it affected plantiff so much he felt that maybe he should
not be muslim anymore , And plantiff also wAnteD to seek mential
health, anD DefenDents herein was neglegent plantiff Issues
anD neeDs AND No papper work was generateD to help
plantiff further. when plantiff askeD For Help from tyneaka
green. AND ADW Henry

- plantiff state that on the on or about date of june-20-2021 IN (15A) diffendant morris was very fustrated at plantiff for not strip searching correctley in unlawful 3-point area seach area , that plantiff said ok forget medical then well im going to my cell im okay , when deffendent morris pulled plantiff wilE HANDCUFFED WITH HIS HANDS BEHIND HIS BACK, YANKINGING PLANTIFF, WITH JOHN DOE OFFICERS HELP, THEN SLAMMING PLANTIFF TO THE FLOOR AND THEN YELLING YEAH YOU BITCH ASS NIGGER I GOT THE UPPER HAND IN THIS HOUSE !!!! this my house plantiff then noticed that hid tooth was now chipped from being slammed face first to the floor, amd also that his lip was busted plantiffs chin was also bleeding a little! plantiff was now asking to see medical A.S.A.P WHEN DEFFENDENT MORRIS TOLD THE FLOOR CAPTAIN NO! hes not getting medical captians name was (palmer campbell ) GRVC CAPTAIN. plantiff was a little unconcuise getting up so he dose not remember much ELSE OF INCEDENT.

- PLANTIFF WAS TAKEN TO DENTALE MONTHES LATTER AFTER (THIS) INCE+ dent took place  proof can be shown in plantiffs dental reports for 2021 or 22...

plantiff notifyed sick call latter that week for tylenol for his head aChes, AND MOUTHWASH  TO NUMB THE ACHES OF HIS BUSTED LIP AND BLEEDING GUMBS !

plantiff WOULD LiKE THE VIDEO OF THiS INCEDENT, TO ALSO Support HiS ARGUEMENT, IN THE Prosecution OF THiS Complant, HE Demands Gentec Footage aND BODy Cam Footage!

Plantiff also states Herein that Officer morris, aND Deputy Henry that plantiff askeD for medical on this Day Was Neglegent on this Day to plantiffs medical NeeDs and there was little to No papper work Generated from This Issue.



BETWEEN THE TIME PERIODS OF MARCH 11 2021 through
ON OR ABOUT MAY 2ND OF 2022 WILE HOUSED IN UNIT 15A PLANTIFF WAS TORTURED
BY DIFENDENT CO MORRIS FOR ABOUT A YEAR STRAIGHT THE PLANTIFF WAS SUBJECT
to FORCABLE SERCHes -fORCED TO GET NAKED IN SOMETHING CALLED
A 3-point search area, ON WHICH EVEN OFFICERS AND INMATES
VIEW AS WRONGFUL, BECAUSE IT HAS A ████████ CAMRA INSIDE IT
VIOLATING YOUR PRIVACY ,PLANTIFF WAS SEARCH MANY TIMES OVER
(200) in this said area by correction officer morris shield #
10720 , and captain blake which are both diffendents in this
CASE, AND EACH TIME PLANTIFF WOULD PROTEST AND WAS TOLD THAT
HE WAS BEING SUBJECTED TO THIS UNLAWFUL STYLE/██████ type search
by the orders of,DIFFENDENTS TIFFANY MORALES, WARDEN RENEE,ADW
HARVEY ,ADW HENRY,OFFICER WILLAM MC NEIL , CAPT ANDREI BLAKE,
CAPT ERICA LAW, WHEN HE WOULD BE COMING FROM AND OR GOING TO,
YARD7/recreation , clinic, visits,court ,and ex...
on or about APRIL 20th and 21,22,24 of 2021 ████████████████
████████ diffendents co morris denied me medication and my visits
so both diffendents ████████ denied me medication ,and(my) hearings
rights,and visits for verious days on in diffendent cox said
fuck him he dont need no medication  and on april 25 or 26 2021
cox said i was dead on my medication , diffendent morris
contacted visit staff and to diffendent capt le flure that planti
ff was a snitch, morris diffendent herein came to plantifs
cell and asked plantiff wat was all these 311,s and grievences
about invoroling himm and why was i tellimg, inmates not to
disrespect diffendent and instead call 311 on himm when theres
a issue , beleiving plantiff dequan reyes was the root issue
of why diffendent was getting contsant verbal repromandations
by adw green, and capt maxwell , and adw henry, as retaliation
diffendent morris approched plantiffs cell ,escorted plantiff
to shower then splashed him in the face with piss the left inmate
in shower for 3 hours on or about april 2nd 2022 in 15a house,
and as you will see in listed case pro se same 3 point issues
and violatioms fron same diffendents JOHMANNI ANDUZE V CITY NEWYO
2002 ,

plantiff visits (contact)(privlages) being takign in effected
him harshly his sons mother stop bring hoim because off the
essessive searches and none contact , his mom has caught cancer,
and he(hasnt) been able to see her in years, his grand-father has
passed , friends has passed away and he wish he was able to hug
them first ! From THE DATES OF [OCT 9TH 2020] TILL FEB-1-23

AND ON 5-1-2022 CO MORRIS APPROACHED PLANTIFFS CELL DOOR QUIT SWIFTLEY AND SLAMMED PLANTIFF ARM IN FOOD SLOT INJURING PLANTIFFS ARM, THEN TELLING HIM TO NOW CALL 311 , FOR MEDICAL ATTENTION , OR SUE ME PUSSY,WILE WALKING AWAY FROM PLANTIFFS CELL LAUGHING,ALL WILE PLANTIFF WAS HOUSED IN UNIT 15A AT GRVC FACILITY... on or about 4-8-22..

DIFFENDENT MORRIS CHANGED PLANTIFFS PIN NUMBER AND GAEIT TO ANOTHER INMATE , STOPING PLANTIFF FROM BEING ABLE TO CONTACT HIS FAMILY MEMBERS , THE NUMERS THAT WAS CALLED AT THIS TIME) WAS 646-920-4516, and 404-566-1025 as YOU WILL SEE THREW YOUR INVESTIGATION ALSO SEE EXIBIT _34_ for more proof of inceident all because of plantiffs 311 calls on diffendent and not eating huis food which should not be forced apon..

and on the same date of on or about 4-8-22 ,diffendent poped planfiffs wall jack and never called I.T perposly so that plantiff couldnt call his family and or 311 to motify them stating everyday nigga you gone= suffer bitch " after he (walked away) , leaving plantiff depressed and not able to use the phone for 3 weeks.:

PLANTIFF HEREIN STATES THAT HE NOW SUFFERS FROM ASTHUMA, BECAUSE OF DEFFENDENTS ACTIONS, NEGLECT ,AND FAILURE TO PROTECT AND SERVE PLANTIFF WAS HOUSED IN UNIT 15a and everyday diffendent would say nigga my weight is up , nobody would get medical in this bitch !on orb about March 15th of 2022 plantiff was complaning of shortness of breath, to dieffendent morris (ESH FLOOR OFFICER) march-2nd-22,3rd 2021 , may 10,2021, may 1st 2021,and on all said dates on or about plantiff was told by deffendent morris, fuck you nigga you dont need no medical attention , plantiff was having these issues because of all the constant fires be set and not getting medical attention on such days , plantiff remembers days were there was no way to breath because of the black smoke that clouded the housing area and hallways , officer morris would Tell Inmates To SET A Fire Puposley cell inmates on pepaer so that he could spray them with fire extinguisher, and mase ....

(12)

PLANTIFF STATES HEREIN ON THESE LISTED DATES ,DIFFENDENTS,
CAPTAIN RAMOS #         , AND CAPT LAW #_____,CAPTAINS OF GRVC
UNITS 11A, 11B, 13A, 13B, 15A,15B (SEG) RECREATIONS,BUFFENDENTS PUT
PLANTIFF ON UNLAWFULL RECREATION RESTRICTIONS BASED OF THE
DISSLIKES AND OWN ,WRONGFUL CONDUCTS,AND WAS TOLD NUMERIOUS
OF TIME INSIDE THESE BOX ,AND PUNITIVE LOCKDOWN SETTING HOUSEHOLDS
THAT IF HE REPORTED IT THAT , THE HE WOULD DEFFENETLY NEVER
RECIVE RECREATION LATTER ,DIFFENDENTS MC NEIL,AND CO(WOLONSKI)
TOLD PLANTIFF THAT THEY WOULD MAKE SURE PLANTIFF NEVER USE THE
PHONE IN THERE PRESENTS SO THAT PLANTIFF COULD NEVER REPORT
THE FOLLOWING...

ONOR ABOUT OCT 10TH,11,12,13,14,15,16,17,18,19,20,21,22,23,24,
                 25,26, 27,28,29,30,31 -OF 2020 Year IN UNIT 13B
NOVEMBER 1ST,2,3,4,5,6,7,8,9,AND 10TH PLANTIFF WAS HOUSED IN UNIT
13B AND INFORMED GRIVENCE,AND ADW HENRY THAT HE WASNT GETTING HIS
VISTTS ,OR REC AND SHE STATED THATS GOOD 4 YOU
ON OR ABOUT MAY 10TH ,11,12,13, THREW JUNE 10TH 2021 PLANTIFF WAS
STILL ON DIFFENDENTS HOT SHEET FOR NO RECREATION... PLANTIFF THEN
INFORMED (DEPT PHILLIPPS ADW) AND SHE SAID THAT SHE WHOULD TRY TO GET
ME TO REC ONE DAY.IN UNIT 11A BOX...
ONOR ABOUT DECEMBER 1ST,2,3,4,5,6,7,8,9,10 THREW 31ST 2022 IN UNIT(13A)
PLANTIFF STATES THE SAME ,ON OR ABOUT DECEMBER 13TH PLANTIFF SEEN ADW
HENRY AGAIN AND HE WAS CRYING , AND SHE STOPED AT HIS CELL AND SAID
BABY DADDY ITS OK RECREATION IS REALLY WHEN YOU GET HOME AND UP IN
THIS PUSSY, RIGHT !?
ON OR ABOUT FEBUARY 1,2,3,4,5,6,7,8,9,10,11,THREW 28TH PLANTIFF (2022)
WAS HOUSED IN 13B AND WAS TOLD MANY OF TIMES BY BLKFDIFFENDENT CAPT
RAMOS THAT HE WASNT REALLY SPANISH , HE WAS A NIGGER AND HE CALLS 311
TO MUCH THATS WHAT NIGGERS DO..

(13)

AND THREW OUT ALL OF THIS TIME IN 23 HOURS AND MANDATED 1 HOUR RECREATIONAL PUINITIVE ,BOX HOUSING ,DIFFENDENTS LAW, AND HENRY, AND MC NIEL ,AND RAMOS, ALL AGREED NOT TO GIVE ME SHOWERS SOME DAYS, AND OR VISITS , IF NEEDED PLANTIFFS ALSO TOLD THERE ( JHON DOE)OFFICERS THAT DID THE DAY TO DAY REC NOT TO STOP BY MY CELL WHEN THERE WALKING WITH THERE BODY CAMRAS ON FOR RECREATION ...FROM 2020 threw 2022 !

(15)

ON THIS SAID DATE ON OR ABOUT 5-10-22 plantiff was placed in this cell 7 in 11 A (unit) by deffendents, Warden Rene, Mc Neil for over (28) days

on 11-9-2022 plantiff was put in cell (5)room for about 7 Days (2A) Housing Unit.. order by (ADW) Henry..

on or about 11-16-22 plantiff was placed in a cell to rot in 2A - Unit Housing. By Deffendent William Mc Neil of Security in (GRVC) Were Deffen-Dent said Nigga and your waters Not coming on! This what happens to people who sue me and mines that gotta Live in Down Cells like the case with Alexander Williams with this same Defendent " 22-CV-        Williams V. City of NY", Where plantiff was Subjected and placed in Same Cell.. All times mentioned herein plantiff asked for a "Cell Inspection Sheet" to show all electrical Devices, were secured, tolets and sink were working properly, and window was secured and operatable, and ex But was Denied!, In case (Sanchez V. Warden, 2018) 17-CV-840-JD-MGG Were the plantiff argued Very Simular Issues in his case.

- ON THE DATES LISTED HEREIN , PLAINTIFF WAS PLACED IN
CELL AREA IN RIKERS ILAND HOUSING UNITS WERE PLANTIFF NOTIFYED
THE JOHN/jane OFFICERS THAT WAS PLACING PLANTIFF IN
THESE CELLS THAT THEY WERE DOWN CELLS ,BUT OFFICERS AND SOME
DEFFENDENTS DID NOT CARE AND THESE DEFFENDEENT SAID THAT
THATS WHAT PLANTIFF DESERVED..... ON or about MAY 2nd plantiff
was sent to 5b housing unit were  deffendent morris ,said
that deffendent tyneaka green (adw) wanted plantiff to go so
that he would die quick and fast !! wile deffendent morris was
smiling ! once plantiff was esscorted to the housing unit 5B INMATES
WERE SEEN PUSHING PASS JOHN/ JANE DOE OFFICER TRYING TO ASSULT
PLANTIFF ,WERE PLANTIFF WAS THEN SPRAYED THEN MOVED TO SEG INTAKE
GETTING NO MEDICAL TREATMENT, PLANTIFF WAS TOLD TO GO INTO A COLD
CELL WERE THE TOLET DIDNT WORK , AND THE SINK WAS BROKEN ! plantiff
was put inthis cell for about 3 days           by deffendent
captain blake , were plantiff asked for medical attention, bath,
because his skin was burning and he could not breath ! when captain
blake said no i dont you pussy hole (in his jamaican) accsent
plantiff could not sleep the floor had mice ,and urine all over it
plantiff was forced to bathroom on the cell floor were he unfortune
atley had to sleep with no matress for days !! all in G.R.V.C (2022)
ON OCT - 9-2020 plantiff was placed in a down cell for over 30
days iN 13B (unit) BOX GRVC.

ON Jan-2-2021  plantiff was placed for living in a down cell for
over 30 days! in Unit (13B) GRVC.

ON March-3-2022 plantiff was placed for living in a down cell for
4 monthes, in 15A Unit sink DiD not work ! Deffendent Morris said he Broke it!

ON OCt-19-2022 plantiff was placed in Cell For about 10 DAYs in Unit
4B of GRVC. tolet Was Down and Slot DiD not open many officers and
INmates tryeD!

On or about the Date of March-1-23 Diffendent Bros # 10295   Went to the grvc (KK) area to Grab food From area to give to plantiff, Deffendent Bro's Left plantiff his food was now here nice and Ready Emplying that he (Deffendent) Bros had did something to plantiffs food. Once plantiff got it @ about 9:10 pm  In housing area 1A plantiff seen that there was [spit] on his food From Deffendent Bros, Deffendent Bro had Left the the Floor By this time ... plantiff told (ADW) Henry on 3-7-23 that he did not want to see officer Bros In housing area again or serving him food, Deffendent (ADW) Henry said I Dont care, nigger call 311 Bitch! Call plantiff called 311 as he was told. and field a Greivance. 311-005-91407

311-EC-005-91406

311 -   EC-005-91411

311 -   EC-005-91410

311 -   EC-005-91291    Also See Exibit 35

60, Aee not suppose to serve Inmates food unless It is Humeticly Siled!

And on or about 3-10-23 In Housing area 1A Deffendents Bros, Mc Neil told plantiff to write (anything) on the Statement sheet that was provided to inmate by John Doe Captain on this Day or els plantiff would get Hurt, so plantiff never wrote anything els about Incedent.

. . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

plantiff states also that officer(defendent) herein faled
to protect and serve plantiff........

PLANTIFF ALSO STATES THAT FROM THE CRULE ACTIONS OF DEFFENDENT
BROS IN , GRVC HOUSING UNIT 1a on the date of          2023,
that plantiff has been then scared to eat eat any doc foods
ecsecily made by officers , plantiff also complanes of
constant stomic ahees every other night plantiff is having
a very hard time sleeping and feels suicidual , and wants
to seek mentail health/therapy everyday , and that maybe they
can stop the pain that he feels
plantiff has asked the amenatration dep of grvc deps, and captains
to tell his family that he loved them if he was to die on
rikers iland by the hands of himself or other correction
officers (defendents )...... plantiff feels that he is losing
alot of wieght also,

DEFFENDENT BROS WAS REPROMANDED FOR spitting in plantiffs
meal on said date, latter on on or about the date of #3-19-23
diffendent bros was back around plantiff and bragging on
how hes been spitting in plantiffs food sence the date he
met plantiff in the grvc main intake were diffendent was
working 4 days week .. this the causing plantiff to lose weight
THE NURSE INFORMED PLANTIFF THAT HE WEIGHED ABOUT 135 pounds
which was a big difference from 3 monthes before ,plantiff
WAS TOLD BY HIS LAWYER PETTER DAVIS THAT HE LOST ALOT OF WEIGHT
AND THAT HE LOOKED SICK , HE EVEN WHENT TO MEDICAL AND THEY

ON 2-27-2023 PLANTIFF WAS BEING ESCORTED FROM HIS HOUSING UNIT

1A BY , JOHN DOE CAPTAIN AND DIFFENDENT BROS, PLANTIFF WAS

TOLD BY BOTH STAFF MEMBERS THAT IF HE DID NOT PUT LEG SHACKLES

THAT, HE WOULNT BE ABLE TO GO TO HIS DENTIST APPOINTMENT ,SO

BECAUSE HE WAS BEING THREATINED HE GAINED HIS COMPOSURE ,AND

COMPOLIED , OR PLANTIFF TOLD BOTH STAFF MEMBERS THAT HE COULDNT

WALK LIKE THAT WITH LEG SHACKLES ON BECAUSE , HE HAS AND WALKS

WITH A DEPARTMENTAL WALKING DEVICE, HIS (CANE) BECAUSE OF HIS

DISSABLITY TO WALK DIFFENDENT BROS DISREGARDED THAT AND SAID LETS

GO APON (ARIVEL) ,PLANTIFF SEES DIFFENDENT CORT WHO ALSO SAID ,YES

THATS HOW YOU SHOULD BE SHACKLED UP WITH YOUR CANE... AND APON

ARIVEL INTO THE DENTAL ROOM PLANTIFF FALLS, AND HURTS HIS KNEE

HE THEN ASK FOR MEDICAL AFTER DIFFENDENT BRO STEPS OVER PLANTIFF,

ALL AT APPROX 1PM ALL SEEN ON DIFFENDENT BROS,BODY CAMRAONCE

PLANTIFF HELPE HIM=SELF TO HIS FEET AGAIN HE SAT DOWN, THEN DIFFENDENT

BROS STATES NIGGA YOU AINT GETTING NO MEDICAL,SHUT THE FUCK UP!!

THIS ALL ISA REPONSABILITY OF INADIQUIT MEDICAL CARE.

ALSO PLANTIFF KNOWING THAT HE IS AND WAS NOT GIVING A HEARING TO

EVEN BE(ERS) ENN HANTS RESTANT,ON THIS SAME DAY DIFFENDENT BROS

TOLD PLANTIFF TO DROP

HIS PENDING LAWSUIT AGENTS DIFFENDENT CAPT GUAN, AND ADW HENRY,
CASE INFO @23-CV-0541) SO PLANTIFF FELT SCARED AND HELPLESS SO
WHEN HE GOT BACK TO HIS HOUSING AREA WITHOUT RECIEVING MEDICAL
HE WROTE THE PRO-SE CLERKS OFFICE AND TOLD THEM TO DISSMISS THE
CASE ASAP!! See Exibit 30

ALSO ONCE PLKANTIFF GOT BACK TO HIS UNIT HE WANTED TO CALL SICK
CALL, BUT REMEMBERED THAT HIS CALLS HAVE BEEN RESTICTED FROM CALLING
614#,BECAUSE DIFFENDENT MCNEIL TOLD PLANTIFF THAT HE WOULD MAKE
SURE HE NEVER GETS SICK CALL EVER ON RIKERS ILAND, AND THIS ALSO
IS VERY CRULE AND UNUSAL! TO PLANTIFF...

ON SAID THIS SAID DATE PLANTIFF WAS DENIED SHOWER , AND TOLD THAT HE COULD
NOT GO TO(REC) BY DIFFENDENT GUAN THE CAPTAIN WHO HE REPORTED BECAUSE
OF SEXUAL ALIGATIONS, AND SEXUAL HARRASSEMENT ON , ON 2-25-23, SO
ON 2-26-23 IN HOUSING UNIT 1A DEFFENDENT TOLD PLANTIFF HE GETS NOYHING
WILE (HE'S) HERE, EVER!!! CAPTAIN GUAN ALSO WALKED UP TO PLANTIFFS CELL
ON 2-26-23 WITH HIS BODY CAMRA ON AND SAID GIVE ME YOUR CANE, PLANTIFF
STATED THAT HE WOULD HAVE A SEIROUSE PROBLEM WALKING WITHOUT IT , DIFFENDENT
THEN STATED ON HIS BODY CAMRA THAT HE WAS NOW GOING TO MAKE SECURITY
COME AND TAKE MY DISABILTY APONTED CANE FRON ME, AND ALL MY PROPERTY,FOOD,
FRUITS ,AND ALL OUT OF PLANTIFFS CELL..
PLANTIFF HAS NOW CALLED 311 7 TIMES(THIS)DAY , AS YOU MAY INVESTIGATE, IF
NEEDED.



DiffenDent CAPT Guans conduct un-Becoming
ways, and Illeagal sexual Habbits, Can also
Be seen In his nyc 22R History & on another
plantiff or 2's SOUTHERN DIStrict Litugations INFO...
Alexander williams 22-CV-10537, christopher Cano Case-
, And Kwaine Tompson (case) - 22-CV-07222
This is a Big issue And PLANtiff Can not get any
Help for such issues...

PLANtiff Also Asked DeffenDent paulino to write
a statement on what he seen on this Day see
Exibit 31...
PLANtiff ALSO CalleD 311 AND Received Complantant Numbers
EC-005-86748

AND ON FEBUARY 2ND CO AND KNOWN DIFFENDENT MCNEIL OF

O.S.I.U CAME TO THE YARD AS YOU WILL SEE ON THE CAMRA

FOR NO REASON OTHER THAN TO THRETIN PLANTIFF WITH

WITH FRUSTRATION AND ANGER, SAYING TO PLANTIFF NIGGER

IMA GET YOU KILLED ASAP ! WATCH WHEN I GET YOU BACK IN

GENARLE POPULATION , YOU GONE DIE IM PUTTING MONEY

ON YOUR HEAD WATH AND I CAN MOVE YOU WERE EVER , RE-
MEMBER NIGGA IM OSIU , BITCH ASS DAYROOM NIGGA...

TO THE POINT WERE GRVC STAFF AND ,O.SI.U OFFICER

STAGGERS , ASK DIFFENDENT MC NEIL TO STOP, AND

OFFICER        WITH HIS EYES WIDE OPEN THEN SAYIN

YO WHAT IS GOING ON HERE , THEN WALKING OFF THE YARD!!

63

See Exbit __30__ to Support this Incedient ⬤ (PLANTIFF) ALSO
FEELS THAT DIFFENDENT MC NEIL SHOULD BE FIRED ! ASAP

Ⓣ

plantiff was on suicide watch for over 3 monthes straight
for many reasons from the dates of on or about 7-30-22=
till on or about 11-10-22 inside or rikers iland (AMKC),and
grvc , plantiff felt sucidal because he seen that diffendent's
were trying to kill him, plantiff was fighting alot, plant
iff felt helpless, plantiff was cut and stabbed,plantiff
was starved in obcc, plantiff was left to die in obcc,
plantiff was denied medical many times, plantiff was put
in(the box)in grvc and not given recreation, plantiff, was
assulted by officers,

sexually harrassed, plantiffs been unresonably sprayed with
fire extinguishers,and chemicals, plantiff has also had
hiss life thretened, plantiff has had officers spit on him
and spit in his meals, plantiff has also had his contact
visits taken from him for no legal reason, leaving plantif
withput way to see his son ... latter on his son dieing
in hit and run if plantiff would have been able to see
and touch his child, on visits maybe this would have never
happened, plantiff also lost other family members and friends

(2.) 📠 @ at approx 9am on 2-28-23= diffendent BROS ESSCORTED PLANT TO THE CLINIC FOR HIS HIS MEDICAL AND (prea) issuess with diffendent capt GUAN ON 2-25-23 ...when PLANTIFF ARIVIED, DIFFENDENT BROS ALSO WALKED INSIDE OF PLANTIFFS CUBICUAL VIOLATING PLANTIFFS HIPPA RIGHTS , PRIVACY LAW/STATUES

AND SAYING TO THE NURSE,'MAM HES JUST FINE CAN WE HURY UP , CUZ IM TRYNA GO HOME"!

AND ON THE 28th of FEBUARY 2023 in unit 1a @ approx 11:30 plantiff seen diffendent kevin young for the second time this day ,him and 5 other security staff members , when diffendent young told plantiff wile sitting at the dayroom table ... yo reyes you better be done drop that lawsuit nigga , diffendent refering to the pro-se case 23-cv-0541 that included , other deffendents like , capt guan , adw HENRY ,KEVIN YOUNG, WILLIAM MC NEIL, AND PRESTON RITTER,

THIS HAS ALL ALSO MADE PLANTIFF, FILL THREATENED...
THE NEXT MORNING PLANTIFF WAS CRYING AND BECAME SCARED PLANTIFFS ASTHUMA, STARTED TO BOTHER HIM , AND HE ASKED FOR MEDICAL ATTENTION AND DIFFENDENT BRANCIE REFUSED TO CALL A
MEDICAL EMERGENCY LIKE THE FLOOR OFFICER ASKED HER TO DiFFeNDeNt (SaiD) INSTED YOUR NOT GETTING MEDICAL REYESSS!! over the microphone leaving plantiff to suffer in his cell...the floor officer wrote this said information inside the floor post (log book)

also for the future investigation ,plantiff asked for medical attention at 6:50 am and plantiff never recieved
medical attention at all this day plantiff came out of his cell (3) at 12;30 pm for recreation caughing and weezing for air, plantiff was told by diffendent bros, that he could not get medical attention at this time also, eather i want rec 1 hour or medical, plantiff herein feeling helpless once again...SEE ExiBiT  33

2 minutes latter someone offered ther (asthuma) pump to plant helping plantiff, for the moment...

Once plantiff Return from Recreation, plantiff Still wanteD meDical anD Now mental HealtH services so the John Doe floor officer tolD Bubble officer , to at Least Let him into the Bubble so that He CoulD Call meDical, anD DiffenDent Brancie SaiD Shut up Your Acting Like these StupiD InMates No-oNes getting meDical toDay!

to ALSO SUPPORT THE FACT THAT PLANTIFF NEVER RECIEVED HIS
RELIGIOUS HALAL FOOD , YOU CAN ALS SEE EXIBIT 33 ____,plantiff
also feels that he hasn t been given equal opertunity because
also in exibit 33  you will also see a document supporting
the fact that people and or a person (inmate) was given his
jewishn kosher meals tho from 11- of 2022, ~~kathemuthan~~
threw 5-of 2023 all in 1A, 2A, AND 6sprung housing in grvc
and west facility of rikers iland!

66

## MEDICAL ACCOMODATIONS:

Petitioner is currently being denied medical care in the instance of his Right Eye whihc he has a pre-existing injuriy from use of force within the New York City Deopartment of Correction with correction officers and has alerted medical staff to.

Respondents at the GRVC facility is failing to address and petitioner's restriction from the facility clinic area prevents him from being able to receive adqaute medical care in reference to seeking treatment in efforts of possible saving vision/eye sight in Right eye.

Petitioner knows that respondent CO Mcniel is aware of this because of the fact in the past respondent CO Mcniel has stated to petitioner directly that he hopes that the petitioner dies and looses vision in both his eyes.

As stated herein this conduct is conduct that both respondnets Assistant commissioner Thomas Griffin and Christopher Miller is known to allow to take place under their supervision and/or be involved in directly.

Both Assistant commsioners named herein as respondents has toured petitioners housing unit, order respondta WARDEN CORT and ADW HARRIS to engage in action that is adverseto petitioners protected constitutional rights with the understanding that said action is wrongful and otherise unlawful.

For all of the reasons mentioned herein petitioner demand that the Court grant trhhe relief he ask for herein and any other relief that ~~Construction that~~ this Court may deem Just and Proper.

*

• plantiff is STATING HERUN , THAT ON THE DATE 3-8-23 diffendent mcneil ,and adw henry came to unit 1a in grvc instructing him to have to leave recreation early ,by diffentent BROS,PLANTIFF STATED TO DEFFENDENTS THAT HE HAD ONLY BEEN GEVING 30minutes on the yard, and that he wanted his (full houir) at rescreation, diffendents mc neil and adw henry told plantiff that if he wanted to go to rec that her had to be strip searched first, by john doe officer who plantiff does not want to be a part of this suit herein, once plantiff was searched diffendents locked plantiff inside his cell and stated that, Every time plantiff called 311 they would in his cell and Search plantiff also, plantiff was then begging for his cane back from deffendent mc neil, who took plantiffs cane and said you can walk reyes, you dont need this to do your lawsuits do you ,implying that he was upset once agin about plantiffs lawsiuts that was pending. so plantiff fills that this was all retaliation ,before diffendent mcneil and ADW HENRY LEFT THE HOUSING AREA {THEY}BOTH STATED TO THE OFFICER THAT REYES BETTER NOT GET RECREATION THIS WHOLE WEEK , AND HE IS TO NOT BE LET OUT OF HIS CELL UNTILL HE HAS TO GO TO COURT, UNTILL HE DROPS HIS LAWSUITS!! than adw henry smiled and as she was leaving said ill be back reyes ! latter , which diffendent then came back to the housing area @ about 4;50pm ... she did no tour of the housing area but she stated to the plantiff that he was not going to get a cane to walk with, and that she would make sure ! then left the housing area again.

now the next day plantiff was obviously, being harrassed because at around 10;05am diffendent o.s.i.u WILLAM MCneil , adw henry, and other jane/john doe offfcers came to unit 1A ONCE AGAIN NOT DOING ANY KINDS OF tour commanding tour,or supervising rounds /INSPECTIONS...

and also that

these such actions were done wrongfully and constantly

plantiffs parents,mother and fathere was victums of this at least

3 to 4 times each... plantiff also states that the boardof of

corrections sent oplantiff documents stating that these non-

contact visits were never suppose to be implemented on plantiff

And plantiff complanes of officer wrongful acctions, and Neglegents
hereIN, why was there no PAPPer work or Documents to support
or help prevent these INCEDENTS.


plantiff has seen mentale health, on the day of 3-9-23 for such

actions and letting mental health know that he feels susidale,

because of the constant, retaliation from listed deffendents,

visit restrictions, and the effects of this red i.d, eRS, STATUS

PLANTIFF WANTS EQUAL OPPERTUNITY AND CONSTETUTIONAL RIGHTS NOT

TO BE (VIOLATED )


plantiff called 311also about his visits being violated here

are the(EC) complant numbers ....

ec-005-

EC-005-93008

eC-005-




### THE CITY OF NEW YORK
### DEPARTMENT OF CORRECTION
## GEORGE R. VIERNO CENTER
# SECURITY MEMORANDUM

| ☒ NEW  ☐ INTERIM  ☐ REVISED | **MEMORANDUM NO. 1/23** | | |
|---|---|---|---|
| **EFFECTIVE DATE** <br> **January 19, 2023** | **DISTRIBUTION:** <br> **ALL STAFF** | **SUBJECT:** <br> 1A CMC MOVEMENT | |
| **SUPERSEDES: N/A** | | **REFERENCE: N/A** | PAGE 1 <br> OF 1 PAGE |
| **Prepared by:** <br> *Deputy Warden J. Matos, Security & Operations* <br> PRINT NAME | | Signature: _Elyn Rivera , Deputy Warden_ | |

## EFFECTIVE IMMEDIATELY

Housing area 1A is the Court Ordered Lockdown. The individuals in this unit are on 23-hour lockdown and only allowed to exit their cells for one (1) hour for recreation. Upon escorting the individuals housed in 1A, staff shall ensure to activate their **Body Worn Cameras** and the escorting supervisor must make a radio transmission to Central Control to cease all movement.

All individuals will be escorted by one (1) Captain and two (2) Officers; however, only the individual(s) denoted below will be required to be in full restraints set up in the Facility:

- Cano Christopher 8952200296/13552006J   CMC FULL-SET UP ERS/RESTRAINTS/RED-ID
- Reyes Daquan 4411804847/11638139L   CMC FULL-SET UP ERS/RESTRAINTS/RED-ID
- Torres Ricky 1412001935/12922994Q   CMC FULL SET-UP ERS/RESTRAINTS/RED-ID

When any individual housed in 1A is departing the facility they must be placed in the full CMC setup. Please see the names of all individuals housed in 1A:

- Cano Christopher 8952200296/13552006J   (Cell #15)
- Forrest Trevor 3492002023/15028515J   (Cell #5)
- Francis Walesa 4412102576/15276376H   (Cell #2)
- Reyes Daquan 4411804847/11638139L   (Cell #3)
- Thompson Kwaine 3491901450/07289661Q   (Cell #4)
- Torres Ricky 1412001935/12922994Q   (Cell #7)
- Williams Alexander 1411801632/01897858L   (Cell #11)

## *** FAILURE TO ADHERE TO THE CONTENTS OF THIS MEMORANDUM WILL RESULT IN DISCIPLINARY ACTIONS. ***

*✱ move separately & remain separate from general population*

c:   Antoinette Cort, Acting Warden
     Elyn Rivera, Deputy Warden, Administration/ Programs

● PLANTIFF HERE COMPLAINS, THAT DEFFENDENT BRANCIE IN(GRVC) unit (1a) has been tormenting him with the lights in his cell which in this specific housing area ,inmates can not controle there own lights because this is a unlawful punitive setting , deffendent brancie told plantiff on many dates listed herein that she can do what she likes with the house lights ,just like plantiff can with his lawsuits agents her, plantiff wares vision glasses from a damaged eye socket issue, so plantiff asked the deffendent not to blink the lights on and off it hirts his eyes (and) it MAKES PLANTIFFS HEAD HURT,DEFFENDENTS SAID SHE DID NOT CARE AND WOULD TURN THE LIGHTS ON IN THE WHOLE HOUSE, JUST TO WAKE  PLANTIFF UP AT 5 or 6 am when she clocks in, these such things would happen on or about january 31st, 2-7-23,feb 8, 18, 21, march 11,12,1,5,6, 20...april ___,___,___,all(2023). plantiff even grieved this issue 2 different times, these such actions has gave plantiff headaches, he even see flashes in his eyes threwout the day ... plantiff feels that all the deffendents are trying to kill him and or make his life a living hell, plantiff is now on suicide watch because he started to feel suicidal and scared again !his suicide watches ended around _____ he was highly depressed, also he wants to see his family but his visitations are being violated rights plantiff wants therapy for the rest of his life .So that Plantiff Can prevent from really killing himself!

ON THIS DAY (OF ) 3/13/23 at aprox (9:30) am captain taylor
came to plantiff with a incedent report sheet and told
plantiff to write about the incedent with deffendent bros
spitting in plantiffs food on said date in 1A, so plantiff
did so and plantiff is also scared to eat anything at this
time .... he is feeling sucidal and will soon kill himself
plantiff would also like for the statement sheet that was
filled out on the yard (recreation yard ) to also be pulled
with all other discovery in this case, plantiff is scared
to report this issue again, because he feels that deffendent
mc neal , and bros will retaléate agents plantiff !!

plantiff is on sucide watch and wont eat anything, untiill
(plantiff) feels safe, plantiff cant sleep at night because
he has seriouse stumic pains , also suffers from head aches
from deffendent brandie torturing plantiff with the lights,
and also from being so hungry !

## STATEMENT OF FACTS

Petitioner is detained at GRVC facility in 1a, under conditions of confi that was banned by state and correction law by the passage of the halt act.

The conditions of the confinment are being controled by the waarden, by officer Mcniel and ADW HArris.

Detained in City and state jails are no longer suppose to be detained held or otherwised housed in a 23 hour lockdwon manner by the passing of the Humane Alternative to Long-term solitary Confinement Act and the respondent is well as ware of this factor in the conlsuion of being denied the over tuirn of said city correction law and state correction law in the Courts decsion in N.Y. STATE CORR. OFFICERS & POLCIEE BENEVOLENT ASS'N V. HOCHUL, 2022 U.S. DIST LEXIS 107145.

THE HALT ACT CLEARLY STATES THAT NO INMATE SHOULD BE CONFINED IN A GELL MORE THAN 17 HOURS A DAY. MEANING THAT AT THE MOST THE RESPONDENT ARE IN VIOLATION FOR HOUSING THE PETITIONER 6 HOURS MORE THAN PERMITTED BY CORRECTION AND STATE LAW.

Secondly this matter was addressed with the respondent some 13 years ago under a seperate adminstartin and can be see in the matter of JACKSON V. HORN, 27 MISC. 3d 463, 895 N.Y.S.2d 633, 2010 N.Y. MISC LEXIS 297, 2010 NY SLIP OP 20051 (N.Y. SUP. CT JAN 11, 2010)

The conditions that the petitioner is currently living under at the GRVC facility are inhumane and ~~unsanitary~~ unlawful as well as punitive in nature whihc is in direct ~~violation of~~ violation of petitioners Due Process.

These conditions adn circumsatnces are known to the respondents by way of the NUNEZ case, the matter of AGNEW v. Dep't of Correction and the HALT Act.

4

73

<u>HALT ACT VIOLATIONS:</u>

Respondents ADW Harris, Co Mcniel (OSIU OFFICER) , Wraden Cort and Thomas Griffin tours the petitioners housing unit weekly to make logbook notations that there is nothing to report wrong on housing unit 1a.

Adw Harris and CO Mcniel have both stated to the petitioner that 23/1 had been abolished but that they were going to do what it was that they wanted until someone physically chnaged that.

Each of the respondents named herein are aware that they are in violation of Correction law and state law as it relates to the Humane Alterntive to longterm solitary confinement act because each of the respondents are aware that the facility GRVC were they are assigned to as high ranking DOC officials no longer maintain a BOX/SHU like housing unit.

It is the Halt Act that brought about the end of a DOC era for the BOX/SHU and in that same new york state bill that also abolished any form of confinement stating that DOC if prohibited from maintiang any housing unit "SEGREGATED CONFINEMENT" were an inmate is housed in the manner of being confined to their cell more than 17 hours a day.

Therefore the respondents have no argument that can support the existance of housing unit 1a where as ARTICLE III of the New York State Const., clearly explains that the judges authority/power exxtends as far as the state law goes. Meaning that a Judge does not have the power/authority to override state and correction law.

To further support this argument the petitioner directs the court attention to the current battle in the Bial Reform isue where the judical system is arguing that the judges need more leeway in judicial discretion in remaining defendants when they get arrested due to arguments that the bail reform law forces / prohibits a judge from over riding and remanding

an arrestee because the judge lacks the power/authority to do so by law.

The petitioner argument is verus to that current arguemnt by way of displaying that a judge must act within the coinfines of the law.

In this instance matter the respondents are liable for failing to inform not just his judge byy way of officials communication channels but the entire judicial system that New york City is no longer by law (HALT ACT) allowed to legally housed inmates more than 17 hours a day in a cell under confinement.

Furthermore as a secondary arguemnt the petitioner JLO Judicial Lockdown order is not suppose to be implemented in a punitive fashion, but in this case the respondents have used the JLO to circumvent the law and api is current appying punitive measures under the petitioners and others alike.

An example of this is in Respondents Mcniel conduct of threatening the petitioner and ordering correction officers working the housing unit floor not to allow the petitioner to engage in protected acts such a taking a shower, sending and reciving mail and cleaning his cell when needed.

The respondent ADW Harris harras correction oficers by way of forcing them to write essay's and report under the illusion that they are in violation of Departmental rules when they allow the petitioner to take a shower and/or walk to the garbage can to empty out trash that was colletced in their cells over s short period of time.

Other condition of the petitioners confinement that is currently in violation of the law as well as the petitioners rights are as followed:

-    UNIT 1A LACKS MAILBOX AND DOC CORRESPONDACE DIRECTIVE CLEARLY STATES
     THAT"INMATES SHALL PLACE THEIR MAIL IN A LOCKED RECIPTICLE BOX TO
     BE PICKED UP BY MAILROOM CORRECTION STAFF ONLY"

- SHOWER AREA DOES NOT HAVE MATS TO ENSURE PETITIONERS AND OTHERS DO NOT SLIP AND INJURE THEMSELVES AS WELL AS CLEAN REGULARLY TO PREVENT FUNGUS LIKE THE PETITIONER HAS ACQUIRED SINCE BEING HOUSED IN UNIT 1A.

- PETITIONER IS NOT ALLOWED TO SEE MEDICAL/SICK-CALL IN THE FACILITY CLINIC AREA WHIHC IS A CUTOM, PRACTICE, POLCIY BEING USED BY THE RESPONDE WHIHC HAS CUASED THE PETITIONER NOT TO BE ABLE TO SEEK ADQAUTE MEDICAL CARE AND TO BE SEEN BY DOCTORS THROUGH HIS CELL WINDOW WHICH IS N NOT PROPER AREA FOR MEDICAL EXAMINATION NOR AN AREA THAT FITS THE LEGAL E CRITERIA OF A MEDICAL TREATMENT AREA.

- PETITIONER IS NOT GIVEN ANY CLEANING SUPPLIES TO CLEAN HIS CELL.

- PETITIONER IS NOT GIVEN ANY PROGRAMS, LIBRARY BOOKS, TV ACCES ETC.

- PETITIONER DOESN NOT HAVE A TABLE AND CHAIR IN HIS CELL.

- PETITIONER IS MUSLIM AND HIS FOOD IS SERVED BY CORRECTION OFFICERS WHO DO NOT POSESS FOOD HANDLING CERTIFCATES.

- PETITIONER IS NOT ALLOWED TO GET A HAIR AND RESPONDENTS HAVE NO BARBERSHOP DAY (STATING PETITIONER CAN NOT BE AROUND POPULATION INMATES BUT RESPONDENTS ALLOW THESE SAME INMATES TO ENTER UNIT 2X DAILY 1 TO CLEAN HOUSING UNIT 1A)

- PETITIONER HAS NOT BE AFFORDED HIS HALAH MEALS PURSUNAT TO HIS RELIGIOUS DIETARY.

These condition amount to being punitive in nature but the respondents have not afforded due process allowing petitioner opportunity to present legal arguemnt in his favor.

## VIOLATION OF STATE EQUAL PROTECTION RIGHTS:

Respodnets New York City Dep't of correction currently maintain three other city facilities where Court Order lockdown inmates are held pursunt to a JLO.

These jails are N.I.C. North Infirmary Command, MDC Manhattan Detention Complex and west Facility.

At each of these other three jails the inmates housed there are not under punitive measures and do not receiev the same treatement as the respondnets at GRVC give to the petitioner and others alike.

At each of the listed facilities Court Ordered lockdown inamtes received medical and sick-call when reqquested without delay or retaliation as petitioner has constant recived from respondent CO Mcniel and ADW Harris.

At each of the facilities listed above the court ordered lockdown inmates have access to a TV in their cell unlike the petitioners and otherds alike at GRVC.

At each of the facilities listed above court ordered lcokdown inmates recived their meals under proper conditions and served by food handling certifcation personal as wel las reciving meals that in accordance with their reeligious Diet.

The respondents herein has a ~~history~~ of being in violation of GRVc inmate at court order lcokdwon religious belifs and religious diets and the petitioner points to the following cases as support of this . FLORES V. CITY OF NEW YORK, 2022 U.S. DIST LEXIS 140941; WILLIAMS V. CITY OF NEW YORK ET AL, 2022 U.S. DIST 140969,  where DOC officials and City of New york wa found to be in violation of maintaining a custom policy as it relates to religious restriction including religious diets.

Also in the matter of respondent CO Mcniel he was also found liable to be enagging in conduct that violated court order inmates rights by way of the First Amendment Retalaition as seen in WILLIAMS V. CITY OF NEW YORKET AL, 2022 U.S. DIST 140969.  FLORESK V. CITY OF NEW YORK ET AL, 2022 U.S. DIST LEXIS 140941; AND JOHMANNI ANDUZE V. CITY OF NEW YORK ET AL, 2022 U.S. DIST LEXIS 140929.

At the other listed facilities where the court ordered inmates are detainee those inmates have tables and chairs in thier cell for workinhg, writing letter, etc.

6N THE DATE OF 3-23-23 @ approx 6am plantiff was being esscorted by captain williams back , to his housing area 1A when while body cams were running plantiff was taken a picture of by (dw henry) with her celll phone plantiff looked back and seen deffendent (smilling ~~c~~ ABOUT IT)! By THE G.R.V.C GYM CONTROL BUBBLE !

Plantiff Feels Harrassed And that he is being retaliated agents, Plantiff also know that use of cell phones by officers to Imbarrasse or Harrasse Inmates is a Violation of D.O.C and City policys.

plantiff latter on or about 4-1-23 was told that deffendent had a picture lingering around the jail with plantiffs face on it, and intantley plantiff knew that it was from this day herein that the picture was taken, plantiff now also has the picture That was TAKEN.

plantiff also claims that on this day, @ 3-23,24,25,26, allthe way to on or about 4-24- of (2023) plantiff was told by officer mc neil , dw henry , and adw harris that he would not be reciving any halAL FOOD AND THAT THEY DID NOT CARE THAT IT WAS THE HOLY MONTH OF RAHMADAN !!!

so plantiff then 311 the issue!! ec-005-_____ , 005-_____ . .
............SEE EXHiBiT 40
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -
. . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . .

The plaintiff was placed in a cell on january 16, 2023 by defendants -
,Warden Cort, Asw Harris, & Mc Neil , that were all part of G.R.V.C. security
unit, whihc are also named as defendants within the plaintiff's pro-se
issues 23-CV- 01145 & another matter in whihc is being handle by civil counsel ~~~~~
~~~~~~~~~

before entering the cell the plaintiff over heard defendnat CO
Mcneil state that he didnt care if the cell didnt work that he wanted
Reyes where he could look on the camera and see that he was not getting
no services until he dropped his lawsuits.

As sooon as he entered the cell after hearing such the plaintiff
searched the cell and double checked all of the appliances ~~~~~~~~~
and discovered that both the sink and toliet were essentailly inoperable.

The plaintiff yeiled this out of his door as the door was shut
closed to whihc he recived a response from Secuirty officer Mcneil "
YOU THINK I AM PLAYING WITH YOU" "MY NIGGER MY CELL INSPECTION SHEET
HERE STATES THAT EVERYTHING IN THAT (CELL) WORKS JUST FINE".While     ~~~~~
walking away Mcneil stated "YOU WILL GET A WORKING CELL WHEN YOUR LAWYER
DROPS HIS LAWSUIT"

Since the plaintiff had been held in the same cell that is essentially
inoperable where the toiel backs up with fecees daily and cause medical
emergencies by rendering the plaintiff unable to breathe.

The plaintiff is aware that work orders were placed in and yet as of the
date of the filing of this Second Amended Complaint "SAC" the plaintiff
cell is still inoperable in comperison to many other working cells that
are empty of inmates living in them annd aviable to the plaintiff if
secuirty moved him.

DEFENDENT BROS THAT HAD A PRIOR INTSADENT BEFORE WITH THIS PLANTI
FF, ON THE ON OR ABOUT DAY OFF_____ WERE THE DIFFENDENT WAS
SEEN SPITTING IN PLANTIFFS FOOD, PLANTIFF RENNEN DID NOT EAT FOR
DAYS ON IN ,THEN WEEKS ON IN TO THE POINT WERE PLANTIFF LOST OVER
30 pounds in weight (body) weight , and plantiff was also feeling
suicidel, so ... with that being said why was diffendent bros
back around, plantiff if the was a investigation going on annnd
defendent was also prepairing , muslim) plantiff a none halal tray
of food  on the on or about date of 4-29-23, and told plantiff
that he spit in plantiffs food agian, as he walked up to plantiff
cell , defendent told plantiff on the rec yard on 5-30-23,that
difendent adw harris was his friend so nothing that i ever repo-
rted would ever gett him in any trouble at all !
On THE ON OR ABOUT DATE OF 5-18-23 ADW HARRIS SAID THAT PLANTIFF
WAS A FAKE MUSLIMS AND WAS NEVER GETTING HALAL FOOD IN GRVC,AND
THAT PLANTIFF WAS BANED FROM RECREATION ,WHICH PLANTIFF IS SUPPOSED
TO GET 1 hour of everyday at least , adw harris also yelled to
MR.REYES THAT HE WAS CRAZY AND THAT HE COULDNT COME OUT OF YOUR
FOR ANY REASON ! all the other inmates are good in my book and
this all took place in 1a unit of grvc !

also on the on or about date of 5-1-23 ,i plantyiff was assulted
by a officer , by the name of tyree ,were i was hit in the priv-
ate area and ,then adw harris impeaded plantiff medical needs
by telling ,capo taylor on the mini clinic phone not to fill out
any medical paper work on plantiffs behaft , because he did not
like plantiff, the doctor can and will also prove that this was
also told to him on this day at approx 1 pm inside the mini cli-
nic  ,doctor said that he could not do any further examinations
but would document it all in plantiffs mecical recoreds ...

plantiiff also shows exibit  44   for proof from another capt tha
t these are the things that defendent ADW HARRIS DOES, LIKE RES-
trict any inmate of whatever he wants , of phone usage to call
there family members or lawyers , stop mail , recreation , shower
leagel visits,and much(more)....witch are all huge violations to
are consitutional rights !

I PLANTIFF ALSO FEELS THAT MY 14th AMENDMENT OF EQUAL OPERTUNITY,
AND EQUAL PROTECTION RIGHTS , HAS BEEN VIOLATED BEING THAT FROM
THE DATE OF ON OR ABOUT 3-8-23 untill about 6-13-23 there was
1 to 2 different inmates always allowed to walk around as they
please wile plantiff was lock down for 23 to 24hours a (day)
  plantiffs WALKING CONE device was taken and broken by another=inmate
  ON OR ABOUT APRIL 1st OF 2023 because unknown floor officer,and
  defendent lafluer told inmate to do so in 1A HOUSING UNIT OF
  G.R.V.C... AND NO INFRACTION WAS MADE ON SAID INMATE ,WITCH IS
  ALSO PROOF THAT IN WAS INFORCED BY SAID DEFENDENT, AND DEFENDENT
  LAFLUER NEW WAS THE FLOOR CAPTAIN AND SUPERVISOR ON THIS SAID DATE
  GINTIC,AND FLOOR BOOK WILL ALSO PROVE IT ! also threw the dates
  of 3-8-23 — 6-14-23 THIS SAME INMATE WAS TOLD TO SPIT IN PLANTIFFS
  THE FAKE MUSLIMS FOOD, AND SOMETIMES TO NOT FEED ME BY DIFFENDENT
  ADW HARRIS , OFFICER BROS... PLANTIFF ALWAYS FELTS DEFENCLESS BE-
  CAUSE DEFENDENTS (ADW ,HARRIS),AND ADW HENRY WOULD ALWAYS INSTRUCT
  THE FLOOR OFFICERS AND CAPTAINS , TO LET OTHER INMATES EXERCISE
  THERE LEGS AND WALK AROUND ALL DAY FREELY, BUT TO MAKE SURE PLANT-

79

ExibiT  33

# NEW YORK CITY DEPARTMENT OF CORRECTION

## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 03/31/2023

**FACILITY: GRVC**

### DINNER

**HOUSING AREA**

| MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIET |
|---|---|---|---|---|---|---|
| **GEN. POPULATION** | | | | | | |
| Baked Battered Fish | 2 each | | | | | |
| Tartar Sauce | ½ oz | | | | | |
| Lyonnaise Potatoes | 10 oz | 5 | 4 | | 1 | |
| Steamed Vegetables | 4 oz | | | | | |
| Sliced Cucumbers | 4 oz | | | | | |
| Fresh Fruit | 1 each | | | | | |
| Whole Wheat Bread | 2 Slices | | | | | |
| **HALAL** | | | | | | |
| Baked Battered Fish | 2 each | | | | | |
| Tartar Sauce | | | | | | |
| Lyonnaise Potatoes | | | | | | |
| Steamed Vegetables | | | | | | |
| Sliced Cucumbers | | | | | | |



# NEW YORK CITY DEPARTMENT OF CORRECTION
## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 06/3/2023

**HOUSING AREA**

**LUNCH**

| MENU ITEM GEN POPULATION | SERVING PORTION SIZE | TODAY'S T/C Number of Pans/Servings per Pan | FACILITY: G.P. | HALAL | KOSHER | DIET |
|---|---|---|---|---|---|---|
| Chicken Patties | 2 each | | | | | |
| Catsup | 1 oz | | | | | |
| Vegetarian Baked Beans | 6 oz | | | | | |
| Steamed Vegetables | 4 oz | | | | | |
| Sliced Cucumbers | 4 oz | | | | | |
| Whole Wheat Bread | 2 slices | | | | | |

# NEW YORK CITY DEPARTMENT OF CORRECTION
## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 05/11/2023  **LUNCH**  **TODAY'S T/C**  **FACILITY:** G.P.

**HOUSING AREA**

| MENU ITEM<br>GEN. POPULATION | SERVING<br>PORTION SIZE | Number of<br>Pans/Servings per Pan | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|
| Tuna Salad | 6 oz | | | | |
| Pasta Salad | 6 oz | | | | |
| Pickled Beets | 4 oz | | | | |
| Cole Slaw | 4 oz | 5 | 4 | 1 | |
| Fresh Fruit | 1 each | | | | |
| Whole Wheat Bread | 2 Slices | | | | |
| **HALAL** | | | | | |
| Tuna Salad | | | | | |
| Pasta Salad | 6 oz | | | | |
| Pickled Beets | 6 oz | | | | |
| Cole Slaw | 4 oz | | | | |



# NEW YORK CITY DEPARTMENT OF CORRECTION
## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 05/9/2023

**LUNCH**

**FACILITY:** GRVC

| HOUSING AREA | MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|---|
| GEN POPULATION | Veal Patties | 2 each | | | | | |
| | Catsup | 1 oz | | | | | |
| | Noodles | 10 oz | | | | | |
| | Steamed Vegetables | 4 oz | | | | | |
| | Mixed Green Salad | 4 oz | | | | | |
| | Whole Wheat Bread | 2 Slices | | | | | |
| HALAL | HL Veal Patties | 2 each | | | | | |
| | Catsup | 1 oz | | | | | |
| | Noodles | 10 oz | | | | | |
| | Steamed Vegetables | 4 oz | | | | | |
| | Mixed Green Salad | 4 oz | | | | | |
| | Whole wheat Bread | 2 Slices | | | | | |

Handwritten: 14    5 4 - 1

# NEW YORK CITY DEPARTMENT OF CORRECTION
## FOOD SERVICE PORTION CONTROL SHEET

**DATE:** 06/13/2023

**HOUSING AREA** — 1A

**LUNCH**

**FACILITY:** G.P.

| MENU ITEM GEN. POPULATION | SERVING PORTION SIZE | TODAY'S T/C Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|
| Meatloaf | 2 Slices | | | | | |
| Corn | 4 oz | 4 | | | | |
| Steamed Vegetables | 4 oz | | | | | |
| M... | 2 | 2 | | | | |
| Whole Wheat Bread | 2 Slices | | | | | |
| HALAL | | 1 | | | | |
| HL Meatloaf | 2 Slices | | | | | |
| Corn | 4 oz | 1 | | | | |
| ...amed Vegetables | 4 oz | | | | | |




# NEW YORK CITY DEPARTMENT OF CORRECTION

## FOOD SERVICE PORTION CONTROL SHEET

**FACILITY: GRVC**

**DINNER**

**DATE:** 03/1/2023

**HOUSING AREA**

**GEN. POPULATION**

| MENU ITEM | SERVING PORTION SIZE | TODAY'S T/C Number of Pans/Servings per Pan | G.P. | HALAL | KOSHER | DIETS |
|---|---|---|---|---|---|---|
| Frankfurters | 3 each | 1 | 1 | | | |
| Mustard | 1 pkt | | | | | |
| Vegetarian Baked Beans | 6 oz | A | 5 | | 1 | |
| Sauerkraut | 1/2 oz | | | | | |
| Mixed Green Salad | 4 oz | 1 | | | | |
| Whole Wheat Bread | 2 Slices | 6 | 6 | | | |
| Fresh Fruit | 1 each | | | | | |

HALAL

Exibit  42

311 calls that were made threw the dates of 3-31-2023 threw 4-29-2023.... ABOUT ADW HARRIS , OFFICER MC NEIL , DEFFENDENT CORT,AND MORE.....

eC=006-06117

EC-006-06337

ec-006-06340

eC-006-06343

ec-006-06347

ec-006-06

ec-

---

plantiff fills that these listed deffents that are listed threwout this lawsuit pro se , done these crule actions puposefully, and all worked together as you will see threw are futher litagation with my honorable judge ....

ExibiT  43

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

### DISPOSITION FORM

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

| Grievance Reference #: 643782 | Date Filed: 04/03/2023 | Facility: GRVC – 1A |
|---|---|---|
| Inmate Name: Reyes, Daquan | Book and Case#: 4411804847 *NYSID#* **11638139L** | Category: Staff (NG) |

From OCGS Inmate Statement Form, print or type short description of grievance:

I Daquan Reyes would like for an investigation to be done from outside the building G.R.V.C. on how I've been being harassed by Officer Mc. Neil, and Deputys, including Matos, Henry, and Warden Cort have been negligent to this Issue! Officer is constantly trying to look at my medical records. Inside of main clinic, which he has no business doing and also threatening inmate asking inmate to give him 3 Quarters (Medically separated) and or dismissed from duty.

Action Requested by Inmate:

Investigation made from Chief Lemon, Warden Cort, and Board of Corrections.

### STEP 1: FORMAL RESOLUTION

Check one box: ■ Grievance  ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS informed Reyes, Daquan that as per DOC Directive 3376R-A.II.5-6 "Staff Complaints" submissions do not fall under the purview of OCGS and that his complaints/concerns have been forwarded to the Warden's Office for investigation/resolution.

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution  ☐ No  ☐ I request to appeal the resolution of this grievance to the Commanding officer.

*Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.*

| Inmate's Signature: | Date: 4-5-23 |
|---|---|

☐ Preliminary Review Requested

| Grievance Coordinator/Officer Signature: *Mr. Parris* | Date: 04/03/2023 |
|---|---|

Exhibit 44

(Exibt 44) ✳ INMATE COPY ✳





| | | | |
|---|---|---|---|
| **CORRECTION DEPARTMENT**<br>**CITY OF NEW YORK** | | **ATTACHMENT A** | |
| **REPORT AND NOTICE OF INFRACTION** | | Form: 6500A<br>Rev. : 08/04/15<br>Ref. : Dir. #6500R-C | |

| Infraction #: | Institution: G.R.V.C | Date of Incident: 05/21/23 | Time Infraction Written: 0207 | Date of Report: 05/24/23 |
|---|---|---|---|---|

| Inmate Name (Last, First): REYES, DAQUAN | B&C/ Sentence #: 4411804847 | NYSID #: 11638139L |
|---|---|---|

| Location of Incident (Be Specific): 1A HOUSING AREA | Housing Area Location: 1A | Approximate Time of Incident: 1138 Hrs. |
|---|---|---|

| Charge # | Offense | Charge # | Offense |
|---|---|---|---|
| 120.11 | Refusal To Obey a Direct Order | 110.10 | Disrupting Institutional Programs |
| 108.10 | Disorderly Conduct | 105.24 | CREATING A FIRE, HEALTH OR SAFETY HAZARD |
| 109.12 | Disrespect for Staff | 126.10 | TAMPERING WITH SECURITY DEVICES |

| Reporting Official (Print Name, Rank and Shield #): Captain Martin #1048 | Reporting Official (Signature): |
|---|---|

Details of Incident (Include details as to How, When and Where Infraction was Committed):

On May 21, 2023, I, Captain Martin #1048 was assigned as the Delta Supervisor on the 0700x1531 tour of the CMC MAX housing area. At approx. 1138 hrs. Inmate Reyes, Daquan B/C 4411804847 NYSID 11638139L Cell #3 was afforded his shower. While inmate Reyes was secured being afforded his shower, inmate Torres, Ricky B/C 1412001935 NYSID12922994Q the house pantry worker was preparing the institutional feeding trays for the house inside the pantry. Once inmate Reyes exited the shower he refused to go back into his assigned cell. Multiple verbal commands as well as IPC skills was utilized by this writer along as the escort officer Scott # 11384 for said individual to step back into his cell. Inmate Reyes refused and placed his blue buckets between his cell door preventing it from closing. This writer verbalized to inmate Reyes that he was delaying the institutional feeding and even mentioned inmate Torres being locked in the pantry hoping said inmate will comply. Inmate Reyes loudly shouted motioning towards the pantry "I don't give a fuck he's going to be in there until nine o clock". ADW Harris #1325 was notified telephonic and asked this writer to verbalize to inmate Reyes to step back into his cell or his tablet will be turn off. Inmate Reyes became belligerent shouting "fuck dept Harris" then proceeded to the pantry door yelling profanity aggressively through the pantry door towards inmate Torres. Inmate Reyes was eventually placed in his cell, after a duration of time. However, once in his cell approx at 1645 hrs said inmate was able to manipulate his cell slot open, and tie a white sock around the door preventing it from closing and again delaying recreational services for the other inmates. Inmate Reyes even attempted to throw a brown liquid substance in a bottle, at another inmate while going to recreation. This infraction is being generated for inmate Reyes for his actions, which transpired on May 21, 2023.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced inmate and you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be served with charges and held for a hearing. The Department will make every effort to hold this hearing within three (3) business days of the service of this notice. This three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purpose. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Inmate). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.
2. Right to make statements. If you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.
3. Right to present material evidence.
4. Right to present witnesses.
5. Right to the assistance of a Hearing Facilitator.
6. Right to an interpreter if you cannot communicate well enough in English.
7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.
2. Loss of privileges.
3. Loss of good time if you are a sentenced inmate.
4. Punitive segregation for up to thirty (30) days per each applicable individual charge.
5. Restitution for intentionally damaging or destroying City property.

A twenty five ($25) dollar disciplinary surcharge will be imposed on all inmates found guilty of a Grade I or Grade II offense.
You have the right to appeal an adverse decision rendered by the Adjudication Captain.

| Interpreter Requested: | ☐ Yes (If yes, include what language) _____ | ☑ No |
|---|---|---|

| Hearing Facilitator Requested: | ☐ Yes ☑ No | |
|---|---|---|

| Witness(es) Requested: | ☐ Yes (If yes, include witness(es) Name, Book and Case Number (if inmate) or Shield/ID (if staff) and Location (if inmate) or Post (if staff). | ☑ No |
|---|---|---|

| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
|---|---|---|
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
| Witness (Print Name): _____ | B&C Number: _____ | Location: _____ |
| Witness (Print Name): _____ | Shield/ID Number: _____ | Post: _____ |

| I certify that I received a copy of this notice: | Signature of Inmate: | Date: 05/24/23 | Time: 0550 |
|---|---|---|---|

| Served by (Print Name, Rank and Shield #): VOLOSIQ CO 5460 | Signature of Server: Wilsonya |
|---|---|

| Refused to Sign for Notice: | ☐ Yes ☐ No | Witnessed By: Nunez IT 4147 |
|---|---|---|

**DISTRIBUTION:   (SINGLE SIDED) COPY - NOTICE TO INMATE     (DOUBLE SIDED WITH FORM 6500B) COPY TO FACILITY**