UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEQUAN REYES,<br><br>     Plaintiff,<br><br>     v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>     Defendants. | 23 Civ. 1145 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On December 8, 2023, Defendants moved to dismiss the Second Amended Complaint. *See* ECF No. 52.  An order issued June 14, 2024, held that the SAC does not comply with Rule 8, which requires a complaint to offer a short and plain statement of the plaintiff's claims, but allowed Plaintiff to file a proposed Third Amended Complaint (the "TAC") to remedy these deficiencies.  *See* ECF No. 62.  An order issued June 17, 2024, denied leave to file the proposed TAC, because it did not include a short and plain statement of Plaintiff's claims.  *See* ECF No. 63.  That order directed Plaintiff to file a proposed Fourth Amended Complaint (the "FAC") and stated that if nothing was received by that time, the Court would dismiss the case with prejudice. *See id.*  The Court has not received any proposed FAC.

  It is hereby **ORDERED** that Plaintiff's deadline to file the proposed FAC is **EXTENDED** to **August 30, 2024**.  If no such proposed FAC is received, then the case will be dismissed for failure to prosecute.

  The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

  SO ORDERED.

Dated: August 12, 2024
   New York, New York

                                            DALE E. HO  
                                      United States District Judge

2