UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEQUAN REYES,<br><br>                           Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, et al.,<br><br>                           Defendants. | 23-CV-1145 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On September 9, 2024, Defendants filed a motion to dismiss for lack of prosecution. *See* ECF No. 66. On September 13, 2024, this Court granted Plaintiff's request for an extension to file his proposed Fourth Amended Complaint. *See* ECF No. 67. On September 23, 2024, Plaintiff filed his Fourth Amended Complaint. *See* ECF No. 68. Accordingly, Defendants' motion to dismiss is **DENIED** as moot. By **October 16, 2024**, Defendants shall either file an answer or file a new motion to dismiss.

SO ORDERED.

Dated: September 25, 2024
       New York, New York

_____
DALE E. HO
United States District Judge