UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEQUAN REYES,

Plaintiff,

-against-

CITY OF NEW YORK ET AL.,

Defendants.

23 CIVIL 01145 (DEH)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated July 31, 2026, the Court directs that this case be DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York
August 4, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**